UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:18-cv-413-JLB-NPM

COREY MILLEDGE,

        Plaintiff,

v.

WILLIS, et al.,

        Defendants.
_____/

### DEFENDANT WILLIAMS' AFFIDAVIT

I, Kara Williams, am a named Defendant in this action, and I hereby state the following is true and accurate, to the best of my knowledge.

1. On August 15, 2017, I was employed with the Florida Department of Corrections. I held the rank of Assistant Warden and was assigned to Charlotte Correctional Institution located in Punta Gorda, Florida 33955.

2. Inmate Corey Milledge never approached me between August 7, 2017 through August 15, 2017 complaining about a fear of safety or a request for protection from Officers Dischiavo and Officer Traupman.

3. I am aware Milledge claims, in his deposition that he spoke to me on August 11, 2021 between 12:00 p.m. and 3:30 p.m. On August 11, 2017, between 11:30 a.m. and 4:00 p.m., I was in my office. I know this because, per the attached document, I had received and reviewed forty (40) emails and drafted and sent twenty (20) emails during that time.

4. According to the attached document:
   - Between 11:30 a.m. and 12:00 p.m. I was in my office and I had received and reviewed three (3) emails and drafted and sent one (1) email during that time.
   - Between 12:00 p.m. and 1:00 p.m. I was in my office and I had received and reviewed five (5) emails and drafted and sent four (4) emails during that time.

Page **1** of **2**

Def MSJ BS# 015

- Between 1:00 p.m. and 2:00 p.m. I was in my office and I had received and reviewed six (4) emails and drafted and sent five (5) emails during that time.
- Between 2:00 p.m. and 3:00p.m. I was in my office and I had received and reviewed eleven (11) emails and drafted and sent five (5) emails during that time.
- Between 3:00 p.m. and 4:01 p.m. I was in my office and I had received and reviewed fourteen (14) emails and drafted and sent five (5) emails during that time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July  22 , 2021.

*Kara Williams*

Kara Williams,
Assistant Warden of the Florida Department of Corrections

Def MSJ BS# 016

Archive

| | FROM | SUBJECT | RECEIVED | SIZE |
|---|---|---|---|---|
| | Williams, Kara | RE: Resignation Lttr | Fri 8/11/2017 4:01 PM | 27 KB |
| 📎 | Bell-Francis, Barbara | FW: Resignation Lttr | Fri 8/11/2017 4:00 PM | 37 KB |
| | Williams, Kara | FW: Titlebaum, Kyle DC# Y48073 | Fri 8/11/2017 4:00 PM | 49 KB |
| | Williams, Kara | FW: Keith Soanes, DC# 191981 v. State of Florida | Fri 8/11/2017 3:52 PM | 36 KB |
| | Green, Diane | Nunez, Rafael 199598 | Fri 8/11/2017 3:52 PM | 23 KB |
| 📎 | Mares, Eliazar | Mares-ITR-IR-Photo | Fri 8/11/2017 3:37 PM | 437 KB |
| | Jones, Kevin | Re: Medical Escorts | Fri 8/11/2017 3:34 PM | 43 KB |
| | Carrol Cherry Eaton | Keith Soanes, DC# 191981 v. State of Florida | Fri 8/11/2017 3:34 PM | 56 KB |
| | Carrol Cherry Eaton | Keith Soanes, DC# 191981 v. State of Florida | Fri 8/11/2017 3:34 PM | 56 KB |
| | Norwood, Lori | Fwd: Legal Mail for Soanes, Ketih DC# 191981 | Fri 8/11/2017 3:28 PM | 47 KB |
| | Willis, John | FW: Titlebaum, Kyle DC# Y48073 | Fri 8/11/2017 3:25 PM | 49 KB |
| | Willis, John | FW: Approved List of SART Nurses | Fri 8/11/2017 3:24 PM | 44 KB |
| 📎 | Willis, John | FW: 5 Day Statewide Weather Outlook (8/11-8/15) | Fri 8/11/2017 3:23 PM | 372 KB |
| 📎 | Edgington, Jana | Level trackers | Fri 8/11/2017 3:21 PM | 171 KB |
| | McConkie, Karen | FW: Sgt Burton | Fri 8/11/2017 3:12 PM | 57 KB |
| 📎 | Williams, Kara | SMART expectations-Secreatry Specialist | Fri 8/11/2017 3:12 PM | 38 KB |
| | Dawson, Jacob | RE: Region 4 PREA Summer training | Fri 8/11/2017 3:05 PM | 56 KB |
| | Hawley, Diana | Automatic reply: Region 4 PREA Summer training | Fri 8/11/2017 3:01 PM | 26 KB |
| 📎 | Williams, Kara | FW: Region 4 PREA Summer training | Fri 8/11/2017 3:01 PM | 108 KB |
| | Ellis, Michael | RE: Region 4 PREA Summer training | Fri 8/11/2017 2:56 PM | 98 KB |
| | Williams, Kara | RE: Region 4 PREA Summer training | Fri 8/11/2017 2:50 PM | 95 KB |
| | CO-PublicAffairs | Quick Read for August 11, 2017 | Fri 8/11/2017 2:46 PM | 1 MB |
| | Ellis, Michael | RE: Region 4 PREA Summer training | Fri 8/11/2017 2:46 PM | 92 KB |
| | CO-PublicAffairs | Quick Read for August 11, 2017 | Fri 8/11/2017 2:45 PM | 1 MB |

Archive

| | FROM | SUBJECT | RECEIVED | SIZE |
|---|---|---|---|---|
| | Williams, Kara | RE: Region 4 PREA Summer training | Fri 8/11/2017 2:43 PM | 90 K |
| | Ellis, Michael | RE: Region 4 PREA Summer training | Fri 8/11/2017 2:40 PM | 88 K |
| | Williams, Kara | grievances | Fri 8/11/2017 2:36 PM | 22 K |
| 📎 | Zelina, Craig | LGP~Enrollment_ByDorm (2017-08-10).pdf | Fri 8/11/2017 2:27 PM | 132 |
| | Dawson, Jacob | Missing 233's | Fri 8/11/2017 2:19 PM | 26 K |
| | Williams, Kara | RE: CFIX - BSE Support for Millions for Prisoners March.pdf | Fri 8/11/2017 2:12 PM | 34 K |
| 📎 | Casarella, Michael | CFIX - BSE Support for Millions for Prisoners March.pdf | Fri 8/11/2017 2:11 PM | 835 |
| | Huber, Charles E. | RE: Information request | Fri 8/11/2017 2:07 PM | 57 K |
| | Peterson, Allen Dean | Automatic reply: Information request | Fri 8/11/2017 2:05 PM | 24 K |
| | Williams, Kara | FW: Information request | Fri 8/11/2017 2:05 PM | 52 K |
| | Bell-Francis, Barbara | RE: Information request | Fri 8/11/2017 2:01 PM | 47 K |
| | Reynolds, Christina | RE: Law Suit | Fri 8/11/2017 1:51 PM | 85 K |
| | Clarke, Gail | RE: Law Suit | Fri 8/11/2017 1:48 PM | 75 K |
| 📎 | Reynolds, Christina | RE: Law Suit | Fri 8/11/2017 1:35 PM | 784 |
| | Williams, Kara | key lock | Fri 8/11/2017 1:17 PM | 21 K |
| | Reynolds, Christina | RE: Law Suit | Fri 8/11/2017 1:17 PM | 76 K |
| | Williams, Kara | 8/11/17 | Fri 8/11/2017 1:16 PM | 21 K |
| 📎 | Williams, Kara | FW: Formal Grievance Log # 1708-510-090 | Fri 8/11/2017 1:04 PM | 552 |
| | Simmons, Christi | Automatic reply: Region 4 PREA Summer training | Fri 8/11/2017 1:02 PM | 27 K |
| 📎 | Williams, Kara | FW: Region 4 PREA Summer training | Fri 8/11/2017 1:02 PM | 121 |
| | FDC Helpdesk | Your incident INC0030622 has been closed | Fri 8/11/2017 1:01 PM | 39 K |
| | Williams, Kara | FW: Information request | Fri 8/11/2017 1:00 PM | 43 K |
| | Williams, Kara | RE: Risk Management Claim on inmate Andre, Daniel DC# W25900 | Fri 8/11/2017 12:41 PM | 44 K |
| 📎 | Williams, Kara | FW: Risk Management Claim on inmate Andre, Daniel DC# W25900 | Fri 8/11/2017 12:41 PM | 951 |

Def MSJ BS# 017

| ! | 🔔 | 📄 | 📎 | FROM | SUBJECT | RECEIVED |
|---|---|---|---|---|---|---|
| | | | 📎 | Cassidy, Sharon | Inmate Sussman, David DC# J06481 | Fri 8/11/2017 12:41 PM |
| | | | 📎 | Davis-Mills, Michelle | RE: Risk Management Claim on inmate Andre, Daniel DC# W25900 | Fri 8/11/2017 12:40 PM |
| | | | 📎 | Wright, Herminetta | RE: Anthony Strong Records Request | Fri 8/11/2017 12:38 PM |
| | | | 📎 | Cassidy, Sharon | Inmate Sussman, David DC# J06481 | Fri 8/11/2017 12:29 PM |
| | | | | Williams, Kara | RE: 15713907      S062241707311     FL DOC - CHARLOTTE CI | Fri 8/11/2017 12:28 PM |
| | | | 📎 | Green, Diane | Weekly Dorm Inspections for Charlotte CI and FMWC 8/11/17 | Fri 8/11/2017 12:23 PM |
| | | | | Williams, Kara | RE: - Charlotte Correctional Institution DONNIE MITCHELL V16674 | Fri 8/11/2017 12:21 PM |
| | | | | Jones, Kevin | Re: Medical Escorts | Fri 8/11/2017 11:45 AM |
| | | | | Bush, Patrick | RE: Medical Escorts | Fri 8/11/2017 11:44 AM |
| | | | | Williams, Kara | RE: Law Suit | Fri 8/11/2017 11:39 AM |
| | | | | Henson, Charles | Law Suit | Fri 8/11/2017 11:30 AM |

**Def MSJ BS# 018**