UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE NO. 2:18-cv-413-JLB-NPM

COREY MILLEDGE,

        Plaintiff,

v.

WILLIS, et al.,

        Defendants.

_____/

## DEFENDANT BARRETT'S AFFIDAVIT

I, Justin Barrett, am a named Defendant in this action, and I hereby state the following is true and accurate, to the best of my knowledge.

1.     On August 15, 2017, I was employed with the Florida Department of Corrections. I held the rank of Captain and was assigned to Charlotte Correctional Institution located in Punta Gorda, Florida 33955.

2.     On August 15, 2017, I responded to the training room that was inside the activities building. Upon arrival I found inmate Corey Milledge laying chest down, in the training room area, on the floor with Officers Dischivao and Sperling securing him.

3.     Officer Cotte responded with a handheld camera.

4.     At no point in time did I witness any excessive force being used upon Corey Milledge.

5.     As no point in time was Sgt. Traupman nor was Sgt. Cherry present in the Activities building with me and Corey Milledge.

Def MSJ BS# 062

6.     At no point in time did I watch excessive force be used on Corey Milledge. I was never under a duty to intervene, as there was never any excessive force being used on Milledge.

7.     I have reviewed the video recording from the incident date, and the video is a true and accurate depiction of events. The video recording is 15 minutes and 5 seconds long.

8.     On the video I state in the beginning, that I just got back on the compound. (time 0:25-35) This would have meant that I was not physically located the secured prison area until arriving on scene.

9.     As seen in the video, and the snapshots, attached hereto, the following notations are made:

      a. At 1:29 I am seen in the white shirt and am in the training room,

      b. At 2:06, I am walking through the bathroom areas.

      c. At 2:12, the officers are seen walking behind be me, through the bathroom areas, into the adjoining captain's (my) office.

      d. At 2:15, on the left side of the picture, is an office fridge, with staff members personal clear bags on top.

      e. From 2:16-2:18 the officers and Milledge are walking out of the captain's office to the outside.

      f. At 2:32, I am seen walking with the officers and Milledge over to the medical building.

      g. At 4:09, I am behind the officers, as we entered the medical building.

      h. From 4:15 – 4:16, Milledge can be seen turning and spitting at officer Dischiavo.

Def MSJ BS# 063

    i.  At 4:17 the officers begin controlling Milledge and taking him down.

    j.  By 4:26 Milledge is under control.

10. If an inmate is being strip searched, he could be uncuffed.

---Nothing Further---

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July _____. 2021.

7/26/2021

Justin Barrett
Former Captain with the Florida Department of Corrections

Def MSJ BS# 064