UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:18-cv-413-JLB-NPM

COREY MILLEDGE,
    Plaintiff,

v.

WILLIS, et al.,
    Defendants.
_____/

## DEFENDANT COTTE'S AFFIDAVIT

I, James Cotte, am a named Defendant in this action, and I hereby state the following is true and accurate, to the best of my knowledge.

1. On August 15, 2017, I was employed with the Florida Department of Corrections. I held the rank of Officer and was assigned to Charlotte Correctional Institution located in Punta Gorda, Florida 33955.

2. On August 15, 2017, I received a radio call to retrieve the handheld camera and to respond to the training room within the activities building.

3. I immediately responded to the training room with a handheld camera.

4. Upon arrival, I found inmate Corey Milledge laying chest down on the floor with Officers Dischiavo and Sperling securing him.

5. Captain Barrett was present with me.

6. I immediately began recording Corey Milledge.

7. At no point in time was I present when a knife was found on Corey Milledge near the food/dining building. At no point in time was I present when Officers Dischiavo and Sperling ordered Corey Milledge to submit to a strip search.

8. At no point in time did I witness any excessive force being used upon Corey Milledge.

9. Neither Sgt. Traupman nor was Sgt. Cherry were present during this incident with Corey Milledge.

Page 1 of 2

Def MSJ BS# 081

10. At no point in time did I watch excessive force be used on Corey Milledge. I was never under a duty to intervene, as there was never any excessive force being used on Corey Milledge.

11. I did see Corey Milledge turn and spit on Officer Dischiavo's forehead on the way to medical.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2021.

*[signature]*

James Cotte,
Corrections Officer in the
Florida Department of Corrections

Def MSJ BS# 082