UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:18-cv-413-JLB-NPM

COREY MILLEDGE,
    Plaintiff,

v.

WILLIS, et al.,
    Defendants.
_____/

### DEFENDANT TRAUPMAN'S AFFIDAVIT

I, Dennis Traupman, am a named Defendant in this action, and I hereby state the following is true and accurate, to the best of my knowledge.

1. On August 15, 2017, I was employed with the Florida Department of Corrections. I held the rank of Sergeant and was assigned to Charlotte Correctional Institution located in Punta Gorda, Florida 33955.

2. At no point in time was I involved in any use of force with inmate Corey Milledge on August 15, 2017. I never witnessed any force being used upon Corey Milledge on that day and I never partook in any force used upon Corey Milledge on that day.

3. At no point in time was I involved in escorting Corey Milledge from the food services building to the activities building.

4. At no point in time was in the activities building in the presence of Corey Milledge.

5. At no point in time was I involved in a strip search of Corey Milledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2021.

_____
Dennis Traupman,
Former Sergeant with the Florida Department of Corrections

Page 1 of 1

Def MSJ BS# 088