UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


CASE NO. 2:18-cv-413-FtM-66NPM


COREY MILLEDGE,

                Plaintiff,

v.

WILLIS, et al.,

                Defendants.

_____/


## DECLARATION OF KELLIE CASWELL, RN, BSN


I, KELLIE CASWELL, RN, BSN hereby states the following:

1.  I am in the employment of the Florida Department of Corrections ("FDC") as a Legal Nurse Consultant for the Office of Health Services. From 1994 through 2000, I was a Licensed Practical Nurse. I have been a Registered Nurse since 2000 and obtained my Bachelor of Science in Nursing degree in 1999. I have been the Legal Nurse Consultant for the Florida Department of Corrections since October 2019.

2.  Prior to working for FDC, I was a Registered Nurse Consultant for the Department of Financial Services ('DFS') for 2 years. Prior to DFS, I was a Registered Nurse Consultant with the Agency for Health Care Administration ('AHCA') for 8 years.  I have also worked in the private sector as a Registered Nurse for approximately 7 years.

3.  My current job duties include documentation review of medical records and evaluate and render my opinion as to the medical care, treatment, and diagnosis of specific inmates and by staff as related to active litigation within my scope of practice. As part of my regular duties I am an employee familiar with the manner and process in which inmate medical records are created and maintained by virtue of my duties and responsibilities

4.  I have reviewed the relevant records of Plaintiff, Inmate Corey Milledge, regarding an incident date of August 15, 2017, in order to render my medical opinion and to explain certain terminology and medical conditions contained within those records. Specifically, I have reviewed the medical records of Corey Milledge as follows: FDC Medical Records and Fawcett Memorial Hospital. References are made within this affidavit to the Bates Stamp # located on the bottom middle of each page, where necessary.

5.  After a review of the medical records, and based upon my training and experience, the following is my medical opinion.

Def MSJ BS# 090

6.   Mr. Milledge was brought to medical on August 15, 2017 for a post use of force exam. The ER record (3189) reflects that Mr. Milledge arrived ambulatory, which means he walked in, he was alert and oriented to person, place, time, and situation and responded to questions verbally.

7.   Mr. Milledge had two abrasions to his forehead. One measured 1cm x 1cm and the other 1cm x 3cm. Both were noted as superficial, that being they were surface wounds, and did not penetrate the deeper layers of the skin.  The diagram of injury (3190) documents the same.

8.   Mr. Milledge was evaluated using the Fracture/Dislocation/Sprain Protocol (3125). Form DC4-683J is used to assess inmates who may have a fracture, dislocation, or sprain based on signs or symptoms or subjective complaints.

9.   Mr. Milledge complained of pain to his ribs, specifically left lower ribs with a reported pain of 2/10 on the pain scale, with 10 being the worst.

10.  His exam documents that his skin is pink, warm, without redness, swelling, or bruising. The skin is intact and there is no deformity present.

11.  Mr. Milledge's lungs were clear to auscultation, which means his lungs sounded clear.

12.  Mr. Milledge had another use of force exam on 08/31/2017. The ER record (3188) documents that Mr. Milledge was brought to medical after a cell extraction and use of chemical agent. He arrived ambulatory, alert and oriented x 4 and responding to questions verbally. The diagram of injury (3119) documents no injury reported or documented at the time of assessment.

13.  Mr. Milledge was assessed using the Abrasion/Laceration protocol (3120) due to a self-inflicted wound. Form DC4-683V is used to assess inmates who have signs and symptoms of an abrasion or a laceration.  The protocol documents that Mr. Milledge has no complaint of pain. He has two lacerations, one to the left antecubital area and one to the right antecubital area.  The antecubital is the area near the crook, or pit, of the elbow. The lacerations measure at 2cm x 1/2cm x 1/2cm. There is no foreign material in the wounds nor is there any bleeding noted during the assessment. Mr. Milledge has full range of motion of his extremities and his pulses are easily palpable. There is no report of numbness or tingling. It is documented that the wounds were cleaned with wound cleaner and dressed with gauze. Mr. Milledge was instructed on signs of symptoms of infection as well as wound care. He was also instructed to return to medical if symptoms get worse.

14.  Mr. Milledge was seen by medical on 09/11/2017 for self-inflicted reopening of the above-mentioned wounds. (3114)

15.     Mr. Milledge was brought to medical on 09/13/2017 at approximately 1600 for a post use of force exam. The ER record (3186) documents that Mr. Milledge arrived ambulatory, alert and oriented x 4, Mr. Milledge was described as uncooperative and combative.

16.     His pain level and vital signs were not able to be assessed due to his behavior. The nurse performing the assessment documents that they observed Mr. Milledge reopening a laceration to his right antecubital area. Wound care was not able to be provided but minimal bleeding was observed. Band-aids were given to Mr. Milledge. There were no other obvious injuries noted at the time of the assessment. Mr. Milledge was unable to be given discharge instruction and he was discharged to confinement.

17.     The diagram of injury for this same date (3117, 3118) documents Mr. Milledge's aggressive and combative behavior, reopening of the wound, minimal bleeding and that Band-aids were given to Mr. Milledge. The Diagram of Injury, Form DC4-708 is an additional location to document any injuries found on the Emergency Room Record, Form DC4-701C. It is based on the same assessment and or evaluation.

18.     Again on 09/13/2017 at approximately 1742 hours (3187). Mr. Milledge was assessed for a post use of force with a chemical agent. The assessment documents that he arrived ambulatory, alert and oriented x 4, and responding to questions verbally. There are no injuries noted, however, a band-aid was applied to the previous open laceration to the right antecubital area.

19.     I received records from Fawcett hospital. Mr. Milledge was sent to Fawcett Memorial for evaluation and possible treatment of the laceration to his right antecubital area. I reviewed a procedure note on 09/14/2017 which documents that the laceration to the right antecubital area was cleaned, irrigated, and sealed with "reproximal" glue.

20.     Mr. Milledge was transferred to an outside hospital, Fawcett Memorial, on 09/21/2017. (3182) Mr. Milledge was transferred related to unstable vital signs due to self-inflicted laceration. Mental Health was notified, EMS was notified and Lactated Ringers (LR) was given intravenously. Lactated Ringers is a type of intravenous fluids used typically to hydrate the patient. This was a separate admission after the 09/14/2017 admission.  (04512)

21.     On 09/21/2020, during the second admission to Fawcett hospital, Mr. Milledge had a portable chest x-ray performed (4519). The results of the chest x-ray document that Mr. Milledge had a mildly displaced fracture of the left lateral 9th rib. There is no notation about the 10th rib.

22.     A rib fracture is a break or crack in the rib.

23.     A rib fracture that is single and non-displaced is considered a hairline fracture or a simple fracture.

24.     A rib fracture that is complex can result in the edges of the bone to become misaligned or displaced.

Def MSJ BS# 092

25. A chest x-ray can usually diagnosis a rib fracture. A chest x-ray can sometimes be used to show the severity of a fracture.

26. Acute means that the fracture is seen on the x-ray now. It is not a non-healing or chronic fracture. In general, medical conditions that are acute appear rapidly. A chronic condition develops or worsens over a period of time.

27. Mr. Milledge was seen again on 10/15/2017 for a post use of force exam (2340). He arrived at medical ambulatory, alert, and responding to questions verbally. There were no injuries noted during this assessment. It was documented by Mental Health (3988) that Mr. Milledge refused to respond to verbal stimuli and when security entered cell to check on Mr. Milledge, he "jumped out of bed and swung at the officers."

28. Mr. Milledge was seen by medical again on 10/16/2017 (2338,2339) related to the 10/15/2017 incident. Mr. Milledge complained of side pain, that his "ribs hurt". He arrived at medical ambulatory. The exam summary documents a small abrasion to the left side of his abdomen that is tender to touch. There is generalized bruising to left abdomen. The physician was notified.

29. Mr. Milledge had an x-ray of his left and right ribs on 10/20/2017. (2028) The x-ray results documented that there was a healing left 9th rib fracture and nonunion 10th rib fracture. There is no evidence of a 10th rib fracture in the 09/21/2017 report. The right ribs had no evidence of acute fracture. A nonunion fracture means a fracture that is nonhealing. An acute rib fracture typically means that the fracture occurred recently.

30. Mr. Milledge was seen by medical again on 11/22/2017 (2333). Mr. Milledge was seen cell front. Mr. Milledge was standing in cell and responded to questions verbally. Mr. Milledge states "right ribs hurt like left ribs" Mr. Milledge denies shortness of breath and he is able to talk in full sentences. There was no redness, bruising, or swelling documented in the exam notes.

31. Mr. Milledge had a rib x-ray on 11/29/2017. (2027). The x-ray documents *acute* fractures in the left 9th and 10th ribs. The report states that there is no significant change in comparison to 10/20/2017. * Please note that the x-ray on 10/20/2017 documents a *healing* left 9th rib fracture and nonunion 10th rib fracture. Because there is no significant change in comparison to the 10/20/2017, it is my medical opinion that the rib fractures appear to be an ongoing condition. As I did not write the impression, I am unable to decipher exactly what the radiologist meant when using the word "acute" and then noting 'no significant changes' since acute indicates a rapidly appearing condition.

32. Mr. Milledge was seen by medical on 12/11/2017. He was assessed using the Non-traumatic joint/extremity protocol. Form DC4-683HH is used to assess an inmate if they have subjective complaints or signs and/or symptoms of non-traumatic joint or extremity condition. (2330,2331). He complained of "chest/rib pain" and rated pain as 7/10 on pain scale. The assessment documents that the onset of pain was gradual, no swelling noted and there was no pain level with mild palpation. Mr. Milledge was given Acetaminophen.

Def MSJ BS# 093

33.   On 12/15/2017, Mr. Milledge had a ribs x-ray (2026). The x-ray was compared to the 11/29/2017 x-ray. The x-ray documents redemonstration of displaced left 9th and 10th rib fractures which are unchanged. Redemonstration means that this x-ray is noting the same findings as the previous x-ray that it was compared to. Displaced means pulled out of normal alignment.

34.   Mr. Milledge was seen by the Mental Health MD on 12/29/2017 (2901) and it was documented that Mr. Milledge has had 3 UOF in the past 24 hours involving injuries and aggression towards officers. The MD documents that he requires a medication change to help decrease the aggressive moods.

The foregoing facts are known by me to be true and correct based upon my review of the record. I am over the age of 18, am competent to testify to such facts, and would testify to these facts as above if I appeared in court as a witness under oath.

Pursuant to 28 U.S.C.A. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 22, 2021.

*Kellie Caswell, RN, BSN*

Kellie Caswell, RN, BSN
Legal Nurse Consultant
Office of Health Services
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500

-----------------------------------end-----------------------------------

Def MSJ BS# 094

**MobilexUSA**

# RADIOLOGY REPORT

**THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.**

<u>CONFIDENTIALITY NOTICE:</u> This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

**Facility:** FLORIDA STATE PRISON - 46345
23916 NW 83RD AVENUE
RAIFORD, FL  32083-1003

**DOS:** 12/10/2018
**Case:** 28604405

**Patient:** MILLEDGE, COREY
**Number:** Q12023

**DOB:** ████ 1986   **Age:** 32
**Room:** (MAIN)

**Examination:**

XRAY CHEST 2 VIEW
Comparison: 1/13/2018

Results: The heart and mediastinum are normal.  There is no pneumonia or effusion.
No adenopathy is seen.  No acute bony abnormality is visible.

Conclusion: No acute bony finding.

Electronically signed by REONO BERTAGNOLLI, M.D. 12/10/2018 1:30:56 PM EST.

**Radiologist:**   **Date:**  12/10/2018      **Time:**  01:30pm ET

REONO BERTAGNOLLI,MD/LE
RADIOLOGIST
**Physician:** GONZALO ESPINO, MD, MSA

Please call 1-800-940-0389, option 2, with any questions regarding this
report.

South East Region
13773 ICOT BLVD
CLEARWATER, FL  33760
800.940.0389

Def MSJ BS# 095

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2023

**Mobilᵉ USA**

# RADIOLOGY REPORT

THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.

**CONFIDENTIALITY NOTICE:** This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

**Facility:** LAKE CORRECTIONAL INSTITUTION - 24547
19225 US HWY 27
CLERMONT, FL  34715-9025

**DOS:** 01/12/2018
**Case:** 25924411

**Patient:** MILLEDGE, COREY
**Number:** Q12023

**DOB:** ▮▮986   **Age:** 31
**Room:** (MAIN)

**Examination:**

XRAY CHEST SINGLE VIEW

Results: No focal consolidation or pneumothorax.  The costophrenic angles are sharp. The heart is enlarged. The regional osseous structures are without acute abnormality. Healing ninth LEFT rib fracture.

Conclusion: No acute pulmonary process.  Healing ninth LEFT rib fracture..

Electronically signed by STEVEN D PICERNE, M.D. 1/13/2018 9:32:47 AM EST.


SHOULDER COMPLETE, MIN 2V, RIGHT

Results: No acute fracture, osseous lesion or dislocation.  The scapula, clavicle and visualized ribs are intact.

Conclusion: No acute bony abnormality, fracture or dislocation.

Electronically signed by STEVEN D PICERNE, M.D. 1/13/2018 9:32:47 AM EST.

(Continued on Next Page)

RECEIVED
JAN 1 6 2018
Medical Records

*Dr. Noel, MD
Staff Physician
Lake Correctional*
*1-18-18*

South East Region
13773 ICOT BLVD
CLEARWATER, FL  33760
800.940.0389

**Physician:** WILLY NOEL, MD

Please call 1-800-940-0389, option 2, with any questions regarding this report.

Def MSJ BS# 096

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2025



# SCHRYVER MEDICAL, LLC

a TridentUSA HEALTH SERVICES company
800-638-3240

**Radiology Interpretation**

**PATIENT NAME:** COREY MILLEDGE
**DATE OF BIRTH:** ████ 986
**ID/MRN:** Q12023
**PHYSICIAN:** NOEL MD, WILLIE
**FACILITY:** LAKE C.I., FL
**DATE OF SERVICE:** 12/15/2017 16:25:36
**HISTORY:** Follow up rib fx

## SIGNIFICANT FINDINGS

**RIBS LT 2V:**

Comparison: 11/29/2017.

Findings:
There is redemonstration of displaced left 9th and 10th rib fractures. No additional rib fractures are seen on the left. Left lung is clear with no consolidation, pleural effusion, or pneumothorax. There are postsurgical changes of the left shoulder region.

**IMPRESSION:**

**Redemonstration of displaced left 9th and 10th rib fractures which are unchanged.**

**Electronically Signed By:** Nadir Khan D.O., M.S. 12/15/2017 17:21:34 MST

*Dr. Noel, MD
Staff Physician
Lake Correctional
12/2/17
Correlate
To
Clinic*

Def MSJ BS# 097



## SCHRYVER MEDICAL, LLC

a TridentUSA HEALTH SERVICES company

**800-638-3240**
**Radiology Interpretation**

---

**PATIENT NAME:** COREY MILLEDGE
**DATE OF BIRTH:** ████ 1986
**ID/MRN:** Q12023
**PHYSICIAN:** NOEL MD, WILLIE
**FACILITY:** LAKE C.I., FL
**DATE OF SERVICE:** 11/29/2017 16:41:01
**HISTORY:** Status post injury to right rib cage

---

# SIGNIFICANT FINDINGS

**RIBS BILATERAL 4V:**
Indication: pain following an injury.
Technique: six total views.
Findings:
The included thorax is unremarkable. The right ribs are unremarkable. The left ribs demonstrate a displaced fractures of the left 10th and ninth ribs. There is no pneumothorax. There is no pneumothorax. If symptoms persist, a bone scan may be of value.

**IMPRESSION:**
**Acute fractures in the left ninth and 10th ribs. There is no significant change in comparison to 10/20/2017.**

---

**Electronically Signed By:** Dr. Norman Pennington M.D. 11/29/2017 16:05:05 MST

Dr. Pennington notified Rapid Radiology System of significant findings. Rapid Radiology System notified Jamie Oxner Rader (352 672 1301 CriticalFindings Nursing Supervisor ) at Schryver Medical FL Corrections of significant findings at 2017-11-29 17:31:54.

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

*correlate to chric*
*chart*

Dr. Noel, MD
Staff Physician
Lake Correctional
12-1-19

**Def MSJ BS# 098**

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2027



## SCHRYVER MEDICAL, LLC

a TridentUSA HEALTH SERVICES company
800-638-3240
Radiology Interpretation

PATIENT NAME: COREY MILLEDGE
DATE OF BIRTH ▮▮▮▮ 986
ID/MRN: Q12023
PHYSICIAN: NOEL MD, WILLIE
FACILITY: LAKE C.I., FL
DATE OF SERVICE: 10/20/2017 16:19:44
HISTORY: left rib cage pain post injury

# SIGNIFICANT FINDINGS

**RIBS LT 2V:**
LEFT RIBS 2 VIEWS:
COMPARISON: None.
FINDINGS:
Healing left 9th rib fracture and nonunion 10th rib fracture.
There is no displacement.
No pneumothorax or pleural effusion.
Bone mineralization is within normal limits.

**IMPRESSION:**
**Healing left 9th rib fracture and nonunion 10th rib fracture.**

**RIBS RT 2V:**
RIGHT RIBS 2 VIEWS:
COMPARISON: None.
FINDINGS:
There is no acute fracture.
There is no displacement.
No pneumothorax or pleural effusion.
Bone mineralization is within normal limits.

**IMPRESSION:**
**No evidence of acute fracture.**

Dr. Noel MD
Staff Physician
Lake Corrections

10/26/17

Electronically Signed By: Dr. Divyang Patel M.D. 10/20/2017 15:19:09 MDT

---

Def MSJ BS# 099

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2028

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
NON-TRAUMATIC JOINT/EXTREMITY PAIN PROTOCOL
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

SUBJECTIVE: Date: 12|11|19   Time: 2105   Age: ____   ☐ Sick Call  ☐ EMID
Allergies: Haloperidol, Mirtazapine, Risperdone
Current Medication/s: Atorvastatin, Vitamin B-12, Amlodipine, Vitamin D-3, Depakote
Medical History: HCTZ

Do you have Sickle Cell Disease? ☑ No  ☐ Yes → Does this joint/extremity pain feel like your usually SCC
pain? ☑ No  ☐ Yes → assess patient using *Sickle Cell Crisis Protocol*, DC4-683QQ.

Do you have hemophilia? ☑ No  ☐ Yes

Have you had a recent tick bite? ☑ No  ☐ Yes → when? ____

Chief Complaint (in patient's own words): "Chest/rib pain"

Location where pain is the worse: N/A     Does pain radiate? ☑ No  ☐ Yes → to: _____

NOTE:
If arm pain extends to neck, jaw, or shoulder and is accompanied by chest pressure or pain, assess pt. using DC4-683E protocol.

If bilateral, non-traumatic ankle swelling is present along with recent h/o chest pain, productive cough, or SOB, assess pt. using DC4-683D protocol.

If pt. is complaining of unilateral calf pain, swelling, or redness, assess pt. using DC4-683PP protocol.

Pain Level: ☐ 0  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☑ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10     Initial onset of pain: ☐ Sudden  ☑ Gradual

Onset of pain: x _____ hours / days / months / years (circle appropriate timeframe)

Onset of swelling: x _____ hours / days / months / years (circle appropriate timeframe)   OR   ☐ No swelling

Recent trauma to painful area? ☐ No  ☐ Yes → proceed to appropriate trauma Protocol

Have you had any recent unusual exertion or over use of this extremity (e.g., recently assigned to Laundry)? ☑ No  ☐ Yes

Have you ever seen a clinician for this same pain/swelling? ☑ No  ☐ Yes →   Most recent date: _____   Dx: _____

Are you able to walk or bear weight on affected leg? ☐ No  ☐ Yes  ☑ NA

Do you have any numbness or tingling in affected extremity? ☑ No  ☐ Yes → ☐ Constant  ☐ Intermittent, especially at _____

Are you able to bend and straighten the joint? ☑ N/A ☐ Yes   Does your joint feel stiff? ☑ N/A ☐ Yes

Have you lost 10 or more lbs. recently without trying? ☑ No ☐ Yes → last recorded wt. in medical record: _____ Date: _____

Have any noticed any other symptoms since your joint/extremity pain started? (e.g., decreased appetite, feels hot, no energy, etc.)

OBJECTIVE: Temp: 98.0  Pulse: 81  Resp: 8  Blood Pressure: 144/99  O₂ sat: 99 % Weight: ____
LMP: ____  Blood sugar: ____ (all patients)  If blood sugar is ≥ 200, assess patient ALSO with DC4-683MM protocol.

Physical assessment of affected joint/extremity:   (compare to corresponding, non-affected area - - i.e., L ankle vs. R ankle)

* Skin color (compare to non-affected side): ☑ Normal skin tone - No difference  ☐ Reddened → diameter of reddened area: ____
                                              ☐ Red streaks extending out from affected area
* Skin temp (compare to non-affected side): ☑ No difference  ☐ Warmer  ☐ Feels hot to touch
* Swelling (compare to non-affected side): ☑ No swelling/pitting noted  ☐ Mild swelling /1+ pitting
                                            ☐ Moderate swelling/2+ pitting  ☐ Severe swelling/3+pitting  ☐ Deep 4+ pitting
* Point tenderness: * ☑ No change in pain level with mild palpation  ☐ Pain in affected area increases with mild palpation

INMATE NAME: Milledge, Corey                              D. Carroll
DC#: Q12023   RACE: B   SEX: M                            *Caswell*   LPN
DATE OF BIRTH: _____ 1986                                SIGNATURE AND STAMP/ PRINT of person completing form
INSTITUTION: _____                                       LakeCI
DC4-683HH (Revised 3/7/17)                                RN OR CLINICIAN REVIEWER
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.    Page 1 of 2

Def. MS. LBS# 100
Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2330

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**NON-TRAUMATIC JOINT/EXTREMITY PAIN PROTOCOL**
**NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.**

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**

- ☐ Patient has hemophilia.
- ☐ Severe pain (7-10 pain level).
- ☐ Oral temperature ≥ 100.4 (r/o osteomylitis, septic arthritis, etc.).
- ☐ New onset inflamed area ≥ 3cm or any size reddened area with red streaks.
- ☐ Affected extremity is cold, blue, or numb OR much cooler in comparison to other extremity.
- ☐ Sudden shoulder pain accompanied by abdominal pain in woman with menses > 4 weeks late (r/o ectopic pregnancy).
- ☐ Unable to bear wt. or walk on extremity (Does clinician need to admit patient to the Infirmary for pain control & help with ADLs?)
- ☐ Blood sugar >200 and patient has not been diagnosed with diabetes.
- ☐ History of recent tick bite (r/o Lyme disease).
- ☐ Fever, point tenderness, unilateral, non-use, & h/o recent infection (r/o osteomylitis).

**FINDINGS REQUIRING CLINICIAN EXAMINATION WITHIN THE NEXT 24 HOURS**

(Note:  if clinician won't be able to see pt. within the next 24 hours, call the on-call MD for orders and patient disposition NOW).

- ☐ Joint mild-moderately painful, swollen, warm to touch, or red with no known injury (r/o bursitis, tendonitis, rheumatoid arthritis, osteoarthritis, etc.).
- ☐ Pain increases with movement.
- ☐ H/o heart, liver, kidney disease, immunosuppression, diabetes, or recent illness, such as sore throat or skin infection.
- ☐ New prescription medication.
- ☐ General ill feeling, malaise, decreased appetite.
- ☐ Limited movement of affected extremity.
- ☐ Numbness or tingling in hands, especially at night or upon awakening in the morning (r/o carpel tunnel syndrome).
- ☐ Unilateral heel pain, especially when first standing up, getting out of bed, with walking, etc. (r/o plantar fasciitis).
- ☐ Moderate swelling and/or fluid on the knee.
- ☐ Knee buckles or locks into place.
- ☐ Moderate pain in joint or base of big toe (r/o gout).
- ☐ Joint pain has lasted > 3 days.
- ☐ Blood sugar is 120-200 and patient has not been diagnosed with diabetes.

**PLAN**

- ☐ Consider issuing a temporary Bedrest/Lay-In pass until inmate can see the MD in the next 24 hours (see HSB 15.02.16).
- ☑ Give acetaminophen 650 mg p.o. now or ibuprofen (if swelling is present) 400mg p.o. now for pain and/or temperature ≥ 100.4 unless contraindicated.

**EDUCATION**

- ☐ Elevate the affected limb/joint higher than the heart.
- ☐ Apply warm, moist heat (towel soaked in hot water) to painful area 3-4'x a day.
- ☐ When elevating lower extremity, DO NOT place anything under the knees.  Place pillow/folder blanket under the calf.
- ☐ Return if pain increases or if there's no improvement in pain or swelling after 48 hours of pain medication, warm soaks, and rest.
- ☐ Return if there's no improvement in the ability to use the affected extremity after 48 hours.
- ☑ Take acetaminophen 650 mg every 4-6 hours or ibuprofen (if swelling is present) 400mg every 4-6 hours as needed for pain unless contraindicated.
- ☐ Return immediately for any onset of new symptom/s, including chest pain, frothy or pink tinged sputum, or shortness of breath.

INMATE NAME: Milledge, Corey
DC#: Q12023   RACE: Black   SEX: Male
DATE OF BIRTH:                1986
INSTITUTION: Lake

*D. Carroll*
LPN
Lake CI
**SIGNATURE AND STAMP/ PRINT of person completing form**

**RN OR CLINICIAN REVIEWER**

DC4-683HH (Revised 3/7/17)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.
Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2331
Def MSJ BS# 101

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: __11/27/17__     Time: __0800__

Inmate Name: __Milledge, Corey__   DC#: __Q 12023__

Housing assignment: __H 3204__

Job assignment: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): __Right rib pain, "like left ones a few weeks ago"__

When did problem/symptoms start? _____

Inmate Name __Milledge, Corey__
DC# __Q12023__        Race/Sex __BM__
Date of Birth ████████ 86
Institution __Lake CI__

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services Administration

Def MSJ BS# 102

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2332

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:**  ☒ Inmate  ☐ Employee  ☐ Visitor
☐ Post-Use-of-Force Exam  ☐ Injury  ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: ~ 2-3 wks ago ?   Time of exam: 0800 cell front

Description of occurrence:

States R ribs hurt like L Ribs
denies injury - recent.
states had x-ray 2-3 wks ago that showed Fx
now R Ribs hurts like (L) ribs - denies injuries

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A  ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing  ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature ____  Pulse ____  Respiration 18   O2 Sat ___ % Blood Pressure ____
even plateau

Arrived via:  ☐ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☒ Other: standing in cell

Condition on arrival (check all that apply): ☒ Alert  ☒ Oriented x 4 (person, place, time, situation)  ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☒ C/O pain? If checked, where? 3-4 R Ribs Lateral

Examination summary:

Ox4, denies SOB - able to talk full senten ce
A+P chest ∅ redness, bruising swelling symmetrical

Physician notified?  ☐ No  ☒ Yes   Name: Dr Noel   Time: 0830

Treatment provided?  ☒ No  ☐ Yes   If yes, describe: _____

Response to Treatment:   ∅

states want MD to review x-ray
x-ray results not seen by this RN

Disposition:  ☐ Population  ☐ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☒ Other (explain): cell

Discharge Instructions and Education:   VM educ

Health Care Provider's Signature and Stamp: C Ferrell RN   Dr. Noel, MD   Date/Time: 11/27/17  0930
Staff Physician
Lake Correctional

Reviewing Physician's Signature and Stamp: _____   Date/Time: _____

**Name** Milledge Coney
**DC#** Q12083   Race/Sex B/M   11-28-17
**Date of Birth** ███ /86
**Institution** Lake CI

Inmate Distribution:  White—Health Record
Canary—Inspector General
Pink—Local Requirements

Employee Distribution:  White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**Def MSJ BS# 103**

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2333

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☑ Inmate | ☐ Employee | ☐ Visitor |
|---|---|---|---|
| | ☐ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Altercation |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _____   Time of exam: _18(a) cell exam_

Description of occurrence: _State'd Rehs head like L Rehs_
_States injury - recent_
_States had to bury 2-3 wks ago that stirred Fx_
_r/o R Rhs hands leg (1) old - times injuries_

Post Use of Chemical Agent Instructions: Shower without soap? ☐ N/A  ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature _____ Pulse _____ Respiration _18_ O2 Sat _____ % Blood Pressure _____

Arrived via:  ☐ Ambulatory   ☐ Stretcher   ☐ Wheelchair  ☑ Other: _finish in cell_

Condition on arrival (check all that apply): ☑ Alert  ☑ Oriented x 4 (person, place, time, situation)  ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☑ C/O pain? If checked, where? _____

Examination summary: _____

Physician notified?  ☐ No  ☑ Yes   Name: _Dr Noel_          Time: _0930_

Treatment provided?  ☑ No  ☐ Yes   If yes, describe: _____

_States wants MD to review x-ray_

Response to Treatment: _X-ray results not seen by today_

Disposition:  ☐ Population  ☐ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☑ Other (explain): _cell_

Discharge Instructions and Education: _I'm educ_

Health Care Provider's Signature and Stamp: _Ferrell m_   Date/Time: _1/27/17  0930_

Reviewing Physician's Signature and Stamp: _____   Date/Time: _____

| Name | Milledge Coney | | Inmate Distribution: | White—Health Record |
|---|---|---|---|---|
| DC# | Q12082 | Race/Sex _B_ | | Canary—Inspector General |
| Date of Birth | ▉▉▉ /86 | | | Pink—Local Requirements |
| Institution | Lake CI | | Employee Distribution: | White—Safety Officer/Designee |
| | | | | Canary—Employee Copy |
| | | | | Pink—DESTROY |

DC4-701C (Effective 12/12)

Def MSJ BS# 104

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2334

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:**  ☐ **Inmate**  ☐ **Employee**  ☐ **Visitor**
☐ **Post-Use-of-Force Exam**  ☐ **Injury**  ☐ **Physical Altercation**

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.
Time of occurrence:_____   Time of exam:_____
Description of occurrence:
_____
_____
_____
_____
_____

Post Use of Chemical Agent Instructions: Shower without soap?  ☐ N/A   ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐Report any difficulty breathing ☐ Remain in upright position☐ Do Not apply lotion to the skin ☐Splash cool water to eyes 5-10 minutes

Vital Signs:  Temperature_____Pulse_____Respiration _____O2 Sat_____% Blood Pressure_____/_____

Arrived via:  ☐  Ambulatory   ☐  Stretcher   ☐  Wheelchair   ☐  Other:_____

Condition on arrival (check all that apply):  ☐ Alert   ☐ Oriented x 4 (person, place, time, situation) ☐ Responding to questions verbally
☐  Other (requires description in examinations summary)
☐ C/O pain?  If checked, where?_____

Examination summary:
_____
_____
_____
_____
_____

Physician notified?  ☐ No  ☐ Yes   Name:_____   Time:_____

Treatment provided?  ☐ No  ☐ Yes   If yes, describe:_____
_____

Response to Treatment:
_____
_____

Disposition:  ☐ Population  ☐ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):

Discharge Instructions and Education:
_____
_____

Health Care Provider's Signature and Stamp:_____   Date/Time:_____

Reviewing Physician's Signature and Stamp:_____   Date/Time:_____

**Name** _____
**DC#** _____ **Race/Sex**_____
**Date of Birth** _____
**Institution** _____

Inmate Distribution:   White—Health Record
                       Canary—Inspector General
                       Pink—Local Requirements

Employee Distribution:  White—Safety Officer/Designee
                        Canary—Employee Copy
                        Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**Def MSJ BS# 105**

**Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2335**

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**



Date of occurrence _____   Time of occurrence _____
Date injury assessed by medical _____   Time injury assessed by medical _____

☒ No injury identified

Description of injury:

_____
_____
_____
_____
_____

*C Ferrell*
**Staff Signature**

**Inmate Name** _Milledge Corey_
**DC#** ___Q12023___   **Race/Sex** _BM_
**Date of Birth** ████ _86_
**Institution** ___ _Cahg_

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:   White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

**DC4-708 (Revised 10/07)**

Incorporated by Reference in Rule 33-602.210, F.A.C.

Def MSJ BS# 106

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2336

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**CHEST PAIN PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 1/16/17 Time: 1630 Age: 28 ☐ Sick Call ☑ EMID *Chest Pain*
Allergies: *Haldol Risperdal*
Current Medication(s): *Amox 500 bid motrin 600mg Lipitor 20 ghs Norvasc 10mg gd*
Chief Complaint: *Chest Pain*
If patient has NTG SL Rx → Number of NTG tablets taken with this episode of chest pain: ☐ None ☐ 1 ☐ 2 ☐ 3 →
How long ago was last NTG tablet taken? _____. Was chest pain completely relived with the NTG? ☐ No ☐ Yes
Significant hx / Risk Factors: ☐ Cardiac ☐ Respiratory ☑ HTN ☒ Elev. Cholesterol ☐ Smoker ☐ Ulcer/GERD
Onset/Duration: *today* Pain Level: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☒ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10
Pain Characteristic/s: ☒ Sharp ☐ Dull ache ☐ Stabbing ☐ Squeezing ☐ Crushing ☐ Continuous ☐ Intermittent
Pain Radiates? ☒ No ☐ Yes, to _____ What helps alleviate the pain? *It just stops*
Additional Symptoms: ☐ SOB ☐ Diaphoresis ☐ Nausea ☐ Other: _____
Does pain increase with: Deep breath? ☒ No ☐ Yes Arm movement? ☒ No ☐ Yes Chest palpation? ☒ No ☐ Yes

**OBJECTIVE:** Temp *98.6* ° Pulse: *88* Resp: *6* Blood Pressure: *140/96* O2 sat: ___ % Weight: ___
O₂ saturation level: ___ % on: ☐ Room air ☐ 2L/min/NC ☐ 3L/min/NC ☐ Other: _____
Behavior/Affect: ☑ Calm ☐ Anxious ☐ Fearful Does patient appear to be short of breath? ☐ No ☐ Yes
Skin: ☐ Pink ☐ Pale ☐ Flushed ☐ Diaphoretic ☐ Cool ☐ Warm
Apical heart rate: *58* ☐ Regular ☐ Irregular Describe if irregular: _____
Radial pulse rate: ___ ☐ Regular ☐ Irregular Describe radial pulse (e.g., strong, weak, bounding): _____
Lung Sounds: ☑ Clear ☐ Crackles ☐ Wheezes ☐ Diminished Document findings below:
Right Upper Lobe: ___ Right Lower Lobe: ___ Left Upper Lobe: ___ Left Lower Lobe: ___
Level of distress: ☒ None ☐ Mild ☐ Moderate ☐ Severe ☐ Comments: *Smiling, laughing*

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Abnormal Vital Signs:
  ☐ BP less than 90/60 or greater than 160/100
  ☐ Heart rate less than 60 or greater than 110
  ☐ Temperature greater than 100.4
  ☐ Respiratory rate less than 12 or greater than 24
  ☐ O₂ saturation less than 93%
☐ Respiratory distress
☐ Severe chest pain
☐ 2 or more risk factors
  ☐ History of recent chest injury
  ☐ Nausea / vomiting
  ☐ History of recent drug use
  ☐ Previous cardiac history
☐ Other: _____

**PLAN**
☐ Notify clinician as above.
☐ Activate EMS as ordered Time called: _____ Time arrived: _____
☐ Immediate treatment required:
  ☐ If patient has NTG Rx and hasn't taken all 3 doses, give needed dose/s now:
    1st NTG time: _____ 2nd NTG time: _____ 3rd NTG time: _____
  ☐ Place patient in semi-fowlers position (30-45 degrees elevation of head)
  ☐ Start O₂ at 3 L/min/NC; if patient has COPD, start at 2L/min/NC per minute
  ☐ STAT EKG
  ☑ ASA 325mg by mouth x 1 dose if not allergic - - instruct patient to CHEW tablet
  ☐ Start IV of NS 0.9% with large bore needle at Keep Vein Open rate.
☐ Vital signs as needed until orders received from clinician
☐ NTG 1/150 sublingual every 5 minutes x 3 doses per clinician's orders:
  1st NTG time: _____ 2nd NTG time: _____ 3rd NTG time: _____
☑ Additional orders/plans: *Educated im on importance of medication*
☐ Issue Pass: *compliance*
☐ No treatment required

**EDUCATION**
☐ As directed by clinician:
☐ Other: _____
☒ Inmate instructed to return if symptoms continue, become worse, or if any new symptoms develop.

T. Spencer, LPN
Lake Ci

INMATE NAME: *Milledge Corey*
DC#: *217023* RACE: *B* SEX: *M*
DATE OF BIRTH: _____
INSTITUTION: *Lake Ci*

SIGNATURE AND STAMP/ PRINT of person completing form

RN or CLINICIAN REVIEWER

DC4-683E (Revised 3/7/17) Page 1 of _____
*Lagrindl - Lake*
*Riv, Lake Ci*
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration

**Def MSJ BS# 107**

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:**  ☑ **Inmate**   ☐ **Employee**   ☐ **Visitor**
☐ **Post-Use-of-Force Exam**   ☑ **Injury**   ☐ **Physical Altercation**

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 10/15/17                    Time of exam: 1430  10/16/17

Description of occurrence:
I/m was involved in a use of force unwitnessed by this
writer on 10/6/17. I/m states he was not feeling any
pain the day of the incident. C/o abdominal side/
pain "ribs hurt".

Post Use of Chemical Agent Instructions: Shower without soap? ☐ N/A  ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:  Temperature 98.2  Pulse 106  Respiration 18  O2 Sat 99 % Blood Pressure 139, 84

Arrived via: ☑ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other:

Condition on arrival (check all that apply): ☐ Alert  ☐ Oriented x 4 (person, place, time, situation) ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☑ C/O pain? If checked, where? Side abd pain  7/10

Examination summary:
small abrasion to (L) side abdomen, tender to
touch, generalized bruising along (L) abdomen.

Physician notified? ☐ No ☑ Yes   Name: Dr. Nuel                          Time: 1445

Treatment provided? ☐ No ☐ Yes   If yes, describe:

Response to Treatment:

Disposition:  ☐ Population  ☐ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):

Discharge Instructions and Education:

Health Care Provider's Signature and Stamp: _Chemondenn_                Date/Time: 10/16/17

Reviewing Physician's Signature and Stamp: _Dr. Noel MD Staff Physician Correctional_   Date/Time:

**Name** Milledge, Corey
**DC#** _____ **Race/Sex** _____     10/20/17
**Date of Birth** _____
**Institution** _____

Inmate Distribution:  White—Health Record
                      Canary—Inspector General
                      Pink—Local Requirements
Employee Distribution: White—Safety Officer/Designee
                       Canary—Employee Copy
                       Pink—DESTROY

DC4-701C (Effective 12/12)

**Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2338**

**Def MSJ BS# 108**

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**



Date of occurrence  10 15 17        Time of occurrence _____

Date injury assessed by medical    10 16 17   Time injury assessed by medical  1430

☐ No injury identified

Description of injury:
Small scratch/abrasion to Ⓛ abdomen, generalized
bruising Ⓛ abdomen, tender to touch

_____
Staff Signature

**Inmate Name** Milledge Corey

**DC#** _____  **Race/Sex** _____

**Date of Birth** _____

**Institution** __ _____

Dr. Noel, MD
Staff Physician
Lake Correctional
10-20-17

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:   White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.   **Def MSJ BS# 109**
**Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2339**

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☒ Inmate | ☐ Employee | ☐ Visitor | |
|---|---|---|---|---|
| | ☒ Post-Use-of-Force Exam | | ☐ Injury | ☐ Physical Altercation |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _0708_                    Time of exam: _0705_

Description of occurrence:

_Post use of force._

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A  ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:  Temperature _98°_  Pulse _120_  Respiration _18_  O2 Sat _99_ %  Blood Pressure _126 , 77_

Arrived via: ☒ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other:_____

Condition on arrival (check all that apply): ☒ Alert  ☐ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain?  If checked, where?_____

Examination summary:

_Ø injuries noted    V/S Completed._

| Physician notified? | ☐ No ☒ Yes | Name: _Dr. Mesa_ | Time:_____ |
|---|---|---|---|
| Treatment provided? | ☐ No ☒ Yes | If yes, describe: _Assessment ∓ v/s_ | |

Response to Treatment:
_Tolerated._

Disposition:  ☐ Population  ☐ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):

Discharge Instructions and Education:
_return to medical c̄ Complication._

Health Care Provider's Signature and Stamp: _mmmlpnl_   V. Herpaul   Date/Time: _10/15/17_
                                                         LPN
                                                         LAKE CI

Reviewing Physician's Signature and Stamp: _Dr. Noel MD Staff Physician Lake Correctional_    Date/Time:_____

| Name _Milledge, Corey_ | Inmate Distribution: | White—Health Record |
|---|---|---|
| DC# _Q12023_  Race/Sex _B/m_ | | Canary—Inspector General |
| Date of Birth ■■■ _1986_ | _10-16 T■■_ | Pink—Local Requirements |
| Institution _LCI_ | Employee Distribution: | White—Safety Officer/Designee |
| | | Canary—Employee Copy |
| | | Pink—DESTROY |

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.                    **Def MSJ BS# 110**

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2340

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence ___10/15/17___          Time of occurrence _____

Date injury assessed by medical _10/15/17_   Time injury assessed by medical_____

☒ No injury identified

Description of injury:

∅ injuries

Staff Signature _____     V. Herpaul
                                  LPN
                                  LAKE CI

Dr. Noel, MD
Staff Physician
Lake Correctional

10-16-17

Inmate Name _Milledge, Corey_   Race/Sex _B/m_

DC# _Q12023_  ▓▓▓▓

Date of Birth _____1986_____

Institution _____LCI_____

This form is not to be amended, revised, or altered without approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Def MSJ BS# 111

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2341

in Rule 33-602.210, F.A.C.

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF INPATIENT MENTAL HEALTH CARE

Institution: _____ Lake CI _____          Level of Care (circle)   TCU   CSU   CMHTF

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| 12/31/2017 | | The following activity was canceled: |
| 10:00 – 12:00 | | _____ Individual Session |
| Y | | _____ Group Session |
| | | __X__ Psycho education Group (MC, SM, AM, BV, ADL, TC, SS, PD) |
| | | _____ Activity Therapy |
| | | Activity was canceled by: _____ Mental Health ___X___ Security |
| | | Reason Canceled: |
| | | _____ Inmate on MHOS Status (only for activity therapy) |
| | | _____ Inmate is Restricted by the MDST |
| | | _____ Lack of security staff to pull |
| | | __X__ Other: No **Blues, Inappropriate** Behavior, PM, Death Row, No Blues |
| | | **Due to amount for group** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | **D. Mason** |
| | | **Behavioral Activity Therapist** |
| | | **Lake C.I** |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| M - Medical Physician/CA | T - Pharmacist | S - Subjective Data (Inmate Statement) |
| P – Psychiatry | TXT - Treatment Team | O - Objective Data |
| Y - Psychology | U - UTR | A - Assessment of S and O |
| N - Nursing | | P - Plan |
| D - Dental | | |

Inmate Name: _____ **MILLEDGE, COREY** _____

DC# _____ Q12023 _____ Race/Sex: _____ B/M _____

Date of Birth: _____ ███ _____ 986 _____

Institution: _ **Lake Correctional Institution** _

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

DC4-642F (Revised 11/12/14)

Def MSJ BS# 112

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2898

FLORIDA DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF INPATIENT MENTAL HEALTH CARE

Institution: LAKE C.I.

Level of Care (circle)   TCU   CSU   (CMHTF)

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| 12/29/17 0840 | | Inmate. C/O "Chest Pain," Inmate was pulled out of Cell and taken into treatment room for Assessment. Inmate was Noticeably Anxious & irritable, Vital Signs 151/106, 88, 18, 98.5, Pt. redirected to decrease Anxiety — C. Jackson, RN LAKE CI |
| 12/29/17 0840 | | use of force was used getting Inmate out of Cell & into treatment room, No Injuries Noted — C. Jackson, RN |
| 12/29/17 0845 | | Call Placed. to Dr Mesa, Orders recieved to complete an EKG — C. Jackson, RN LAKE CI |
| 12/29/17 0900 | | Inmate brought down stairs via Security, pt Calm & Cooperative, EKG completed, results were Normal Sinus rhythm, pt transported back upstair to Cell — C. Jackson, RN LAKE CI |
| 12/29/17 0915 | | report given back to Dr Mesa, No New orders recieved — C. Jackson, RN LAKE CI |
| 12/29/17 1455 | | Inmate refused to retake vitals, However No distress Noted, pt Noted talking and laughing with other Inmates while with his Cell will continue to monitor C. Jackson, RN LAKE CI |

M - Medical Physician/CA
P – Psychiatry
Y – Psychology
N – Nursing
D – Dental

T - Pharmacist
TXT - Treatment Team
U - UTR

S - Subjective Data (Inmate Statement)
O - Objective Data
A - Assessment of S and O
P - Plan

Inmate Name_____

DC#_____Race/Sex_____

Date of Birth_____

Institution_____

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

DC4-642F (Revised 11/12/14)

Def MSJ BS# 113

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2899

**STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF INPATIENT MENTAL HEALTH CARE**

Institution: ___Lake CI___          Level of Care (circle)     TCU     CSU     (CMHTF)

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| 12/29/17 1000-1200 Y | | The following activity was canceled: <br> _____ Individual Session <br> ✓ Group Session <br> _____ Psychoeducation Group (MC, SM, AM, BV, ADL, TC, SS, PD) <br> _____ Activity Therapy <br><br> Activity was canceled by: _____ Mental Health   ✓ Security <br><br> Reason Canceled: <br> _____ Inmate on MHOS Status (only for activity therapy) <br> ✗ Inmate is Restricted by the MDST <br> _____ Lack of security staff to pull <br> _____ Other: <br> He was involved in a Use of Force <br> for being combative on 12/28/17. |
| C. Englert. LMHC <br> Lake CI | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| M - Medical Physician/CA <br> P – Psychiatry <br> Y - Psychology <br> N - Nursing <br> D - Dental | T - Pharmacist <br> TXT - Treatment Team <br> U - UTR | S - Subjective Data (Inmate Statement) <br> O - Objective Data <br> A - Assessment of S and O <br> P - Plan |

Inmate Name _Milledge, Corey_
DC# _Q13023_          Race/Sex _B_ /M
Date of Birth ▮▮▮▮▮ 86
Institution ___LAKE CI___

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

DC4-642F (Revised 11/12/14)

**Def MSJ BS# 114**

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2900

FLORIDA DEPARTMENT OF CORRECTIONS

CHRONOLOGICAL RECORD OF INPATIENT MENTAL HEALTH CARE

Institution: _LCI_

Level of Care (circle)    TCU    CSU    (CMHTF)

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| 12/29/17 Psych MW | | Mr. Milledge has had 3 uses of force, in past 24 hrs involving injuries + aggression to officer. He has exhibited agitation during these encounters. Clearly, he requires med to help w/ these aggressive sxs + unstable mood. I have ordered Zyprexa 10mg po bid — if refused, Geodon 2mg IM to be given. I believe Zyprexa as soon as possible to ↑ compliance. If this plan P ineffective will switch to Prol Dec (allergic to Haldol + Risperdal on chart) Pt informed of plan.  ∅SI/HI reported/noted. |
| | | L. Lefler, Psychiatrist |

| M - Medical Physician/CA | T - Pharmacist | S - Subjective Data (Inmate Statement) |
|---|---|---|
| P – Psychiatry | TXT - Treatment Team | O - Objective Data |
| Y - Psychology | U - UTR | A - Assessment of S and O |
| N - Nursing | | P - Plan |
| D - Dental | | |

Inmate Name _Milledge, Corey_

DC# _Q12073_   Race/Sex _Bm_

Date of Birth _____ 86

Institution _LCI_

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

C4-642F (Revised 11/12/14)

Def MSJ BS# 115

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2901

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
ABRASION/LACERATION PROTOCOL

NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 9/11/17   Time: 1630   Age: 31   ☐ Sick Call ☒ EMID

Allergies: Haldol, Lemeron, Risperdal
Current Medication/s: Norvasc, HCTZ
Chief Complaint: Reopened (R) A/L, laceration noted earlier deep laceration
Mechanism of Injury (MOI): Self inflicted
Date and Time of Injury: approx 1600 9/11/17   Pain level: ☐0 ☐1 ☒2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10
Last Tetanus Toxoid: 2/18/17
Additional comments: Bleeding moderately with old clots noted on hands

**OBJECTIVE:** Temp 97.8   Pulse: 80   Resp: 18   Blood Pressure: 112/66   O2 sat: 97 %   Weight: 155

Observe for clinical signs and symptoms of shock:
☐ Skin pale, mottled, cold, and diaphoretic          ☐ Restlessness, confusion, and anxiety
☐ Tachycardia (rapid, weak pulse)                     ☐ Tachypnea (rapid, shallow breathing)
☐ Hypotension -- systolic less than 90 (Note: falling BP is a late sign of shock!)

Location of injury (Body Diagram, Page 2): R A/L above elbow area
Description of injury: Deep laceration Rt. A/L - 2cm x .5cm   Width: .5cm   Depth: .5cm
Approximate size and depth of abrasion or laceration: Length: 2cm
Embedded foreign material in wound? ☒No ☐ Yes – Describe:
Bleeding at this time: ☐ None noted   ☐ Oozing / Minimal ☒ Moderate ☐ Severe ☐ Pulsing spurt
For active bleeding: **Note:** Most external bleeding can be controlled with **direct pressure and elevation** (above the level of the heart)

1. Apply <u>continuous</u> firm direct pressure (i.e., <u>nurse</u> to hold and maintain direct pressure) to bleeding site for 10 minutes.
2. After 10 minutes, if bleeding has stopped, tape or wrap pressure dressing in place.
3. If site still actively bleeding, reinforce pressure dressing and <u>hold</u> firmly in place for another continuous 10 minutes.
4. If bleeding has stopped after 10 minutes of pressure, tape or wrap pressure dressing in place.
5. If site still bleeding, continue to apply direct pressure and notify clinician.
   **Note:** If dressing becomes saturated, <u>reinforce</u> the dressing -- don't remove the original dressing.

Neurovascular checks:
☐ Distal pulse of affected extremity: ☐ Absent ☐ Barely palpable ☒ Easily palpable ☐ Bounding
☐ Capillary refill 2 seconds or less: ☐ No ☒ Yes
☐ Numbness or tingling in affected extremity: ☒ No ☐ Yes
☐ ROM of affected extremity: ☒ Full ROM ☐ Decreased ROM ☐ Unable to determine

Comment:
Laceration greater than 24 hours old with signs & symptoms of infection: ☒ No ☐ Yes
☐ Increasing redness, swelling, and/or pain at site
☐ Discharge: ☐ None ☐ Serosanguinous ☐ White/Cloudy ☐ Yellow ☐ Green ☐ Brown ☐ Foul-Smelling

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Signs of shock present (see above)                 ☐ Abnormal neurovascular checks
☐ Arterial bleed (bright red, usually spurts from wound)  ☐ Patient is on Coumadin
☒ Bleeding not controlled with firm, direct pressure (see above)  ☐ Temperature greater than 100.4° signs of infection
☒ Laceration needs possible suturing

INMATE NAME: Milledge, Corey
DC#: Q12023   RACE: [redacted]
DATE OF BIRTH: [redacted]
INSTITUTION: CHCF

SIGNATURE AND STAMP/ PRINT of person completing form   M. Stewart RN

M. STEWART, RN

RN or CLINICIAN REVIEWER

DC4-683V (Revised 3/7/17)                                                Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Def MSJ BS# 116
Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3114

FL    DA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
ABRASION/LACERATION PROTOCOL
**NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.**

**PLAN**

- ☐ EMS activated for signs of shock
- ☐ EMS activated for uncontrollable bleeding
- ☐ Control bleeding - - as above
- ☐ Acetaminophen 325mg 2 tablets by mouth prn for pain
- ☐ Wound culture done: ☐ N/A ☐ Yes ☐ No :
- ☐ Bacitracin ointment as directed to abrasion.
- ☒ Other: _Dr. Noe notified - 3 sutures placed in RJ AlC Lacerint._

- ☒ Wound cleaned with: _wound cleanse_
- ☒ Wound dressed with: _4 x 4 gauze dressing_
- ☐ Tdap 0.5cc IM or Td 0.5cc IM as prescribed by clinician ☐ Pass
- _Nylon_

\* If inmate has no record or history of receiving the Tdap vaccine (vaccine released in 2005), then Tdap should be given. If inmate has a history of receiving the Tdap vaccine, then give the Td vaccine. At this time, Tdap is licensed for only one lifetime dose per person.

**EDUCATION**

- ☐ Inmate instructed to return to Medical for dressing change or for wound recheck on: _____
- ☐ Inmate instructed to return to Medical for suture /staple removal on: _____
- ☐ Inmate instructed on wound care.
- ☒ Inmate instructed to watch for signs of infection: increase in redness, swelling, pain, and/or purulent discharge at would site.
- ☐ Acetaminophen 325 mg 2 tablets by mouth every 4-6 hours as needed for pain.
- ☐ Inmate instructed to return to Medical if symptoms get worse or any new symptoms develop.



_Deep Laceration 2cmL x 0.5cmW x 0.5cm Depth to ⑫ AlC_

INMATE NAME: _Milledge, Comp_
DC#: _G12023_   RACE: ___ SEX: ___
DATE OF BIRTH: _____
INSTITUTION: _CMI4Cr_

_M. Stewart RN_
M. STEWART, RN
CHA Cl
SIGNATURE AND STAMP/ PRINT of person completing form

RN or CLINICIAN REVIEWER

DC4-683V (Revised 3/7/17)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Def MSJ BS# 117

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3115

## FL₋ of   DEPARTMENT OF CORRE____
## Chronological Record of Health C__e

| Allergies: |  |
|---|---|

**DATE/TIME**

9/11/17
1645 — Order received from Dr. M. McClure to admit to IMRISTHos with 8.15 minute checks. Green chart closed. Pink IMRISTHos chart opened.
M. Stewart RN
**M. STEWART, RN**
**CHA CI**

9/13/17
1125
Noted
9·13·17
@ 1715
CRoux
C. ROUX, LPN
**CHARLOTTE C.**

Pt seen after a use of force. Pt reportedly grabbed an officer after being extracted and forced down to floor in cell. Pt reportedly tore an old wound at that time and a small amount of blood sprayed onto the cell window. Pt refused to speak to writer despite being declared A+O conscious and was simply lying on the floor. Regular breathing but no active bleeding observed.

**M. McCLURE D.O.**
**CHA CI**

9/14/17 — Inmate was brought by security due to Behavioral and prior use of force used. Applied because Pt was Being cooperative on IV urine. BP 124/78 R14 P102, Tmp 98.7 seizure G. Pt complains of chest pain and dizziness while trying to stand up. A: Pt reports being delirious while trying to stand up since he was admitted after [...] until he fell last [...] week. Plan: EKG PRN Pt seit. Rub on Tuesday Because Pt reports also sweating of razor [3] and a couple of pills, don't [...] which one. Pt refused charcoal and Astine lavage. Colace 100 mg P0 q D x 30 days/C

| | |
|---|---|
| Inmate Name | Milledge Cona___ |
| DC# | Q12023 |
| Date of Birth | ████ 86 |
| Institution | |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

Gilbert Noel
CHO, CHA

**Def MSJ BS# 118**

**Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3116**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence ___9·13·17___          Time of occurrence ___1742___
Date injury assessed by medical ___9·13·17___          Time injury assessed by medical ___1846___

☒ No injury identified

Description of injury ___No new injuries. Existing laceration___
___to ℞ C/A (self inflicted)___

_____

_____

_____

Staff Signature ___CRau___

Inmate Name ___Milledge   Corey___
DC# ___Q12023___      Race/Sex ___B/M___
Date of Birth ___████ 86___
Institution ___CHA C___

This form is not to be amended, revised, or altered without approval by the Office of Health Services Administration.

DC4-708 (Revised 10/07)

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3117

Def MSJ BS# 119

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence ___9·13·17___        Time of occurrence ___±1600___   ERROR
Date injury assessed by medical ___9·13·17___   Time injury assessed by medical ___9-13-17___
                                                                                1609

☐ No injury identified

Description of injury __IM agressive and combative. Observe inmate__
__reopening laceration to ℞ A/C. Minimal bleeding noted__
__no other obvious injuries seen.__

_____

_____

Chay                    CHARLOTTE C.I.
                        C. ROUX, LPN
Staff Signature

Inmate Name _Milledge   Corey_
DC# _Q12023_              Race/Sex
Date of Birth ▓▓▓▓▓▓▓6
Institution _CHA  u_

This form is not to be amended, revised, or altered without approval by the Office of Health Services Administration

DC4-708 (Revised 10/07)                          Def MSJ BS# 120

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3118

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence __8/31/17__   Time of occurrence __0010__
Date injury assessed by medical __8/31/17__   Time injury assessed by medical __0045__

☒ No injury identified

Description of injury __No injury noted or reported at__
__this time__

__J. Moore RN CHA CI__
Staff Signature

Inmate Name __MILLEDGE COREY__
DC# __Q12023__   Race/Sex __B/M__
Date of Birth __████████__
Institution __CHA CI__

This form is not to be amended, revised, or altered without approval by the Office of...

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3119

Def MSJ BS# 121

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
ABRASION/LACERATION PROTOCOL

NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 8 31 17  Time: 0900  Age: ____ ☐ Sick Call ☑ EMID
Allergies: Haldol, Remeron, Risperdal
Current Medication/s: Norvasc, HCTZ
Chief Complaint: LAC (R) A/C
Mechanism of Injury (MOI): Unknown
Date and Time of Injury: 8/31/17 @ 0850  Pain level: ☑ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10
Last Tetanus Toxoid: 2/18/13
Additional comments: Ø

**OBJECTIVE:** Temp: 98.4  Pulse: 86  Resp: 18  Blood Pressure: 118/76  O2 sat: 100 %  Weight: 155
Observe for clinical signs and symptoms of shock:
☐ Skin pale, mottled, cold, and diaphoretic      ☐ Restlessness, confusion, and anxiety
☐ Tachycardia (rapid, weak pulse)                ☐ Tachypnea (rapid, shallow breathing)
☐ Hypotension - - systolic less than 80 (Note: falling BP is a late sign of shock!)
Location of injury (Body Diagram, Page 2):
Description of injury: LAC to (R) A/C (self inflicted)
Approximate size and depth of abrasion or laceration: Length: 2 CM  Width: 1/2 CM  Depth: 1/2 CM
Embedded foreign material in wound? ☑ No ☐ Yes – Describe:
Bleeding at this time: ☑ None noted   ☐ Oozing / Minimal ☐ Moderate ☐ Severe ☐ Pulsing spurt
For active bleeding: **Note:** Most external bleeding can be controlled with **direct pressure and elevation** (above the level of the heart)
1. Apply <u>continuous</u> firm direct pressure (i.e., <u>nurse</u> to hold and maintain direct pressure) to bleeding site for 10 minutes.
2. After 10 minutes, if bleeding has stopped, tape or wrap pressure dressing in place.
3. If site still actively bleeding, reinforce pressure dressing and <u>hold</u> firmly in place for another continuous 10 minutes.
4. If bleeding has stopped after 10 minutes of pressure, tape or wrap pressure dressing in place.
5. If site still bleeding, continue to apply direct pressure and notify clinician.
   **Note:** If dressing becomes saturated, <u>reinforce</u> the dressing - - don't remove the original dressing.
Neurovascular checks:
☑ Distal pulse of affected extremity: ☐ Absent ☐ Barely palpable ☑ Easily palpable ☐ Bounding
☑ Capillary refill 2 seconds or less: ☑ No ☐ Yes
☑ Numbness or tingling in affected extremity: ☑ No ☐ Yes
☑ ROM of affected extremity: ☑ Full ROM ☐ Decreased ROM ☐ Unable to determine
Comment:
Laceration greater than 24 hours old with signs & symptoms of infection: ☑ No ☐ Yes
☐ Increasing redness, swelling, and/or pain at site
☐ Discharge: ☐ None ☐ Serosanguinous ☐ White/Cloudy ☐ Yellow ☐ Green ☐ Brown ☐ Foul-Smelling

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Signs of shock present (see above)                    ☐ Abnormal neurovascular checks
☐ Arterial bleed (bright red, usually spurts from wound) ☐ Patient is on Coumadin
☐ Bleeding not controlled with firm, direct pressure (see above) ☐ Temperature greater than 100.4° signs of infection
☐ Laceration needs possible suturing

D. STAHL LPN
CHA CI

**SIGNATURE AND STAMP/ PRINT of person completing form**

MILLEDGE, COREY
DC#: Q12023
DCB: ███ 86
BLACK/MALE
CHARLOTTE CI

**RN or CLINICIAN REVIEWER**

DC4-683V (Revised 3/7/17)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DefMSJ BS# 122

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3120

**FL⎯DA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**ABRASION/LACERATION PROTOCOL**
**NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.**

| PLAN | |
|---|---|
| ☐ EMS activated for signs of shock | ☑ Wound cleaned with: *Wound Cleanser* |
| ☐ EMS activated for uncontrollable bleeding | ☑ Wound dressed with: *Gauze* |
| ☐ Control bleeding - - as above | ☐ Tdap 0.5cc IM or Td 0.5cc IM as prescribed by clinician |
| ☐ Acetaminophen 325mg 2 tablets by mouth prn for pain | ☐ Pass |
| ☐ Wound culture done:  ☐ N/A ☐ Yes ☐ No : | |

Bacitracin ointment as directed to abrasion.
☐ Other:

\* If inmate has no record or history of receiving the Tdap vaccine (vaccine released in 2005), then Tdap should be given.
If inmate has a history of receiving the Tdap vaccine, then give the Td vaccine.  At this time, Tdap is licensed for only one
lifetime dose per person.

| EDUCATION |
|---|
| ☐ Inmate instructed to return to Medical for dressing change or for wound recheck on: _____ |
| ☐ Inmate instructed to return to Medical for suture /staple removal on: _____ |
| ☑ Inmate instructed on wound care. |
| ☑ Inmate instructed to watch for signs of infection: increase in redness, swelling, pain, and/or purulent discharge at wound site. |
| ☐ Acetaminophen 325 mg 2 tablets by mouth every 4-6 hours as needed for pain. |
| ☑ Inmate instructed to return to Medical if symptoms get worse or any new symptoms develop. |



MILLEDGE, COREY
DC#: Q12023
DOB: ████6
BLACK/MALE
CHARLOTTE C⎯

K: _____

D. STAHL LPN
CHA C⎯
SIGNATURE AND STAMP/ PRINT of person completing form

_____
RN or CLINICIAN REVIEWER

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3121

Def MSJ BS# 123

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 8-27-2017     Time: _____

Inmate Name: CONEY MILLEDGE   DC#: Q12027

Housing assignment: A-1113

Job assignment: NONE

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): SHOULDERS, BACK, RIBS
EYES    IS hurting,   REALLY
BUt V

DATE RECEIVED _____ TIME: 0100
SIGNATURE _____
DATE TRIAGED _____ TIME 0110
SIGNATURE _____
TRIAGE LEVEL 1 _____
SIGNATURE _____
DATE INMATE SEEN _____ TIME _____
SIGNATURE _____

When did problem/symptoms start? _____

Inmate Name MilLedge C.
DC# Q12027   Race/Sex Blun
Date of Birth _____ 86
Institution CHARLOTTE C. I.

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services Administration

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: _8-17-2017_                    Time: _4:30 pm_

Inmate Name: _COREY MILLEDGE_ DC#: _Q12023_

Housing assignment: _A1113_

Job assignment: _NONE_

Problem:

DATE RECEIVED _8/19/17_ TIME: _0280_
SIGNATURE _____
DATE TRIAGED _____ TIME _0281_
SIGNATURE _____
TRIAGE LEVEL 1    2
SIGNATURE _____
DATE INMATE SEEN _8/25/2_ TIME _1100_
SIGNATURE _____

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): _MY RIBS, BACK and eyes_
_hurting REALLY BAD._

When did problem/symptoms start? _____

Inmate Name _MILLEDGE Corey_

DC# _Q12023_              Race/Sex _B/m_

Date of Birth _____ ▮▮▮▮▮▮▮ _86_

Institution _CHARLOTTE C.I._

Distribution:  Original—Nursing Supervisor
Pink—Inmate (**special housing only**-otherwise
destroy copy)

This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DC4-698A (Revised 6/11/08)

Incorporated by Reference in Rule 33-402.101, F.A.C.

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3123

Def MSJ BS# 125

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Haldol Resperdal Remeron_

| DATE/TIME | |
|---|---|
| | GRIEVANCE NUMBER _1708-510-183_ 8/23/17 |
| | ☐ INFORMAL ☑ FORMAL |
| | DATE: _8/23/17_ |
| | DISPOSITION _Denied Deen 8/24/17_ |
| | G. DURAND, RN, SHSA |
| | CHA CI |
| 8/25/17 1100 | DC4-711A SIGNED. REFUSED: _S/c rib pain._  S. HOPKINS, RN |
| | CHA CI |

**Inmate Name**
DC# MILLEDGE, COREY
Date DC#: Q12023
Insti DOB ████ 86
BLACK/MALE
CHARLOTTE CI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

Def MSJ BS# 126

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3124

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**FRACTURE/DISLOCATION/SPRAIN PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 8/15/17   Time: 1530   Age: 31   ☐ Sick Call ☑ EMID _Direct_
Chief Complaint: _Rt Pain (L) # ribs_
Allergies: _Haldol, Risperdal, Zemera_
Current Medications: _Norvasc + Hctz_
Date of last Tetanus Toxoid: _2/18/13_
Mechanism of injury (MOI): _State not of physical fight today_
Hx of previous dislocations? ☑ No ☐ Yes → Joints involved: _____ When? _____
Location of pain: (L) ↓ rib   Pain level: ☐ 0 ☐ 1 ☑ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10

**OBJECTIVE:** Temp: _97_ ° Pulse: _96_   Resp: _16_   Blood Pressure: _132/82_   O2 sat: _98_ % Weight: _155_
Pulse distal to injury: ☐ Present ☑ Absent ☐ N/A (fingers/toes)   Quality: ☐ Strong ☑ Moderate ☐ Weak
Pallor: Color of skin around the injury site: ☑ Pink ☐ Pale ☐ White ☐ Ecchymotic ☐ Hematoma   _Chest CTA_
   Temperature of skin around the injury site: ☑ Warm ☐ Cool ☐ Cold
   Capillary refill (blanching test: ☐ Less than 2 seconds ☐ Greater than 2 seconds
Paresthesia: Extremity numbness? ☑ No ☐ Yes   Extremity tingling? ☑ No ☐ Yes
Paralysis: Is patient able to move affected extremity (i.e., pt. is able to bend elbow, wiggle fingers, etc.)? ☐ No ☑ Yes
Swelling: ☑ None ☐ Mild ☐ Moderate ☐ Severe   _no redness, bruising, swelling_
Deformity present: ☑ No ☐ Yes If yes, describe: _____  _palp_
Skin intact: ☐ No ☑ Yes → ☐ Abrasion ☐ Laceration → Use also "Abrasion/laceration Protocol," DC4-683V for appropriate care.
Bleeding: ☑ N/A ☐ No ☐ Yes → Use also "Abrasion/Laceration Protocol," DC4-683V for appropriate care.
Additional comments/findings: _____

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Patient has possible fracture and/or dislocation
☐ Patient has poor color, temperature, or sensation of affected limb.
☐ Bleeding not controlled with 10 minutes of direct pressure.

**PLAN** _Use S/c of w NN Emergencies_
☐ Clinician notified: _____ Time: _____
☐ Orders from clinician: _____
☐ EMS activated as ordered.
☐ Control bleeding with direct pressure for 10 minutes to bleeding site.
☐ Splint joint above and below suspected fracture/dislocation site.
☐ Apply arm sling
☐ Elevate affected limb.
☐ Apply covered ice pack to affected area for 15 – 20 minutes.
☐ Give ibuprofen 200mg 2-3 tablets by mouth for pain OR ☐ acetaminophen 325mg 2 tablets by mouth for pain now
☐ Give T-Dap* 0.5mg IM or Td 0.5cc IM as prescribed by clinician.
☐ Apply ace wrap PRN (wrap distal to proximal, i.e., wrap up toward the heart)
☐ Provide crutches PRN
☐ Recheck affected distal pulse prior to discharge: ☐ Strong ☐ Moderate ☐ Weak
☐ Issue Pass: _____ ☐ Other: _____

* If inmate has no record or history of receiving the Tdap vaccine (vaccine released in 2005), then Tdap should be given.
If inmate has a history of receiving the Tdap vaccine, then give the Td vaccine. At this time, Tdap is licensed for only one lifetime dose per person.

(Continued on back....)

MILLEDGE, COREY
INI   DC#: Q12023
DC   DOB: ███████ 86
DA   BLACK/MALE
IN   CHARLOTTE CI

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3125

Def MSJ BS# 127

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
FRACTURE/DISLOCATION/SPRAIN PROTOCOL
NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

| EDUCATION |
|---|

☑ Inmate instructed to report any skin discoloration (i.e., increasing paleness), coolness, tingling, numbness, or increase in pain (severe) in affected extremity IMMEDIATELY.
☐ Inmate instructed to keep extremity elevated as much as possible for the next 48-72 hours.
☐ Inmate instructed to apply <u>covered</u> ice pack to injury site for 15-20 minutes 3-4 times a day for the first 48 – 72 hours.
☐ Inmate instructed to apply warm, moist towel to injury site for 15-20 minutes 3-4 times a day for comfort after 72 hours.
☐ Inmate instructed on the use of crutches or other assistive devices when applicable.
☐ Inmate instructed on cast care when applicable.
☐ Inmate instructed on the proper way to apply ace wrap.
☐ Other: _____

S. HOPKINS, RN
CHA CI

_____
SIGNATURE/STAMP of person completing form

_____
RN OR CLINICIAN REVIEWER

MILLEDGE, COREY
DC#: 012023
DOB: ████████86
BLACK/MALE
CHARLOTTE CI

Page 2 of 2
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3126
Def MSJ BS# 128

FLORIDA DEPARTMENT OF CORRECTIONS
PRE-SPECIAL HOUSING HEALTH EVALUATION

| nstitution: CHA C | Date: 8/5/17 | | Time: 15 UF | | | |
|---|---|---|---|---|---|---|
| Post Use of Force? ☐No ☒Yes | M | S | W | T | 1 | SD |
| f yes, was DC4-701C completed? ☐No ☒Yes | 2 | 1 | 1 | 1 | | UD |

's inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?
☒No ☐Yes→ Describe:

Current Medical Complaint? ☒No ☐Yes → Describe condition and treatment: Spit Shield w
place — Abras. x 2 top of forehead, ① 1cm x 1cm – Superficial
②, 1cm x 3cm long– Superficial. No other injuries noy

Vital Signs:
T P: 72 R: 16 BP: 130/82 Wt: 159      Allergies (list): Haldol, Remeron, Risperdal
Infirmities or impairment? ☒No ☐Yes→ List findings:

Medications? ☐No ☒Yes→List current medication/s (including psychotropic meds) in table below.

| Medication | Dose | Frequency | Renewal | | Pending Appointments (per inmate/medical record) | | |
|---|---|---|---|---|---|---|---|
| | | | Yes | No | | | |
| Norvasc | 10mg | qd | | ✓ | Type | Date | N/A |
| Herz | 25m | qd | | ✓ | Dental | | ✓ |
| | | | | | Mental Health | ₹ | |
| | | | | | CIC Type: Ce | 11/17 | |
| | | | | | Special Appt: | | ✓ |
| | | | | | Dx Studies | | ✓ |

Arrangements for Medication Administration: ☒Self ☐ Nursing Staff ☐ N/A
Inmate medication delivered to health care staff? ☐No ☐Yes →Disposition: KO/ N3
Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing? ☒No ☐Yes →Explain on back and refer inmate to clinic
Document any other pertinent information on the back
Health Record Reviewed? ☐No ☒Yes → Reason:
Inmate educated on how to access medical, dental and mental health care? ☐No ☒Yes → Reason:

Completed DC4-529 Mental Health Referral for S2/S3? ☒N/A ☐No ☐Yes → Reason:

Completed DC4-650B Risk Assessment? ☐No ☒Yes → Reason:
Clinician notified of inmates medical condition/s that may be exacerbated by use of
Chemical Agents? ☒No ☐Yes          Electronic Immobilization Devices? ☒No ☐Yes

                    ∠        S. HOPKINS, RN
Staff member signature/title/name stamp          CHA CI

MILLEDGE, COREY
DC#: Q12023
DOB: ████████ 86
BLACK/MALE
CHARLOTTE CI

Inmal
DC#
Date
Instit.

C4-769 (Revised 3/12/14)     Page 1 of 2     **Def MSJ BS# 129**
This form is not to be amended, revised, or altered without approval of the Office of Health Services Administration.
**Ms. Caswell, R.N., BSN., Ref Bates Stamp # 3127**

Additional Comments:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Staff member signature, title and name stamp: _____

Inmate Name _____
DC# _____  Race/Sex _____
Date of Birth _____
Institution _____
DC4-769 (Revised 3/12/14)                              Page 2 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

Def MSJ BS# 130
Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3128

FLORIDA DEPARTMENT OF CORRECTIONS
**Chronological Record of Health Care**

| Allergies: | | |
|---|---|---|
| **DATE/TIME** | Meds ordered | |
| 8/3/17 | Norvasc, HCTZ. | G. NOE MD CHO CHA CO |
| | | 8-3-17 1530 |
| | PRECONFINEMENT DC4-769 DC4-650B Completed with HE | S. HOPKINS, RN CHA CI |
| 8/3/17 1505 | DC4 529, 701C + 708 Completed. | S. HOPKINS, RN CHA CI |
| 8/3/17 | BBO Security escorted in ove c meds | S. HOPKINS, RN CHA CI |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

**Inmate Name**
MILLEDGE, COREY
DC#: Q12023
DOB: ____86
BLACK/MALE
CHARLOTTE CI

DC4-701 (Effective 4/8/10)      Incorporated by Reference in Rule 33-602.210

Def MSJ BS# 131

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3129

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☒ Inmate | ☐ Employee | ☐ Visitor |
| | ☐ Post-Use-of-Force Exam | ☒ Injury | ☐ Physical Altercation |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 9/29/17     Time of exam: 1930

Description of occurrence:

Self inflicted laceration reopening to R DC

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A  ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs: Temperature 97.9  Pulse 129  Respiration 16  O2 Sat 100 %  Blood Pressure 107 / 68

Arrived via: ☐ Ambulatory  ☒ Stretcher  ☐ Wheelchair  ☐ Other:

Condition on arrival (check all that apply): ☐ Alert  ☐ Oriented x 4 (person, place, time, situation)  ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?   NO   c/o

Examination summary:

I/m unresponsive to be sent 9-H per Smith ARNP. I/m VS stable

Physician notified?  ☐ No  ☒ Yes   Name: Smith ARNP     Time: 1945

Treatment provided?  ☐ No  ☒ Yes   If yes, describe: pressure dressing to R A/c

Response to Treatment:

P/m B/P increased no longer bleeding.

Disposition: ☐ Population  ☐ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):

Discharge Instructions and Education:

Health Care Provider's Signature and Stamp: RBald RBALDWIN LPN  Date/Time: 9/29/17 1930

Reviewing Physician's Signature and Stamp: _____ Date/Time: _____

| Name | Milledge Corey | Inmate Distribution: | White—Health Record |
| DC# | Q12 022 | | Canary—Inspector General |
| Date of Birth | | | Pink—Local Requirements |
| Institution | | Employee Distribution: | White—Safety Officer/Designee |
| | | | Canary—Employee Copy |
| | | | Pink—DESTROY |

Race/Sex: B/M

DC4-701C (Effective 12/12)

Ms. Caswell, R.N. BSN; Ref Bates Stamp # 3181
Incorporated by Reference in Rule 33-608.210, F.A.C.

Def MSJ BS# 132

FLORIDA DEPARTMENT OF CORRECTIONS
**HEALTH INFORMATION SUMMARY FOR EMERGENCY TRANSFER TO OUTSIDE HOSPITAL**
PLEASE PRINT

If assessment is performed by health staff other than clinician, form must be reviewed and signed by a clinician on the next working day.

Time of event: _Approx 2100_

Brief history of event (if accident, state where, when, and how injured; if illness, describe):
_Self inflicted laceration_

Allergies: _Haldol, Remeron, Risperdal_     Last TD: _2-18-13_
Medications: _Zocor, Colace_

Medical/Mental Health Hx: _Hyptension, Self Injurious Behavior, Resistance to tx_

Vital Signs: Temp _97.6_ Pulse _124_ Resp _22_ Blood Pressure _66/48_ O₂ Saturation: _100% on room air_

Condition on arrival to medical (check): ☐ Stable ☑ Unstable ☐ Bleeding ☐ Responsive ☐ Unresponsive

Evaluation: _Inmate vital signs unstable d/t self inflicted laceration Skin cold, clammy._

Is the emergency transfer due to Self-Harm? ☐ No ☑ Yes → Mental Health Staff notified: ☐ in person ☑ by phone
☐ by email ☑ by DC4-529     (name): _Dr. Michael McClure_

Medication/s given? ☐ No ☑ Yes → name, dose and time given: _LR 500 cc IV_

IV started? ☐ No ☑ Yes → IV solution, IV rate, size catheter: _Lactated Ringers 20g wide open_

Labs ordered? ☐ No ☑ Yes (type): _CBC_

Lab results (if applicable/available): _____

Treatment ordered? ☐ No ☑ Yes (type): _IV of LR x 1 L_

Inmate response to treatment: _No response_

Diagnosis (Clinician only): _____

Sexual assault (DC4-683M): ☑ No ☐ Yes   Comments: _____

Clinician contacted? ☐ No ☑ Yes → Name: _Dr. H. Wetterer_     Time _2313/0010_

EMS activated? ☐ No ☑ Yes → EMS Service name: _Charlotte_     Time _0013_

Transferred to: _Charlotte County EMS_

Transferred at (time): _0020_     Condition at transfer: ☐ Stable ☑ Unstable

Health Care Provider's Signature and Stamp: _A Campbell RN_   A. Campbell,SRN   Date/Time: _9/21/17 0013_
Charlotte C.I.

Reviewing Clinician's Signature and Stamp: _____     Date/Time: _____

Inmate Name _Milledge, Corey_
DC# _Q12033_   Race/Sex _B/M_
Date of Birth ▮▮▮▮▮ _86_
Institution _Charlotte CI_

Distribution:   White—Health Record
Canary—Hospital Emergency Room
Pink—EMS (Emergency Medical Services)

DC4-760B (Revised 1/8/14)

Def MSJ BS# 133

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3182

FLORIDA DEPARTMENT OF CORRECTIONS

# HEALTH INFORMATION SUMMARY FOR EMERGENCY TRANSFER TO OUTSIDE HOSPITAL
## PLEASE PRINT

If assessment is performed by health staff other than clinician, form must be reviewed and signed by a clinician on the next working day.

Time of event: 9/14/17  20 30

Brief history of event (if accident, state where, when, and how injured; if illness, describe): I/M applied tourneque
I/M reopened old wound to (L) A/C applied tourneque to induce more bleeding.

Allergies: Haldol, Remerol, Risperido        Last TD: _____

Medications: None

Medical/Mental Health Hx: Depression, Anxiety, Pathological Behavior

Vital Signs: Temp 96.9  Pulse 137  Resp 16  Blood Pressure 135/99  O₂ Saturation: 89%

Condition on arrival to medical (check): ☐ Stable ☐ Unstable ☐ Bleeding ☒ Responsive ☒ Unresponsive

Evaluation: I/M arrived unresponsive, pale, shallow respirations with large blood loss from laceration. Cold to the (L) A/C. Bleeding has now stopped. I/M was found in cell with homemade tourniquet on (L) arm, O₂ started via mask at 15L/min.

Is the emergency transfer due to Self-Harm? ☐ No ☒ Yes →Mental Health Staff notified: ☐ in person ☒ by phone
☐ by email ☐ by DC4-529          (name): _____

Medication/s given? ☒ No ☐ Yes → name, dose and time given: _____

IV started? ☒ No ☐ Yes → IV solution, IV rate, size catheter: _____

Labs ordered? ☒ No ☐ Yes (type): _____

Lab results (if applicable/available): _____

Treatment ordered? ☐ No ☒ Yes (type): Send to Faucett Memorial Hospital ER for evaluation and treatment for hypovolemia

Inmate response to treatment: _____

Diagnosis (Clinician only): _____

Sexual assault (DC4-683M): ☒ No  ☐ Yes  Comments: _____

Clinician contacted? ☐ No ☒ Yes→ Name: Ab Np Pattop          Time 2040

EMS activated? ☐ No ☒ Yes→ EMS Service name: Charlotte Cty EMS  Time 2052

Transferred to: Faucett Mem Hosp. ER

Transferred at (time): 21 20          Condition at transfer: ☒ Stable ☐ Unstable

Health Care Provider's Signature and Stamp: M. Stewart LPN   M. STEWART, PN CHA CI   Date/Time: 9/14/17  21 05

Reviewing Clinician's Signature and Stamp: _____          Date/Time: _____

Inmate Name Milledge, Cole
DC# Q12022   Race/Sex B/M
Date of Birth _____ 86
Institution CHA CI

Distribution:  White—Health Record
Canary—Hospital Emergency Room
Pink—EMS (Emergency Medical Services)

DC4-760B (Revised 1/8/14)

Def MSJ BS# 134

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3183



## Centurion of Florida – Inmate Billing Instructions

*****     Effective for Dates of service on or after 6/18/2017     *****

Name   *milledge, Corey*

Inmate ID:   Q 1 2 0 2 3

(must be 6 characters – include leading zeros, if appropriate)

DOB:   ███████ 86

**Electronic Claims Submission:**

EDI Payer ID - ██████

For electronic billing* questions – please contact:
Centene EDI Department  - (800) 225-2573 Ext. 25525 or 314-505-6525
Or by email at EDIBA@centene.com
*Detailed 837 companion guides can be found under the Provider area on the Centurion website at:
www.centurionmanagedcare.com

**Mailing address for Paper Claims:**

Centurion of FL
PO Box 4090
Farmington, MO 63640-4198

Claims inquiries – 1-844-243-0795, option 2

For inpatient admissions associated with an ER visit – please contact the Centurion UM
department at 1-844-243-0795, option 1

Def MSJ BS# 135

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3184

**HEALTH INFORMATION SUMMARY FOR EMERGENCY TRANSFER TO OUTSIDE HOSPITAL**
**PLEASE PRINT**

If assessment is performed by health staff other than clinician, form must be reviewed and signed by a clinician on the next working day.

Time of event: 9/14/17 2035

Brief history of event (if accident, state where, when, and how injured; if illness, describe): IIM reopened old wound to L AC applied tourniquet to induce more bleeding.

Allergies: Haldol, Romerde, hisperdal    Last TD: 2/18/13

Medications: None

Medical/Mental Health Hx: Depression, Anxiety, Pathdog?? Behavior

Vital Signs: Temp 96.9  Pulse 137  Resp 16  Blood Pressure 135/99  O₂ Saturation: 89%

Condition on arrival to medical (check): ☐ Stable ☐ Unstable ☐ Bleeding ☒ Responsive ☒ Unresponsive

Evaluation: IIM arrived unresponsive, pale, shallow respirations w/t large blood loss from laceration (old) to L AC. Bleeding has now stopped. IIM was found in cell with homemade tourniquet on L arm. O2 started via mask at 15L/min

Is the emergency transfer due to Self-Harm? ☐ No ☒ Yes → Mental Health Staff notified: ☐ in person ☒ by phone ☐ by email ☐ by DC4-529   (name):

Medication/s given? ☒ No ☐ Yes → name, dose and time given:

IV started? ☒ No ☐ Yes → IV solution, IV rate, size catheter:

Labs ordered? ☒ No ☐ Yes (type):

Lab results (if applicable/available):

Treatment ordered? ☐ No ☒ Yes (type): Send to Fawcett Memorial Hospital ER for evaluation and treatment for hypovolemia

Inmate response to treatment:

Diagnosis (Clinician only):

Sexual assault (DC4-683M): ☒ No ☐ Yes  Comments:

Clinician contacted? ☐ No ☒ Yes → Name: AB NP Patto  Time 2040

EMS activated? ☐ No ☒ Yes → EMS Service name: Charlotte Cty EMS  Time 2052

Transferred to: Fawcett Mem Hosp. ER

Transferred at (time): 2120   Condition at transfer: ☒ Stable ☐ Unstable

Health Care Provider's Signature and Stamp: M. Stewart RN    M. STEWART, RN CHA CI    Date/Time: 9/14/17 2105

Reviewing Clinician's Signature and Stamp:    Date/Time: 9/18/17 1:10 PM

Inmate Name: Milledge, Cory
DC#: Q12023  Sex: M
Date of Birth: ___ 86
Institution: ___

Distribution:  White—Health Record
Canary—Hospital Emergency Room
Pink—EMS (Emergency Medical Services)

DC4-760B (Revised 1/8/14)

Def MSJ BS# 136

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3185

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

| Check all that apply: | ☒ **Inmate** | ☐ **Employee** | ☐ **Visitor** | |
|---|---|---|---|---|
| | ☒ **Post-Use-of-Force Exam** | ☐ **Injury** | ☐ **Physical Altercation** | |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: ± 1600                    Time of exam: 1609

Description of occurrence:

Spontaneous use of Force Nursing exam

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A   ☐ Yes   ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs: Temperature _____ Pulse _____ Respiration _____ O2 Sat _____ % Blood Pressure _____
*unable to obtain - I/M combative and uncooperative*

Arrived via: ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: _____

Condition on arrival (check all that apply): ☒ Alert   ☒ Oriented x 4 (person, place, time, situation)   ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where? unable to assess

Examination summary:
I/M uncooperative, combative and highly agitated This nurse obseive inmate reopening a laceration to ® A/C. Unable to perform wound care. Minimal bleeding noted. Inmate given bandaids No other obvious injuries noted.

Physician notified? ☒ No   ☐ Yes   Name: _____                Time: _____

Treatment provided? ☐ No   ☒ Yes   If yes, describe: Band aids given

Response to Treatment:
Unable to assess. Banging on door — highly agitated

Disposition: ☐ Population   ☒ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain): _____

Discharge Instructions and Education:
Unable to deliver discharge instructions

Health Care Provider's Signature and Stamp: _____ C. ROUX, LPN   Date/Time: 9·13·17 @ 1615

Reviewing Physician's Signature and Stamp: _____ BLANCO MD C4110   Date/Time: 9/13/17 @ 4:32

| Name | Milledge Corey | **Inmate Distribution:** | White—Health Record |
|---|---|---|---|
| DC# | Q12023 | Race/Sex BM | Canary—Inspector General |
| Date of Birth | ██████ 86 | | Pink—Local Requirements |
| Institution | CHCI | **Employee Distribution:** | White—Safety Officer/Designee |
| | | | Canary—Employee Copy |
| | | | Pink—DESTROY |

DC4-701C (Effective 12/12)

**Def MSJ BS# 137**

Ms. Caswell v. Neff, et al. Bates Stamp #3186

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

**Check all that apply:**   ☐ **Inmate**   ☐ **Employee**   ☐ **Visitor**
☒ **Post-Use-of-Force Exam**   ☐ **Injury**   ☐ **Physical Altercation**

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1742     Time of exam: 1846

Description of occurrence:

Post use of force Exam with Chemical agent

Post Use of Chemical Agent Instructions: Shower without soap? ☐ N/A   ☒ Yes   ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature 99°  Pulse 132  Respiration 20  O2 Sat 98 % Blood Pressure 162/102

Arrived via: ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other:

Condition on arrival (check all that apply): ☒ Alert   ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain?  If checked, where?

Examination summary:

No new injuries noted. Band aid applied to laceration
to ®️ A/C

Physician notified? ☒ No ☐ Yes   Name:_____   Time:_____

Treatment provided? ☐ No ☒ Yes   If yes, describe: Band aid

Response to Treatment:

No issues

Disposition:   ☐ Population   ☒ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):

Discharge Instructions and Education:

Notify medical if injuries or noted

Health Care Provider's Signature and Stamp: C. Roux LPN CHARLOTTE C.I.   Date/Time: 9-13-17 @ 1855

Reviewing Physician's Signature and Stamp:_____   Date/Time:_____

**Name** Milledge, Corey
**DC#** Q12023   **Race/Sex** BM
**Date of Birth** _____ 86
**Institution** CHA CI

**Inmate Distribution:**
White—Health Record
Canary—Inspector General
Pink—Local Requirements

**Employee Distribution:**
White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Def MSJ BS# 138

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3187

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

| Check all that apply: | ☐ Inmate | ☐ Employee | ☐ Visitor |
| | ☒ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Altercation |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _0010_                    Time of exam: _0045_

Description of occurrence:

_Cell extraction and Chemical Use of force_

Post Use of Chemical Agent Instructions: Shower without soap? ☐ N/A ☒ Yes ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature _97.8_ Pulse _136_ Respiration _18_ O2 Sat _98_ % Blood Pressure _136/84_

Arrived via: ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: _____

Condition on arrival (check all that apply): ☒ Alert ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?

Examination summary:

_No injury noted or reported at this time_

Physician notified?   ☒ No  ☐ Yes   Name: _____ Time: _____

Treatment provided?   ☒ No  ☐ Yes   If yes, describe: _____

Response to Treatment:

Disposition:   ☐ Population   ☒ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):

Discharge Instructions and Education: _Report to medical if any Problem occurs_

Health Care Provider's Signature and Stamp: _J Moore RN CHA CI_ Date/Time: _8/31/17 @ 0045_

Reviewing Physician's Signature and Stamp: _G. Noe MD CHO_ Date/Time: _9/8/17 2:59_
_CHA CO_

| **Name** | _MILEAGE  COREY_ | **Inmate Distribution:** | White—Health Record |
| **DC#** | _012-023_ ▇▇ Sex _B/M_ | | Canary—Inspector General |
| **Date of Birth** | ▇▇▇▇ _86_ | | Pink—Local Requirements |
| **Institution** | _CHA  CI_ | **Employee Distribution:** | White—Safety Officer/Designee |
| | | | Canary—Employee Copy |
| | | | Pink—DESTROY |

DC4-701C (Effective 12/12)

**Def MSJ BS# 139**

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3188

**FLORIDA DEPARTMENT OF CORRECTIONS**

**EMERGENCY ROOM RECORD**

**Check all that apply:**
☑ Inmate   ☐ Visitor
☑ Post-Use-of-Force Exam

~~Physical Altercation~~

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _1455_   Time of exam: _1505_

Description of occurrence:
_use of physical force._

Post Use of Chemical Agent Instructions: Shower without soap? ☑ N/A   ☐ Yes   ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature _97_   Pulse _72_   Respiration _16_   O2 Sat _98_ %   Blood Pressure _130_ / _82_

Arrived via:   ☑ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: _____

Condition on arrival (check all that apply):   ☐ Alert   ☑ Oriented x 4 (person, place, time, situation)   ☑ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where? _____

Examination summary:
_two Abrasions noted on forehead - ① 1cm & 1cm Superficial,_
_Abrasion #2 1cm x 3cm long Superficial_
_Spit Sheet in place._

Physician notified?   ☑ No   ☐ Yes   Name: _____   Time: _____

Treatment provided?   ☑ No   ☐ Yes   If yes, describe: _____

Response to Treatment: _N/A_

Disposition:   ☐ Population   ☑ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain): _____

Discharge Instructions and Education:
_use sick call if any problems arise_

Health Care Provider's Signature and Stamp: _S. HOPKINS, RN   CHA CI_   , Date/Time: _8/15/17  1515_

Reviewing Physician's Signature and Stamp: _K Blankenship, DNP, ARNP   Cha CI_   Date/Time: _8/16/17  6:30_

**Name** – MILLEDGE, COREY
**DC#** – DC#: Q12023
**Date of Bir** – DOB: ████6
**Institution** – BLACK/MALE
CHARLOTTE CI

**Inmate Distribution:**   White—Health Record
Canary—Inspector General
Pink—Local Requirements

**Employee Distribution:**   White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Def MSJ BS# 140

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3189

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence _____8/15/17_____   Time of occurrence ___1455___
Date injury assessed by medical ___8/15/17___   Time injury assessed by medical ___1505___

☐ No injury identified

Description of injury _Abrasions x 2 top of forehead – 1cm x 1cm; 1cm x 3cm_
_both superficial. Spit guard in place –_

_____ HOPKINS, RN
CHA CI

Staff Signature

Inmate Name _____
DC#
Da    MILLEDGE, COREY
In    DC#: 012023
      DOB: ████86
      BLACK/MALE
      CHARLOTTE CI

This form is not to be amended, revised, or altered without
approval by the Office of Health Services Administration

Def MSJ BS# 141
Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3190

FLORIDA DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF PATIENT MENTAL HEALTH CARE

Institution: _LCI_                    Level of Care (circle)    TCU    CSU    CMHTF

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| 10/15/17 | N | Post use of force Completed this morning I/m refuse to respond to verbal stimuli this morning security rolled the door to Check on I/m I/m jump out of bunk and Swang at Security. I/m assessed In tx Room Ø injuries incurred v/s Stable. I/m v/s monitored Continues on STHP. I/m return to cell escorted by security. _____ Herpaul LPN LAKE CI |
| 10-16-17 TO | | Psychiatry note kc refuses to be seen P. Nguyen, MD Psychiatrist Lake CI |
| 10-17-17 15 | | Psychiatry note kc refuses to be seen |

M - Medical Physician/CA
P - Psychiatry
Y - Psychology
N - Nursing
D - Dental

T - Pharmacist
TXT - Treatment Team
U - UTR

S - Subjective Data (Inmate Statement)
O - Objective Data
A - Assessment of S and O
P - Plan

Inmate Name _Milledge, Corey_
DC# _Q12023_   Race/Sex _B/M_
Date of Birth ████████ 986
Institution ████████

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

C4-642F (Revised 11/12/14)

Def MSJ BS# 142

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3988

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF INPATIENT MENTAL HEALTH CARE

Institution: _____Lake CI_____                    Level of Care (circle) _____TCU    CSU    CMHTF

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| **10/14/17** | | The following activity was canceled: |
| | | _____ Individual Session |
| **Y** | | _____ Group Session |
| | | ___X___ Psychoeducation Group (MC, SM, AM, BV, ADL, TC, SS, PD) |
| | | _____ Activity Therapy |
| | | Activity was canceled by: _____ Mental Health   ✓ Security |
| | | Reason Canceled: |
| | | _____ Inmate on MHOS Status (only for activity therapy) |
| | | _____ Inmate is Restricted by the MDST |
| | | _____ Lack of security staff to pull |
| | | _____ Other: *SHOS* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | J.Francis |
| | | Activity Therapist |
| | | **Lake Correctional Facility** |
| | | |
| | | |
| | | |

| M - Medical Physician/CA | T - Pharmacist | S - Subjective Data (Inmate Statement) |
|---|---|---|
| P – Psychiatry | TXT - Treatment Team | O - Objective Data |
| Y - Psychology | U - UTR | A - Assessment of S and O |
| N - Nursing | | P - Plan |
| D - Dental | | |

Inmate Name __Milledge , Corey__
DC# __Q12023__ Race/Sex ___/M__
Date of Birth_____
Institution _____Lake Correctional Institution_____

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

DC4-642F (Revised 11/12/14)

**Def MSJ BS# 143**

**Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3989**

**MobilexUSA**

# RADIOLOGY REPORT

**THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.**
**CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.**

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

Facility: FLORIDA STATE PRISON - 46345
23916 NW 83RD AVENUE
RAIFORD, FL 32083-1003

DOS: 12/10/2018
Case: 28604405

Patient: MILLEDGE, COREY
Number: Q12023

DOB: ████ 1986    Age: 32
Room: (MAIN)

Examination:

XRAY CHEST 2 VIEW
Comparison: 1/13/2018

Results: The heart and mediastinum are normal. There is no pneumonia or effusion.
No adenopathy is seen. No acute bony abnormality is visible.

Conclusion: No acute bony finding.

Electronically signed by REONO BERTAGNOLLI, M.D. 12/10/2018 1:30:56 PM EST.

Radiologist:          Date: 12/10/2018      Time: 01:30pm ET

REONO BERTAGNOLLI, MD/LE
RADIOLOGIST
Physician: GONZALO ESPINO, MD, MSA

Please call 1-800-940-0389, option 2, with any questions regarding this
report.

South East Region
13773 ICOT BLVD
CLEARWATER, FL 33760
800.940.0389

Def MSJ BS# 144

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2023

**Mobil⬛ USA**

## RADIOLOGY REPORT

THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

**Facility:** LAKE CORRECTIONAL INSTITUTION - 24547
19225 US HWY 27
CLERMONT, FL  34715-9025

**DOS:** 01/12/2018
**Case:** 25924411

**Patient:** MILLEDGE, COREY
**Number:** Q12023

**DOB:** ⬛⬛986   **Age:** 31
**Room:** (MAIN)

**Examination:**

XRAY CHEST SINGLE VIEW

Results: No focal consolidation or pneumothorax.  The costophrenic angles are sharp.
The heart is enlarged.  The regional osseous structures are without acute abnormality.
Healing ninth LEFT rib fracture.

Conclusion: No acute pulmonary process.  Healing ninth LEFT rib fracture..

Electronically signed by STEVEN D PICERNE, M.D. 1/13/2018 9:32:47 AM EST.

SHOULDER COMPLETE, MIN 2V, RIGHT

Results: No acute fracture, osseous lesion or dislocation.  The scapula, clavicle and
visualized ribs are intact.

Conclusion: No acute bony abnormality, fracture or dislocation.

Electronically signed by STEVEN D PICERNE, M.D. 1/13/2018 9:32:47 AM EST.

(Continued on Next Page)

RECEIVED
JAN 1 6 2018
Medical Records

Dr. Noel, MD
Staff Physician
Lake Correctional

1-18-18

South East Region
13773 ICOT BLVD
CLEARWATER, FL 33760
800.940.0389

**Physician:** WILLY NOEL, MD

Please call 1-800-940-0389, option 2, with any questions regarding this
report.

Def MSJ BS# 145

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2025



## SCHRYVER MEDICAL, LLC

a TridentUSA HEALTH SERVICES company
800-638-3240

**Radiology Interpretation**

**PATIENT NAME:** COREY MILLEDGE
**DATE OF BIRTH:** ███ 986
**ID/MRN:** Q12023
**PHYSICIAN:** NOEL MD, WILLIE
**FACILITY:** LAKE C.I., FL
**DATE OF SERVICE:** 12/15/2017 16:25:36
**HISTORY:** Follow up rib fx

# SIGNIFICANT FINDINGS

**RIBS LT 2V:**

Comparison: 11/29/2017.

Findings:
There is redemonstration of displaced left 9th and 10th rib fractures. No additional rib fractures are seen on the left. Left lung is clear with no consolidation, pleural effusion, or pneumothorax. There are postsurgical changes of the left shoulder region.

**IMPRESSION:**

**Redemonstration of displaced left 9th and 10th rib fractures which are unchanged.**

**Electronically Signed By:** Nadir Khan D.O., M.S. 12/15/2017 17:21:34 MST

*Dr. Noel, MD*
*Staff Physician*
*Lake Correctional*
*12/2/17*
*Correlate*
*to*
*clinic*



## SCHRYVER MEDICAL, LLC

a TridentUSA HEALTH SERVICES company

**800-638-3240**
**Radiology Interpretation**

**PATIENT NAME:** COREY MILLEDGE
**DATE OF BIRTH:** ████ 1986
**ID/MRN:** Q12023
**PHYSICIAN:** NOEL MD, WILLIE
**FACILITY:** LAKE C.I., FL
**DATE OF SERVICE:** 11/29/2017 16:41:01
**HISTORY:** Status post injury to right rib cage

# SIGNIFICANT FINDINGS

**RIBS BILATERAL 4V:**
Indication: pain following an injury.
Technique: six total views.
Findings:
The included thorax is unremarkable. The right ribs are unremarkable. The left ribs demonstrate a displaced fractures of the left 10th and ninth ribs. There is no pneumothorax. There is no pneumothorax. If symptoms persist, a bone scan may be of value.

**IMPRESSION:**
**Acute fractures in the left ninth and 10th ribs. There is no significant change in comparison to 10/20/2017.**

**Electronically Signed By:** Dr. Norman Pennington M.D. 11/29/2017 16:05:05 MST

Dr. Pennington notified Rapid Radiology System of significant findings. Rapid Radiology System notified Jamie Oxner Rader (352 672 1301 CriticalFindings Nursing Supervisor ) at Schryver Medical FL Corrections of significant findings at 2017-11-29 17:31:54.

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

*Dr. Noel, MD*
*Staff Physician*
*Lake Correctional*
12-1-17

*chart to correlate to clinic*

**Def MSJ BS# 147**

**Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2027**

From: MILLEDGE, COREY  EAR NUMBER: Q12023  CLINIC: Schryver Medical L...  ...tions: EXAM DATE 2017...20, PHYSICIAN: NOEL MD, W... E



# SCHRYVER MEDICAL, LLC

a TridentUSA HEALTH SERVICES company

800-638-3240

Radiology Interpretation

---

PATIENT NAME: COREY MILLEDGE
DATE OF BIRTH: ████ 986
ID/MRN: Q12023
PHYSICIAN: NOEL MD, WILLIE
FACILITY: LAKE C.I., FL
DATE OF SERVICE: 10/20/2017 16:19:44
HISTORY: left rib cage pain post injury

---

# SIGNIFICANT FINDINGS

**RIBS LT 2V:**
LEFT RIBS 2 VIEWS:
COMPARISON: None.
FINDINGS:
Healing left 9th rib fracture and nonunion 10th rib fracture.
There is no displacement.
No pneumothorax or pleural effusion.
Bone mineralization is within normal limits.

**IMPRESSION:**
**Healing left 9th rib fracture and nonunion 10th rib fracture.**

---

**RIBS RT 2V:**
RIGHT RIBS 2 VIEWS:
COMPARISON: None.
FINDINGS:
There is no acute fracture.
There is no displacement.
No pneumothorax or pleural effusion.
Bone mineralization is within normal limits.

**IMPRESSION:**
**No evidence of acute fracture.**

Lake Corrections
Staff Physician
Dr. Noel MD

10/26/17

---

Electronically Signed By: Dr. Divyang Patel M.D. 10/20/2017 15:19:09 MDT

---

Def MSJ BS# 148

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2028

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**NON-TRAUMATIC JOINT/EXTREMITY PAIN PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

SUBJECTIVE: Date: 12 | 11 | 19   Time: 2105   Age: _____   ☐ Sick Call   ☐ EMID
Allergies: Haloperidol, Mirtazapine, Risperdone
Current Medication/s: Atorvastatin, Vitamin B-12, Amlodipine, Vitamin D-3, Depakote
Medical History: HCTZ

Do you have Sickle Cell Disease? ☑ No   ☐ Yes → Does this joint/extremity pain feel like your usually SCC
pain? ☑ No   ☐ Yes → assess patient using *Sickle Cell Crisis Protocol*, DC4-683QQ.

Do you have hemophilia? ☑ No   ☐ Yes

Have you had a recent tick bite? ☑ No   ☐ Yes → when? _____

Chief Complaint (in patient's own words):   "Chest/rib pain"

Location where pain is the worse:   N/A        Does pain radiate? ☑ No   ☐ Yes → to: _____

NOTE:
If arm pain extends to neck, jaw, or shoulder and is accompanied by chest pressure or pain, assess pt. using DC4-683E protocol.
If bilateral, non-traumatic ankle swelling is present along with recent h/o chest pain, productive cough, or SOB, assess pt. using DC4-683D protocol.
If pt. is complaining of unilateral calf pain, swelling, or redness, assess pt. using DC4-683PP protocol.

Pain Level: ☐ 0   ☐ 1   ☐ 2   ☐ 3   ☐ 4   ☐ 5   ☑ 6   ☐ 7   ☐ 8   ☐ 9   ☐ 10        Initial onset of pain: ☐ Sudden   ☑ Gradual

Onset of pain: x _____ hours / days / months / years (circle appropriate timeframe)

Onset of swelling: x _____ hours / days / months / years (circle appropriate timeframe)   OR   ☐ No swelling

Recent trauma to painful area? ☐ No   ☐ Yes → proceed to appropriate trauma Protocol

Have you had any recent unusual exertion or over use of this extremity (e.g., recently assigned to Laundry)? ☑ No   ☐ Yes

Have you ever seen a clinician for this same pain/swelling? ☑ No   ☐ Yes →   Most recent date: _____   Dx: _____

Are you able to walk or bear weight on affected leg? ☐ No   ☐ Yes   ☑ NA

Do you have any numbness or tingling in affected extremity? ☑ No   ☐ Yes → ☐ Constant   ☐ Intermittent, especially at _____

Are you able to bend and straighten the joint? ☐ No   ☐ Yes   Does your joint feel stiff? ☐ No   ☐ Yes

Have you lost 10 or more lbs. recently without trying? ☐ No   ☐ Yes → last recorded wt. in medical record: _____   Date: _____

Have any noticed any other symptoms since your joint/extremity pain started? (e.g., decreased appetite, feels hot, no energy, etc.)

OBJECTIVE: Temp: 98.0   Pulse: 81   Resp: 8   Blood Pressure: 144 /99   O₂ sat: 99 % Weight: _____
LMP: _____   Blood sugar: _____ (all patients)   If blood sugar is ≥ 200, assess patient ALSO with DC4-683MM protocol.

Physical assessment of affected joint/extremity:   (compare to corresponding, non-affected area - - i.e., L ankle vs. R ankle)

* Skin color (compare to non-affected side): ☑ Normal skin tone - No difference   ☐ Reddened → diameter of reddened area: _____
                                              ☐ Red streaks extending out from affected area
* Skin temp (compare to non-affected side): ☑ No difference   ☐ Warmer   ☐ Feels hot to touch
* Swelling (compare to non-affected side): ☑ No swelling/pitting noted   ☐ Mild swelling /1+ pitting
                                            ☐ Moderate swelling/2+ pitting   ☐ Severe swelling/3+pitting   ☐ Deep 4+ pitting
* Point tenderness: * ☑ No change in pain level with mild palpation   ☐ Pain in affected area increases with mild palpation

INMATE NAME: Milledge, Corey                    D. Carroll
DC#: Q12023   RACE: B   SEX: M              SIGNATURE AND STAMP/ PRINT of person completing form   LPN
DATE OF BIRTH: _____ 1980                                        Lake PCF
INSTITUTION: Lake C.I.                          RN OR CLINICIAN REVIEWER
DC4-683HH (Revised 3/7/17)                                                        Page 1 of 2
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Def. MS LBS# 149
Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2330

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
NON-TRAUMATIC JOINT/EXTREMITY PAIN PROTOCOL
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

### FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION

- ☐ Patient has hemophilia.
- ☐ Severe pain (7-10 pain level).
- ☐ Oral temperature ≥ 100.4 (r/o osteomylitis, septic arthritis, etc.).
- ☐ New onset inflamed area > 3cm or any size reddened area with red streaks.
- ☐ Affected extremity is cold, blue, or numb OR much cooler in comparison to other extremity.
- ☐ Sudden shoulder pain accompanied by abdominal pain in woman with menses > 4 weeks late (r/o ectopic pregnancy).
- ☐ Unable to bear wt. or walk on extremity (Does clinician need to admit patient to the Infirmary for pain control & help with ADLs?)
- ☐ Blood sugar >200 and patient has not been diagnosed with diabetes.
- ☐ History of recent tick bite (r/o Lyme disease).
- ☐ Fever, point tenderness, unilateral, non-use, & h/o recent infection (r/o osteomylitis).

### FINDINGS REQUIRING CLINICIAN EXAMINATION WITHIN THE NEXT 24 HOURS

(Note: if clinician won't be able to see pt. within the next 24 hours, call the on-call MD for orders and patient disposition NOW).

- ☐ Joint mild-moderately painful, swollen, warm to touch, or red with no known injury (r/o bursitis, tendonitis, rheumatoid arthritis, osteoarthritis, etc.).
- ☐ Pain increases with movement.
- ☐ H/o heart, liver, kidney disease, immunosuppression, diabetes, or recent illness, such as sore throat or skin infection.
- ☐ New prescription medication.
- ☐ General ill feeling, malaise, decreased appetite.
- ☐ Limited movement of affected extremity.
- ☐ Numbness or tingling in hands, especially at night or upon awakening in the morning (r/o carpel tunnel syndrome).
- ☐ Unilateral heel pain, especially when first standing up, getting out of bed, with walking, etc. (r/o plantar fasciitis).
- ☐ Moderate swelling and/or fluid on the knee.
- ☐ Knee buckles or locks into place.
- ☐ Moderate pain in joint or base of big toe (r/o gout).
- ☐ Joint pain has lasted > 3 days.
- ☐ Blood sugar is 120-200 and patient has not been diagnosed with diabetes.

### PLAN

- ☐ Consider issuing a temporary Bedrest/Lay-In pass until inmate can see the MD in the next 24 hours (see HSB 15.02.16).
- ☑ Give acetaminophen 650 mg p.o. now or ibuprofen (if swelling is present) 400mg p.o. now for pain and/or temperature ≥ 100.4 unless contraindicated.

### EDUCATION

- ☐ Elevate the affected limb/joint higher than the heart.
- ☐ Apply warm, moist heat (towel soaked in hot water) to painful area 3-4'x a day.
- ☐ When elevating lower extremity, DO NOT place anything under the knees. Place pillow/folder blanket under the calf.
- ☐ Return if pain increases or if there's no improvement in pain or swelling after 48 hours of pain medication, warm soaks, and rest.
- ☐ Return if there's no improvement in the ability to use the affected extremity after 48 hours.
- ☑ Take acetaminophen 650 mg every 4-6 hours or ibuprofen (if swelling is present) 400mg every 4-6 hours as needed for pain unless contraindicated.
- ☐ Return immediately for any onset of new symptom/s, including chest pain, frothy or pink tinged sputum, or shortness of breath.

INMATE NAME: Milledge, Corey

DC#: Q12023   RACE: Black   SEX: Male

DATE OF BIRTH: 1986

INSTITUTION: Lake CI

DC4-683HH (Revised 3/7/17)

_D. Carroll_
LPN
Lake CI
SIGNATURE AND STAMP/ PRINT of person completing form

RN OR CLINICIAN REVIEWER

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.
Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2331
Def MSJ BS# 150

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: __11/27/17__    Time: __0800__

Inmate Name: __Milledge, Corey__    DC#: __Q 12023__

Housing assignment: __H 3204__

Job assignment: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): __Right rib pain, "like left__
__ones a few weeks ago"__

When did problem/symptoms start? _____

Inmate Name __Milledge, Corey__
DC# __Q12023__           Race/Sex __BM__
Date of Birth ▓▓▓▓▓▓ 86
Institution __Lake CI__

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

Def MSJ BS# 151

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2332

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☒ Inmate | ☐ Employee | ☐ Visitor |
| | ☐ Post-Use-of-Force Exam | | ☐ Injury | ☐ Physical Altercation |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: ~ 2-3 wks ago ?     Time of exam: 0800   cell front

Description of occurrence:
States R ribs hurt like L Ribs
denies injury - recent.
states had x-ray 2-3 w/cs ago that showed Fx
now R Ribs hurts like (L) ribs - denies injuries

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A   ☐ Yes   ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature _____ Pulse _____ Respiration 18   O2 Sat ___ % Blood Pressure _____
even & labored

Arrived via:   ☐ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: standy in cell

Condition on arrival (check all that apply): ☒ Alert   ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☒ C/O pain? If checked, where? 3-4 R ribs Lateral

Examination summary:
Ox4, denies SOB - able to talk full senten ce
A+P' chest ⊘ redness, bruising, swelling symmetrical

Physician notified?   ☐ No ☒ Yes   Name: Dr Noel                    Time: 0830

Treatment provided?   ☒ No ☐ Yes   If yes, describe: _____

Response to Treatment:    ⊘
States wants MD to review x-ray
x-ray results not seen by this RN

Disposition:   ☐ Population   ☐ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☒ Other (explain):
cell

Discharge Instructions and Education:   I'm educ

Health Care Provider's Signature and Stamp: C Ferrell RN   Dr Noel, MD   Date/Time: 11/27/17   0930
Staff Physician
Lake Correctional

Reviewing Physician's Signature and Stamp: _____   Date/Time: _____

| Name | Milledge Coney | | Inmate Distribution: | ☒ White—Health Record |
| DC# | Q12083 | Race/Sex | B/m | 11-28-17 | ☐ Canary—Inspector General |
| Date of Birth | ████ /86 | | | Pink—Local Requirements |
| Institution | Lake C | | Employee Distribution: | White—Safety Officer/Designee |
| | | | | Canary—Employee Copy |
| | | | | Pink—DESTROY |

DC4-701C (Effective 12/12)

Def MSJ BS# 152

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2333

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

| Check all that apply: | ☒ Inmate | ☐ Employee | ☐ Visitor |
|---|---|---|---|
| | ☐ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Altercation |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _____ Time of exam: _1810_ _cell front_

Description of occurrence: _States "I.P. Rahs, head like L Ribs_
_states injury - recent_
_states had x-ray 2-3 wks ago that showed Fx_
_show Ribs, hands, ?x (1) AHS - times injuries_

Post Use of Chemical Agent Instructions: Shower without soap? ☐ N/A ☐ Yes ☐ Refused → ☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs: Temperature ___ Pulse ___ Respiration _18_ O2 Sat ___ % Blood Pressure ___

Arrived via: ☐ Ambulatory ☐ Stretcher ☐ Wheelchair ☒ Other: _wheeled to entrance_ _finish in cell_

Condition on arrival (check all that apply): ☒ Alert ☒ Oriented x 4 (person, place, time, situation) ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☒ C/O pain? If checked, where? _____

Examination summary: _____

Physician notified? ☐ No ☒ Yes Name: _Dr Noel_ Time: _0932_

Treatment provided? ☒ No ☐ Yes If yes, describe: _____
_States wants MD to review x-ray_
Response to Treatment: _X-ray results not seen by HCP_

Disposition: ☐ Population ☐ Confinement ☐ Infirmary ☐ Hospital ☐ Rescue ☒ Other (explain): _Cell_

Discharge Instructions and Education: _I'm educ_

Health Care Provider's Signature and Stamp: _Ferrell M_ Date/Time: _1/27/17_ _0930_

Reviewing Physician's Signature and Stamp: _____ Date/Time: _____

| **Name** | _Milledge Coney_ | | **Inmate Distribution:** | White—Health Record |
|---|---|---|---|---|
| **DC#** | _Q12082_ | **Race/Sex** _B/_ | | Canary—Inspector General |
| **Date of Birth** | ████ _/86_ | | | Pink—Local Requirements |
| **Institution** | _Lake C.I._ | | **Employee Distribution:** | White—Safety Officer/Designee |
| | | | | Canary—Employee Copy |
| | | | | Pink—DESTROY |

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**Def MSJ BS# 153**

**Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2334**

FLORIDA DEPARTMENT OF CORRECTIONS
# EMERGENCY ROOM RECORD

**Check all that apply:** ☐ **Inmate**  ☐ **Employee**  ☐ **Visitor**
☐ **Post-Use-of-Force Exam**  ☐ **Injury**  ☐ **Physical Altercation**

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence:_____  Time of exam:_____

Description of occurrence:
_____
_____
_____
_____
_____
_____

Post Use of Chemical Agent Instructions: Shower without soap?  ☐ N/A  ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐Report any difficulty breathing ☐ Remain in upright position☐ Do Not apply lotion to the skin ☐Splash cool water to eyes 5-10 minutes

Vital Signs:  Temperature_____ Pulse_____ Respiration ____ O2 Sat_____ % Blood Pressure_____ / ____

Arrived via: ☐ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other:_____

Condition on arrival (check all that apply): ☐ Alert  ☐ Oriented x 4 (person, place, time, situation) ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?_____

Examination summary:
_____
_____
_____
_____
_____

Physician notified?  ☐ No  ☐ Yes  Name:_____  Time:_____

Treatment provided?  ☐ No  ☐ Yes  If yes, describe:_____
_____

Response to Treatment:
_____
_____

Disposition:  ☐ Population  ☐ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):

Discharge Instructions and Education:
_____
_____

Health Care Provider's Signature and Stamp:_____  Date/Time:_____

Reviewing Physician's Signature and Stamp:_____  Date/Time:_____

| **Name** | _____ | **Inmate Distribution:** | White—Health Record |
| **DC#** | _____ **Race/Sex**_____ | | Canary—Inspector General |
| **Date of Birth** | _____ | | Pink—Local Requirements |
| **Institution** | _____ | **Employee Distribution:** | White—Safety Officer/Designee |
| | | | Canary—Employee Copy |
| | | | Pink—DESTROY |

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Def MSJ BS# 154

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2335

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**



Date of occurrence _____   Time of occurrence _____
Date injury assessed by medical _____   Time injury assessed by medical _____

☒ No injury identified

Description of injury:

_____
_____
_____
_____
_____

*C Ferrell*
Staff Signature

**Inmate Name** _Milledg Corey_
**DC#** __Q12023__ **Race/Sex** _BM_
**Date of Birth** ██████ _'86_
**Institution** _Cabg_

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution: White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Def MSJ BS# 155

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2336

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**CHEST PAIN PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 1/16/17  Time: 1630  Age: 28  ☐ Sick Call ☑ EMID  Chest Pain
Allergies: Haedal Risperdel
Current Medication(s): Amox 500 rid mobin 600 mg Lipitor 20 ghs Norvasc 10mg god
Chief Complaint: Chest Pain
If patient has NTG SL Rx → Number of NTG tablets taken with this episode of chest pain: ☐ None ☐ 1 ☐ 2 ☐ 3 →
How long ago was last NTG tablet taken? _____. Was chest pain completely relived with the NTG? ☐ No ☐ Yes
Significant hx / Risk Factors: ☐ Cardiac ☐ Respiratory ☑ HTN ☒ Elev. Cholesterol ☐ Smoker ☐ Ulcer/GERD
Onset/Duration: today  Pain Level: ☐ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☒ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10
Pain Characteristic/s: ☑ Sharp ☐ Dull ache ☐ Stabbing ☐ Squeezing ☐ Crushing ☐ Continuous ☐ Intermittent
Pain Radiates? ☑ No ☐ Yes, to _____  What helps alleviate the pain? It just stops
Additional Symptoms: ☐ SOB ☐ Diaphoresis ☐ Nausea ☐ Other: _____
Does pain increase with: Deep breath? ☑ No ☐ Yes  Arm movement? ☑ No ☐ Yes  Chest palpation? ☑ No ☐ Yes

**OBJECTIVE:** Temp 98.6 ° Pulse: 88  Resp: 6  Blood Pressure: 140/96  O2 sat: ___ % Weight: ___
O₂ saturation level: ___ % on: ☐ Room air ☐ 2L/min/NC ☐ 3L/min/NC ☐ Other: _____
Behavior/Affect: ☑ Calm ☐ Anxious ☐ Fearful  Does patient appear to be short of breath? ☐ No ☐ Yes
Skin: ☐ Pink ☐ Pale ☐ Flushed ☐ Diaphoretic ☐ Cool ☐ Warm
Apical heart rate: 58 ☑ Regular ☐ Irregular  Describe if irregular: _____
Radial pulse rate: ___ ☑ Regular ☐ Irregular  Describe radial pulse (e.g., strong, weak, bounding): _____
Lung Sounds: ☑ Clear ☐ Crackles ☐ Wheezes ☐ Diminished  Document findings below:
Right Upper Lobe: ___ Right Lower Lobe: ___ Left Upper Lobe: ___ Left Lower Lobe: ___
Level of distress: ☑ None ☐ Mild ☐ Moderate ☐ Severe ☐ Comments: Smiling, laughing

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Abnormal Vital Signs:
　☐ BP less than 90/60 or greater than 160/100
　☐ Heart rate less than 60 or greater than 110
　☐ Temperature greater than 100.4
　☐ Respiratory rate less than 12 or greater than 24
　☐ O₂ saturation less than 93%
☐ Respiratory distress
☐ Severe chest pain
☐ 2 or more risk factors
　☐ History of recent chest injury
　☐ Nausea / vomiting
　☐ History of recent drug use
　☐ Previous cardiac history
☐ Other: _____

**PLAN**
☐ Notify clinician as above.
☐ Activate EMS as ordered  Time called: _____  Time arrived: _____
☐ Immediate treatment required:
　☐ If patient has NTG Rx and hasn't taken all 3 doses, give needed dose/s now:
　　1ˢᵗ NTG time: _____ 2ⁿᵈ NTG time: _____ 3ʳᵈ NTG time: _____
　☐ Place patient in semi-fowlers position (30-45 degrees elevation of head)
　☐ Start O₂ at 3 L/min/NC; if patient has COPD, start at 2L/min/NC per minute
　☐ STAT EKG
　☑ ASA 325mg by mouth x 1 dose if not allergic - - instruct patient to CHEW tablet
　☐ Start IV of NS 0.9% with large bore needle at Keep Vein Open rate.
☐ Vital signs as needed until orders received from clinician
☐ NTG 1/150 sublingual every 5 minutes x 3 doses per clinician's orders:
　1ˢᵗ NTG time: _____ 2ⁿᵈ NTG time: _____ 3ʳᵈ NTG time: _____
☑ Additional orders/plans: Educated im on importance of medication compliance
☐ Issue Pass:
☐ No treatment required

**EDUCATION**
☐ As directed by clinician:
☐ Other: _____
☑ Inmate instructed to return if symptoms continue, become worse, or if any new symptoms develop.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　T. Spencer, LPN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lake Ci
INMATE NAME: Milledge Corey
DC#: 017023  RACE: B  SEX: M  _____
DATE OF BIRTH: _____  SIGNATURE AND STAMP/ PRINT of person completing form
INSTITUTION: Lake Ci
　　　　　　　　　　　　　　　　　　　　　　　　RN of CLINICIAN REVIEWER

Def MSJ BS# 156

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2337

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:**   ☑ Inmate   ☐ Employee   ☐ Visitor
☐ Post-Use-of-Force Exam   ☑ Injury   ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 10/5/17          Time of exam: 1430  10/16/17

Description of occurrence: I/m was involved in a use of force unwitnessed by this writer on 10/6/17. I/m states he was not feeling any pain the day of the incident. C/o abdominal side pain "ribs hurt".

Post Use of Chemical Agent Instructions: Shower without soap? ☐ N/A   ☐ Yes   ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:  Temperature 98.2 Pulse 106 Respiration 18  O2 Sat 99 % Blood Pressure 139, 84

Arrived via:  ☑ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other:

Condition on arrival (check all that apply): ☐ Alert   ☐ Oriented x 4 (person, place, time, situation) ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☑ C/O pain? If checked, where? Side abd pain 7/10

Examination summary: Small abrasion to (L) side abdomen, tender to touch, generalized bruising along (L) abdomen.

Physician notified?  ☐ No  ☑ Yes   Name: Dr. Nuel                    Time: 1445

Treatment provided?  ☐ No  ☐ Yes   If yes, describe:

Response to Treatment:

Disposition:  ☐ Population   ☐ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):

Discharge Instructions and Education:

Health Care Provider's Signature and Stamp: _Chemonenn_          Date/Time: 10/16/17

Reviewing Physician's Signature and Stamp: _Dr. Noel MD Staff Physician Correctional_     Date/Time:

**Name** Milledge, Corey
**DC#** _____ **Race/Sex** ____
**Date of Birth** _____
**Institution** _____

Inmate Distribution: 10/20/17
Employee Distribution:

White—Health Record
Canary—Inspector General
Pink—Local Requirements
White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.
Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2338

Def MSJ BS# 157

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**



Date of occurrence 10|15|17    Time of occurrence _____
Date injury assessed by medical ___ 10|16|17 ___ Time injury assessed by medical 1430

☐ No injury identified

Description of injury:
Small scratch/abrasion to ⓛ abdomen, generalized bruising ⓛ abdomen, tender to touch

_Staff Signature_

Dr. Noel, MD
Staff Physician
Lake Correctional
12-20-17

**Inmate Name** _Milledge Corey_
**DC#** _____  **Race/Sex** _____
**Date of Birth** _____
**Institution** _____

This form is not to be amended, revised, or altered without
approval by the Director of Health Services- Administration.

Copies distribution:  White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.  **Def MSJ BS# 158**
**Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2339**

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:**   ☒ **Inmate**   ☐ **Employee**   ☐ **Visitor**
☒ **Post-Use-of-Force Exam**   ☐ **Injury**   ☐ **Physical Altercation**

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _0708_   Time of exam: _0705_

Description of occurrence:

_Post use of force._

Post Use of Chemical Agent Instructions: Shower without soap?   ☒ N/A   ☐ Yes   ☐ Refused→ ☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs: Temperature _98°_ Pulse _120_ Respiration _18_ O2 Sat _99_ % Blood Pressure _126_ , _77_

Arrived via: ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other:_____

Condition on arrival (check all that apply): ☒ Alert   ☐ Oriented x 4 (person, place, time, situation)   ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?_____

Examination summary:

_Ø injuries noted   v/s Completed._

Physician notified?   ☐ No ☒ Yes   Name: _Dr. Mesa_   Time:_____
Treatment provided?   ☐ No ☒ Yes   If yes, describe: _Assessment & v/s_

Response to Treatment:
_Tolerated._

Disposition:   ☐ Population   ☐ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):

Discharge Instructions and Education:
_return to medical c̄ Complication._

Health Care Provider's Signature and Stamp: _mmlnpl._ V. Herpaul   Date/Time: _10/15/17_
LPN
LAKE CI

Reviewing Physician's Signature and Stamp: _Dr. noel MD Staff Physician_   Date/Time:

| | |
|---|---|
| **Name** | _Milledge, Corey_ |
| **DC#** | _Q12023_   Race/Sex _B/m_ |
| **Date of Birth** | ▮▮▮ _1986_ |
| **Institution** | _LCI_ |

_10-16 7pm_

Inmate Distribution:   White—Health Record
Canary—Inspector General
Pink—Local Requirements
Employee Distribution:   White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**Def MSJ BS# 159**

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2340

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence ___10/15/17___          Time of occurrence _____

Date injury assessed by medical ___10/15/17___     Time injury assessed by medical _____

☒ No injury identified

Description of injury: _____ ∅ _injuries_____

V. Herpaul
LPN
LAKE CI
Staff Signature _____

Dr. Noel, MD
Staff Physician
Lake Correctional

10-16-17

Inmate Name ___Milledge , Corey___   Race/Sex _B/m_

DC# _Q12023_         1986

Date of Birth _____

Institution ___LCI___

This form is not to be amended, revised, or altered without approval by the Director of Health Services- Administration.

Copies distribution:   White/Health Record   Canary/Inspector General   Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

Def MSJ BS# 160

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2341

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF INPATIENT MENTAL HEALTH CARE

Institution: _____Lake CI_____          Level of Care (circle)   TCU   CSU   CMHTF

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| **12/31/2017** | | The following activity was canceled: |
| **10:00 – 12:00** | | _____ Individual Session |
| **Y** | | _____ Group Session |
| | | __X__ Psycho education Group (MC, SM, AM, BV, ADL, TC, SS, PD) |
| | | _____ Activity Therapy |
| | | Activity was canceled by: _____ Mental Health ___X___ Security |
| | | Reason Canceled: |
| | | _____ Inmate on MHOS Status (only for activity therapy) |
| | | _____ Inmate is Restricted by the MDST |
| | | _____ Lack of security staff to pull |
| | | __X__ Other: No **Blues, Inappropriate** Behavior, PM, Death Row, No Blues |
| | | **Due to amount for group** |
| | | |
| | | |
| | | |
| | | |
| | | **D. Mason** |
| | | **Behavioral Activity Therapist** |
| | | **Lake C.I** |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| M - Medical Physician/CA | T - Pharmacist | S - Subjective Data (Inmate Statement) |
| P – Psychiatry | TXT - Treatment Team | O - Objective Data |
| Y - Psychology | U - UTR | A - Assessment of S and O |
| N - Nursing | | P - Plan |
| D - Dental | | |

Inmate Name: _____**MILLEDGE, COREY**_____

DC# _____Q12023_____ Race/Sex: _____B/M_____

Date of Birth: _____ 1986

Institution: __**Lake Correctional Institution**__

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

DC4-642F (Revised 11/12/14)

Def MSJ BS# 161

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2898

FLORIDA DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF INPATIENT MENTAL HEALTH CARE

Institution: LAKE C.I.

Level of Care (circle)    TCU    CSU    (CMHTF)

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| 12/29/17 0840 | | Inmate C/o "Chest Pain," Inmate was pulled out of Cell and taken into treatment room for Assessment. Inmate was Noticeably Anxious & irritable, Vital Signs 151/106, 88, 18, 98.5, Pt. redirected to decrease |
| 12/29/17 0840 | | Anxiety.                                                     C. Jackson, RN  LAKE CI |
| | | Use of force was used getting inmate out of cell & into treatment room, No injuries Noted———— C. Jackson, RN  LAKE CI |
| 12/29/17 0845 | | Call Placed to Dr Mesa, Orders recieved to complete an EKG C. Jackson, RN  LAKE CI |
| 12/29/17 0900 | | Inmate brought down Stairs via Security, Pt Calm & Cooperative, EKG Completed, results were Normal sinus rhythm, Pt transported back upstair to cell———— C. Jackson, RN  LAKE CI |
| 12/29/17 0915 | | report given back to Dr Mesa, No New orders recieved———— C. Jackson, RN  LAKE CI |
| 12/29/17 1155 | | Inmate refused to retake vitals, However No distress Noted, Pt Noted talking and laughing with other inmates while with his Cell Will Continue to monitor C. Jackson, RN  LAKE CI |

M - Medical Physician/CA
P – Psychiatry
Y - Psychology
N - Nursing
D - Dental

T - Pharmacist
TXT - Treatment Team
U - UTR

S - Subjective Data (Inmate Statement)
O - Objective Data
A - Assessment of S and O
P - Plan

Inmate Name_____

DC#_____Race/Sex_____

Date of Birth_____

Institution_____

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

DC4–642F (Revised 11/12/14)

Def MSJ BS# 162

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2899

**STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF INPATIENT MENTAL HEALTH CARE**

Institution: _Lake CI_          Level of Care (circle)     TCU     CSU     (CMHTF)

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| 12/29/17<br>1000 – 1200<br>Y | | The following activity was canceled:<br><br>_____ Individual Session<br><br>✓ Group Session<br><br>_____ Psychoeducation Group (MC, SM, AM, BV, ADL (TC, SS, PD)<br><br>_____ Activity Therapy<br><br>Activity was canceled by: _____ Mental Health   ✓ Security<br><br>Reason Canceled:<br><br>_____ Inmate on MHOS Status (only for activity therapy)<br><br>✗ Inmate is Restricted by the MDST ,<br><br>_____ Lack of security staff to pull<br><br>_____ Other:<br><br>He was involved in a use of force for being combative on 12/28/17. |
| C. Englert. LMHC<br>Lake CI | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| M - Medical Physician/CA<br>P – Psychiatry<br>Y - Psychology<br>N - Nursing<br>D - Dental | T - Pharmacist<br>TXT - Treatment Team<br>U - UTR | S - Subjective Data (Inmate Statement)<br>O - Objective Data<br>A - Assessment of S and O<br>P - Plan |

Inmate Name _Milledge, Corey_
DC# _Q13023_          Race/Sex _B_ /M
Date of Birth _████████ 86_
Institution _____ **LAKE CI**

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

DC4-642F (Revised 11/12/14)

**Def MSJ BS# 163**

**Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2900**

FLORIDA DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF INPATIENT MENTAL HEALTH CARE

Institution: _LCI_

Level of Care (circle)    TCU    CSU    (CMHTF)

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| 12/29/17 Psych MD | | Mr. Milledge has had 3 uses of force in past 24 hrs involving injuries + aggression to officer. He has exhibited agitation during these encounters. Clearly, he requires med to help ↓ these aggressive sxs + unstable mood. I have ordered Zyprexa 10mg po bid - if refused Geodon 20mg IM to be given. I believe Lewel as soon as possible to ↑ compliance. If this plan ineffective will switch to Prol Dec (allergic to Haldol + Risperdal on chart.) Pt informed of plan. ∅SI/HI reported/noted. |
| | | L. Lefler, MD Psychiatrist |

M - Medical Physician/CA
P – Psychiatry
Y - Psychology
N - Nursing
D - Dental

T - Pharmacist
TXT - Treatment Team
U - UTR

S - Subjective Data (Inmate Statement)
O - Objective Data
A - Assessment of S and O
P - Plan

Inmate Name _Milledge, Corey_
DC# _Q12073_   Race/Sex _BM_
Date of Birth _____ 86
Institution _LCI_

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

C4-642F (Revised 11/12/14)

Def MSJ BS# 164

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 2901

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
ABRASION/LACERATION PROTOCOL

NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 9/11/17   Time: 1630   Age: 31   ☐ Sick Call ☒ EMID

Allergies: Haldol, Remeron, Risperdal

Current Medication/s: Norvasc, HCT?

Chief Complaint: Reopened (R) A/L, laceration noted earlier deep laceration

Mechanism of Injury (MOI): self inflicted

Date and Time of Injury: approx 1600 9/11/17   Pain level: ☐0 ☐1 ☒2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10

Last Tetanus Toxoid: 2/18/17

Additional comments: Bleeding moderately with old clots noted on hands

**OBJECTIVE:** Temp 97.8   Pulse: 80   Resp: 8   Blood Pressure: 112/66   O2 sat: 97 %   Weight: 155

Observe for clinical signs and symptoms of shock:
- ☐ Skin pale, mottled, cold and diaphoretic
- ☐ Tachycardia (rapid, weak pulse)
- ☐ Hypotension - - systolic less than 90 (Note: falling BP is a late sign of shock!)
- ☐ Restlessness, confusion, and anxiety
- ☐ Tachypnea (rapid, shallow breathing)

Location of injury (Body Diagram, Page 2): R A/L above elbow area

Description of injury: Deep laceration Rt. A/L - 2 cm x .5 cm x .5 cm

Approximate size and depth of abrasion or laceration: Length: 2 cm   Width: .5 cm   Depth: .5 cm

Embedded foreign material in wound? ☒ No ☐ Yes – Describe:

Bleeding at this time: ☐ None noted   ☐ Oozing / Minimal ☒ Moderate ☐ Severe ☐ Pulsing spurt

For active bleeding: **Note:** Most external bleeding can be controlled with **direct pressure and elevation** (above the level of the heart)

1. Apply <u>continuous</u> firm direct pressure (i.e., <u>nurse</u> to hold and maintain direct pressure) to bleeding site for 10 minutes.
2. After 10 minutes, if bleeding has stopped, tape or wrap pressure dressing in place.
3. If site still actively bleeding, reinforce pressure dressing and <u>hold</u> firmly in place for another continuous 10 minutes.
4. If bleeding has stopped after 10 minutes of pressure, tape or wrap pressure dressing in place.
5. If site still bleeding, continue to apply direct pressure and notify clinician.
   **Note:** If dressing becomes saturated, <u>reinforce</u> the dressing - - don't remove the original dressing.

Neurovascular checks:
- ☐ Distal pulse of affected extremity: ☐ Absent ☐ Barely palpable ☒ Easily palpable ☐ Bounding
- ☐ Capillary refill 2 seconds or less: ☐ No ☒ Yes
- ☐ Numbness or tingling in affected extremity: ☒ No ☐ Yes
- ☐ ROM of affected extremity: ☒ Full ROM ☐ Decreased ROM ☐ Unable to determine

Comment:
Laceration greater than 24 hours old with signs & symptoms of infection: ☒ No ☐ Yes
- ☐ Increasing redness, swelling, and/or pain at site
- ☐ Discharge: ☐ None ☐ Serosanguinous ☐ White/Cloudy ☐ Yellow ☐ Green ☐ Brown ☐ Foul-Smelling

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
- ☐ Signs of shock present (see above)
- ☐ Arterial bleed (bright red, usually spurts from wound)
- ☒ Bleeding not controlled with firm, direct pressure (see above)
- ☒ Laceration needs possible suturing
- ☐ Abnormal neurovascular checks
- ☐ Patient is on Coumadin
- ☐ Temperature greater than 100.4° signs of infection

M. STEWART, RN

INMATE NAME: Milledge, Corey
DC#: Q12023   RACE: [redacted]
DATE OF BIRTH: [redacted]
INSTITUTION: CHCF

SIGNATURE AND STAMP/ PRINT of person completing form   M. Stewart RN

RN or CLINICIAN REVIEWER

DC4-683V (Revised 3/7/17)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Def MSJ BS# 165

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3114

**FL    DA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**ABRASION/LACERATION PROTOCOL**
NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

| PLAN |
|---|

- [ ] EMS activated for signs of shock
- [ ] EMS activated for uncontrollable bleeding
- [ ] Control bleeding - - as above
- [ ] Acetaminophen 325mg 2 tablets by mouth prn for pain
- [ ] Wound culture done:  [ ] N/A  [ ] Yes  [ ] No :
- [ ] Bacitracin ointment as directed to abrasion.
- [x] Other: *Dr. Noe notified - 3 sutures placed in (R) AIL Lacerat.*

- [x] Wound cleaned with: *wound cleanse*
- [x] Wound dressed with: *4 x 4 gauze dressing*
- [ ] Tdap 0.5cc IM or Td 0.5cc IM as prescribed by clinician
- [ ] Pass

*Nylon*

\* If inmate has no record or history of receiving the Tdap vaccine (vaccine released in 2005), then Tdap should be given.
If inmate has a history of receiving the Tdap vaccine, then give the Td vaccine.  At this time, Tdap is licensed for only one
lifetime dose per person.

| EDUCATION |
|---|

- [ ] Inmate instructed to return to Medical for dressing change or for wound recheck on: _____
- [ ] Inmate instructed to return to Medical for suture /staple removal on: _____
- [ ] Inmate instructed on wound care.
- [x] Inmate instructed to watch for signs of infection: increase in redness, swelling, pain, and/or purulent discharge at would site.
- [ ] Acetaminophen 325 mg 2 tablets by mouth every 4-6 hours as needed for pain.
- [ ] Inmate instructed to return to Medical if symptoms get worse or any new symptoms develop.



*Deep Laceration 2cmL x 0.5cmW x 0.5cm Depth*
*to (R) AIL*
*(1)*

INMATE NAME: *Milledge, Comp*
DC#: *Q12023*   RACE: ___   SEX: ___
DATE OF BIRTH: _____
INSTITUTION: *CFRC/Cr*

*M. Stewart RN*
**M. STEWART, RN**
**CHA CI**
SIGNATURE AND STAMP/ PRINT of person completing form

RN or CLINICIAN REVIEWER _____

This form is not to be amended, changed, or altered without approval of the Chief of Health Services Administration.

Def MSJ BS# 166

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3115

FLORIDA **DEPARTMENT OF CORRECTIONS**

## Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| 9/11/17 1645 | Order received from Dr. M. McClure to admit to IMRISHOS with 8.15 minute checks. Green chart closed. Pink IMRISHOS chart opened. M. Stewart RN — **M. STEWART, RN** **CHA CI** |
| 9/13/17 1625 Noted 9·13·17 @ 1715 CRoux — **C. ROUX, LPN** **CHARLOTTE C.** | Pt seen after a use of force. Pt reputedly grabbed an officer after being extracted and forced down to a holding cell. Pt reputedly tore an old wound at that time and a small amount of blood sprayed onto the cell window. Pt refused to speak to writer despite having declared a † emergency and was simply lying on the floor. Regular breathing but no active bleeding observed. |
| | **M. McCLURE D.O.** **CHA CI** |
| 9/14/17 | Inmate was brought by security due to behavioral and now there. Force used. Applied because Pt was being cooperative on returning. BP 121/78 RR 18 P/02 Tec 98.7 seizures. Pt complains of chest pain and dizziness while trying to stand up. A: Pt reports being dizzy while trying to stand up since he was admitted after until he fell last this week. Plan: EKG recheck Pt sit KuB on Tuesday. Because Pt reports also sweating of reason (3) and a couple of pills, don't know which one. Pt refused charcoal and Cutine lavage. Colace 100mg po q D x 30 days/c |
| | **G. ...** **CHO, CHPE** |

| | | |
|---|---|---|
| Inmate Name | Milledge Cona | S- Subjective Data |
| DC# | Q12023 | O- Objective Data |
| Date of Birth | 86 | A- Assessment of S and O Data |
| Institution | | P- Plan |
| | | E- Education |

**Def MSJ BS# 167**

**Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3116**

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence ___9·13·17___  Time of occurrence ___1742___
Date injury assessed by medical ___9·13·17___  Time injury assessed by medical ___1846___

☒ No injury identified

Description of injury ___No new injuries. Existing laceration___
___to ® C/A (self inflicted)___

Staff Signature ___Clay___

Inmate Name ___Milledge  Corey___
DC# ___Q12023___  Race/Sex ___B/M___
Date of Birth ___█████ 86___
Institution ___CHA C.___

This form is not to be amended, revised, or altered without approval by the Office of Health Services Administration.

DC4-708 (Revised 10/07)

Def MSJ BS# 168

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3117

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence ___9·13·17___

Time of occurrence ___± 1600___ ERROR

Date injury assessed by medical ___9·13·17___

Time injury assessed by medical ___9-13-17___
1609

☐ No injury identified

Description of injury __IM agressive and combative. Observe inmate__
__reopening laceration to Ⓡ A/C. Minimal bleeding noted__
__No other obvious injuries seen.__

Staff Signature _Chau_  C. ROUX, LPN
                      CHARLOTTE C.I.

Inmate Name __Milledge   Corey__
DC# __Q12023__   Race/Sex
Date of Birth ____   ▓▓   36
Institution ____ CHA  CI

This form is not to be amended, revised, or altered without approval by the Office of Health Services Administration

DC4-708 (Revised 10/07)

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3118

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence ___8/31/17___     Time of occurrence ___0010___
Date injury assessed by medical ___8/31/17___     Time injury assessed by medical ___0045___

☑ No injury identified

Description of injury _No injury noted or reported at_
_this time_

_____

_____

_____

_S. Moore RN CHA CI_
Staff Signature

Inmate Name _MILLEDGE COREY_
DC# _Q12023_     Race/Sex _B/M_
Date of Birth ▮▮▮▮▮▮▮
Institution _CHA CI_

This form is not to be amended, revised, or altered without
approval by the Office of Health Services.

DC4-708 (Revised 10/07)

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3119

Def MSJ BS# 170

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
ABRASION/LACERATION PROTOCOL
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: 8/31/17  Time: 0900  Age: ___  ☐ Sick Call  ☑ EMID

Allergies: Haldol, Remeron, Risperdal
Current Medication/s: Norvasc, HCTZ
Chief Complaint: LAC (R) A/C
Mechanism of Injury (MOI): Unknown
Date and Time of Injury: 8/31/17 @ 0850   Pain level: ☑ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10
Last Tetanus Toxoid: 2/18/13
Additional comments: Ø

**OBJECTIVE:** Temp: 98.4°  Pulse: 86  Resp: 18  Blood Pressure: 118/76  O2 sat: 100 %  Weight: 155

Observe for clinical signs and symptoms of shock:
☐ Skin pale, mottled, cold, and diaphoretic       ☐ Restlessness, confusion, and anxiety
☐ Tachycardia (rapid, weak pulse)                  ☐ Tachypnea (rapid, shallow breathing)
☐ Hypotension - - systolic less than 80 (Note: falling BP is a late sign of shock!)

Location of injury (Body Diagram, Page 2):
Description of injury: LAC to (R) A/C (self inflicted)
Approximate size and depth of abrasion or laceration: Length: 2 CM   Width: 1/2 CM   Depth: 1/2 CM
Embedded foreign material in wound? ☑ No ☐ Yes – Describe:
Bleeding at this time: ☑ None noted   ☐ Oozing / Minimal ☐ Moderate ☐ Severe ☐ Pulsing spurt
For active bleeding: **Note:** Most external bleeding can be controlled with **direct pressure and elevation** (above the level of the heart)
1. Apply <u>continuous</u> firm direct pressure (i.e., <u>nurse</u> to hold and maintain direct pressure) to bleeding site for 10 minutes.
2. After 10 minutes, if bleeding has stopped, tape or wrap pressure dressing in place.
3. If site still actively bleeding, reinforce pressure dressing and <u>hold</u> firmly in place for another continuous 10 minutes.
4. If bleeding has stopped after 10 minutes of pressure, tape or wrap pressure dressing in place.
5. If site still bleeding, continue to apply direct pressure and notify clinician.
   **Note:** If dressing becomes saturated, <u>reinforce</u> the dressing - - don't remove the original dressing.

Neurovascular checks:
☑ Distal pulse of affected extremity: ☐ Absent ☐ Barely palpable ☑ Easily palpable ☐ Bounding
☑ Capillary refill 2 seconds or less: ☑ No ☐ Yes
☑ Numbness or tingling in affected extremity: ☑ No ☐ Yes
☑ ROM of affected extremity: ☑ Full ROM ☐ Decreased ROM ☐ Unable to determine
Comment:
Laceration greater than 24 hours old with signs & symptoms of infection: ☑ No ☐ Yes
☐ Increasing redness, swelling, and/or pain at site
☐ Discharge: ☐ None ☐ Serosanguinous ☐ White/Cloudy ☐ Yellow ☐ Green ☐ Brown ☐ Foul-Smelling

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Signs of shock present (see above)                ☐ Abnormal neurovascular checks
☐ Arterial bleed (bright red, usually spurts from wound)   ☐ Patient is on Coumadin
☐ Bleeding not controlled with firm, direct pressure (see above)   ☐ Temperature greater than 100.4° signs of infection
☐ Laceration needs possible suturing

D. STAHL LPN
CHA CI

SIGNATURE AND STAMP/ PRINT of person completing form

MILLEDGE, COREY
DC#: Q12023
DCB: ▊▊86
BLACK/MALE
CHARLOTTE CI

RN or CLINICIAN REVIEWER

DC4-683V (Revised 3/7/17)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DerMSJ BS# 171

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3120

**FL⎯DA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**ABRASION/LACERATION PROTOCOL**
**NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.**

**PLAN**

- ☐ EMS activated for signs of shock
- ☐ EMS activated for uncontrollable bleeding
- ☐ Control bleeding - - as above
- ☐ Acetaminophen 325mg 2 tablets by mouth prn for pain
- ☐ Wound culture done:  ☐ N/A  ☐ Yes  ☐ No :
- Bacitracin ointment as directed to abrasion.
- ☐ Other:

- ☑ Wound cleaned with: *Wound Cleanser*
- ☑ Wound dressed with: *Gauze*
- ☐ Tdap 0.5cc IM or Td 0.5cc IM as prescribed by clinician
- ☐ Pass

\* If inmate has no record or history of receiving the Tdap vaccine (vaccine released in 2005), then Tdap should be given. If inmate has a history of receiving the Tdap vaccine, then give the Td vaccine. At this time, Tdap is licensed for only one lifetime dose per person.

**EDUCATION**

- ☐ Inmate instructed to return to Medical for dressing change or for wound recheck on: _____
- ☐ Inmate instructed to return to Medical for suture /staple removal on: _____
- ☑ Inmate instructed on wound care.
- ☑ Inmate instructed to watch for signs of infection: increase in redness, swelling, pain, and/or purulent discharge at wound site.
- ☐ Acetaminophen 325 mg 2 tablets by mouth every 4-6 hours as needed for pain.
- ☑ Inmate instructed to return to Medical if symptoms get worse or any new symptoms develop.



MILLEDGE, COREY
DC#: Q12023
DOB: ████86
BLACK/MALE
CHARLOTTE CI

K: _____

D. STAHL LPN
CHA CI
**SIGNATURE AND STAMP/ PRINT of person completing form**

_____
**RN or CLINICIAN REVIEWER**

This form is not to be amended, changed, or altered without approval of the Chief of Health Services Administration.

<span style="color:red">Def MSJ BS# 172</span>

<span style="color:red">Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3121</span>

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 8-27-2017          Time: _____

Inmate Name: CONEY MILLEDGE   DC#: Q12027

Housing assignment: A-1113

Job assignment: NONE

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Mental Health

☐   Dental

☑   Medical (explain): SHOULDERS, BACK, RIBS
EYES   IS hurting, REALLY
BAD

When did problem/symptoms start? _____

DATE RECEIVED _____ TIME: 0100
SIGNATURE _____
DATE TRIAGED _____ TIME 0110
SIGNATURE _____
TRIAGE LEVEL 1 _____
SIGNATURE _____
DATE INMATE SEEN _____ TIME _____
SIGNATURE _____

Inmate Name  Milledge C.
DC#  Q12027          Race/Sex  Blu
Date of Birth  ████ 86
Institution  CHARLOTTE  C. I.

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

Def MSJ BS# 173

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3122

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
## INMATE SICK-CALL REQUEST

Date: 8-17-2017          Time: 4:30 pm

Inmate Name: COREY MILLEDGE   DC#: Q12023

Housing assignment: A1113

Job assignment: NONE

Problem:

DATE RECEIVED 8/19/17 TIME: 0200
SIGNATURE _____
DATE TRIAGED _____ TIME 0201
SIGNATURE _____
TRIAGE LEVEL 1   2   3
SIGNATURE _____
DATE INMATE SEEN 8/25/17 TIME 1100
SIGNATURE _____

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain): _____

☐  Mental Health

☐  Dental

☑  Medical (explain): MY RIBS, BACK and eyes
hurting REALLY BAD.

When did problem/symptoms start? _____

Inmate Name MILLEDGE Corey
DC# Q12023          Race/Sex B/m
Date of Birth ▇▇▇▇▇▇ 86
Institution CHARLOTTE C.I.

Distribution:  Original—Nursing Supervisor
Pink—Inmate (**special housing only-otherwise**
destroy copy)

This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DC4-698A (Revised 6/11/08)

Def MSJ BS# 174

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3123

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _Haldol Resperdal Remeron_

**DATE/TIME**

GRIEVANCE NUMBER: 1708-570-1838/23/17

☐ INFORMAL ☐ FORMAL

DATE: 8/23/17

DISPOSITION: _Denied_ _Deen 8/27/17_

G. DURAND, RN, SHSA
CHA CI

8/25/17 1100   DC4-711A SIGNED. REFUSED: _S/c rib pain._ ___ S. HOPKINS, RN
CHA CI

**Inmate Name**

**DC#** MILLEDGE, COREY
**Date** DC#: Q12023
**Insti** DOB ▮▮▮▮86
BLACK/MALE
CHARLOTTE CI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)      Incorporated by Reference in Rule 33-602.210

**Def MSJ BS# 175**

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3124

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**FRACTURE/DISLOCATION/SPRAIN PROTOCOL**
NOTE: ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

**SUBJECTIVE:** Date: _8/15/17_  Time: _1530_  Age: _31_  ☐ Sick Call  ☑ EMID _Direct_
Chief Complaint: _Rt Pain (L) & ribs_
Allergies: _Haldol, Risperdal, Remeron_
Current Medications: _Norvasc + Heart_
Date of last Tetanus Toxoid: _2/18/13_
Mechanism of injury (MOI): _State not a physical foot today_
Hx of previous dislocations? ☑ No ☐ Yes → Joints involved: ___  When? ___
Location of pain: _(L) & rib_  Pain level: ☐0 ☐1 ☑2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10

**OBJECTIVE:** Temp: _97_ °  Pulse: _96_  Resp: _16_  Blood Pressure: _132/82_  O2 sat: _98_ %  Weight: _155_
Pulse distal to injury: ☐ Present ☑ Absent ☐ N/A (fingers/toes)  Quality: ☐ Strong ☑ Moderate ☐ Weak
Pallor: Color of skin around the injury site: ☑ Pink ☐ Pale ☐ White ☐ Ecchymotic ☐ Hematoma   _Chest CTA_
  Temperature of skin around the injury site: ☑ Warm ☐ Cool ☐ Cold
  Capillary refill (blanching test: ☐ Less than 2 seconds ☐ Greater than 2 seconds
Paresthesia: Extremity numbness? ☑ No ☐ Yes  Extremity tingling? ☑ No ☐ Yes
Paralysis: Is patient able to move affected extremity (i.e., pt. is able to bend elbow, wiggle fingers, etc.)? ☐ No ☑ Yes
Swelling: ☑ None ☐ Mild ☐ Moderate ☐ Severe   _no redness, bruising, swelling_
Deformity present: ☑ No ☐ Yes  If yes, describe: _pain_
Skin intact: ☐ No ☑ Yes → ☐ Abrasion ☐ Laceration → Use also "Abrasion/laceration Protocol," DC4-683V for
  appropriate care.
Bleeding: ☑ N/A ☐ No ☐ Yes → Use also "Abrasion/Laceration Protocol," DC4-683V for appropriate care.
Additional comments/findings: ___

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Patient has possible fracture and/or dislocation
☐ Patient has poor color, temperature, or sensation of affected limb.
☐ Bleeding not controlled with 10 minutes of direct pressure.

**PLAN** _Use S/c frn non Emergency_
☐ Clinician notified: ___  Time: ___
☐ Orders from clinician:
☐ EMS activated as ordered.
☐ Control bleeding with direct pressure for 10 minutes to bleeding site.
☐ Splint joint above and below suspected fracture/dislocation site.
☐ Apply arm sling
☐ Elevate affected limb.
☐ Apply covered ice pack to affected area for 15 – 20 minutes.
☐ Give ibuprofen 200mg 2-3 tablets by mouth for pain OR ☐ acetaminophen 325mg 2 tablets by mouth for pain now
☐ Give T-Dap* 0.5mg IM or Td 0.5cc IM as prescribed by clinician.
☐ Apply ace wrap PRN (wrap distal to proximal, i.e., wrap up toward the heart)
☐ Provide crutches PRN
☐ Recheck affected distal pulse prior to discharge: ☐ Strong ☐ Moderate ☐ Weak
☐ Issue Pass: ___  ☐ Other: ___

* If inmate has no record or history of receiving the Tdap vaccine (vaccine released in 2005), then Tdap should be given.
If inmate has a history of receiving the Tdap vaccine, then give the Td vaccine. At this time, Tdap is licensed for only one lifetime dose per person.

(Continued on back....)

MILLEDGE, COREY
DC#: Q12023
INI
DC   DOB:████████86
DA   BLACK/MALE
IN:  CHARLOTTE CI

DC4-683J (Revised 3/7/17)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3125

Def MSJ BS# 176

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
FRACTURE/DISLOCATION/SPRAIN PROTOCOL
NOTE:  ALL PROTOCOLS COMPLETED BY LPNS MUST BE REVIEWED AND COSIGNED BY A RN OR CLINICIAN.

| EDUCATION |
|---|

☑ Inmate instructed to report any skin discoloration (i.e., increasing paleness), coolness, tingling, numbness, or increase in pain (severe) in affected extremity IMMEDIATELY.
☐ Inmate instructed to keep extremity elevated as much as possible for the next 48-72 hours.
☐ Inmate instructed to apply <u>covered</u> ice pack to injury site for 15-20 minutes 3-4 times a day for the first 48 – 72 hours.
☐ Inmate instructed to apply warm, moist towel to injury site for 15-20 minutes 3-4 times a day for comfort after 72 hours.
☐ Inmate instructed on the use of crutches or other assistive devices when applicable.
☐ Inmate instructed on cast care when applicable.
☐ Inmate instructed on the proper way to apply ace wrap.
☐ Other: _____

S. HOPKINS, RN
CHA CI

_____
SIGNATURE/STAMP of person completing form

_____
RN OR CLINICIAN REVIEWER

MILLEDGE, COREY
DC#: 012023
DOB: ███████ 86
BLACK/MALE
CHARLOTTE CI

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3126

Def MSJ BS# 177

FLORIDA DEPARTMENT OF CORRECTIONS
PRE-SPECIAL HOUSING HEALTH EVALUATION

| Institution: CNA-G | Date: 8/15/17 | | | Time: 150 | | |
|---|---|---|---|---|---|---|
| Post Use of Force? ☐No ☑Yes | M | S | W | T | I | SD |
| If yes, was DC4-701C completed? ☐No ☑Yes | 2 | 1 | 1 | 1 | | 50 |

Is inmate demonstrating strange/bizarre behavior or thinking about/threatening/engaging in self-harmful behavior?
☑No ☐Yes→ Describe:

Current Medical Complaint? ☑No ☐Yes → Describe condition and treatment: Spit Shield w
Place — Abras: x 2 top of forehead ① 1cm x 1cm - Superficial
② 1cm x 3cm long - Superficial. No other injuries noc

Vital Signs:
T: P: 72 R: 16 BP: 130/82 Wt: 159

Allergies (list): Haldol, Remeron, Risperdal

Infirmities or impairment? ☑No ☐Yes→ List findings:

Medications? ☐No ☑Yes→List current medication/s (including psychotropic meds) in table below.

| Medication | Dose | Frequency | Renewal Yes | Renewal No | Pending Appointments (per inmate/medical record) | | |
|---|---|---|---|---|---|---|---|
| Norvasc | 10mg | qd | | ✓ | Type | Date | N/A |
| HCTZ | 25mg | qd | | ✓ | Dental | ? | ✓ |
| | | | | | Mental Health | | |
| | | | | | CIC Type: Ce | 11/17 | |
| | | | | | Special Appt: | | ✓ |
| | | | | | Dx Studies | | ✓ |

Arrangements for Medication Administration: ☑Self ☐Nursing Staff ☐N/A
Inmate medication delivered to health care staff? ☐No ☐Yes →Disposition: 10/1/13
Are there any apparent acute medical/mental health reasons, including any thoughts, threats or gestures of self-injurious behavior, that preclude placement in special housing? ☑No ☐Yes →Explain on back and refer inmate to clinic
Document any other pertinent information on the back
Health Record Reviewed? ☐No ☑Yes → Reason:
Inmate educated on how to access medical, dental and mental health care? ☐No ☑Yes → Reason:

Completed DC4-529 Mental Health Referral for S2/S3? ☑N/A ☐No ☐Yes → Reason:

Completed DC4-650B Risk Assessment? ☐No ☑Yes → Reason:
Clinician notified of inmates medical condition/s that may be exacerbated by use of
Chemical Agents? ☑No ☐Yes          Electronic Immobilization Devices? ☑No ☐Yes

S. HOPKINS, RN
CHA CI
Staff member signature/title/name stamp

MILLEDGE, COREY
DC#: Q12023
DOB: ████ 86
BLACK/MALE
CHARLOTTE CI

Inmate
DC#
Date
Instit.

Def MSJ BS# 178

C4-769 (Revised 3/12/14)          Page 1 of 2
This form is not to be amended...

Ms. Caswell, R.N. BSN, Ref Bates Stamp # 3127

Additional Comments:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Staff member signature, title and name stamp: _____

Inmate Name _____
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____
DC4-769 (Revised 3/12/14)                                    Page 2 of 2
This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

Def MS. AS# 170

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3128

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| 8/3/17 | Meds ordered Norvasc, HCTZ. |
| | G. NOE MD CHO CHA CO |
| | 8-3-17 1530 CHARLOTTE CI |
| | PRECONFINEMENT DC4-769 DC4-650B Completed with HE |
| 8/3/17 1505 | DC4 529, 701C + 708 Completed. S. HOPKINS, RN CHA CI |
| 8/3/17 | BBO Security escorted in over c med 🗴 S. HOPKINS, RN CHA CI |

Inmate Name _____
D( MILLEDGE, COREY
D: DC#: Q12023
In DOB: ____36
BLACK/MALE
CHARLOTTE CI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E- Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

Def MSJ BS# 180

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3129

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:** ☒ **Inmate**  ☐ **Employee**  ☐ **Visitor**
☐ Post-Use-of-Force Exam  ☒ **Injury**  ☐ **Physical Altercation**

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _9/29/17_   Time of exam: _1930_

Description of occurrence:

_Self inflicted laceration reopening to R dc_

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A  ☐ Yes  ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing  ☐ Remain in upright position  ☐ Do Not apply lotion to the skin  ☐ Splash cool water to eyes 5-10 minutes

Vital Signs: Temperature _97.9_  Pulse _129_  Respiration _16_  O2 Sat _100_ %  Blood Pressure _107 / 68_

Arrived via: ☐ Ambulatory  ☒ Stretcher  ☐ Wheelchair  ☐ Other:___

Condition on arrival (check all that apply): ☐ Alert  ☐ Oriented x 4 (person, place, time, situation)  ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?   _NO   c/o_

Examination summary:

_I/m unresponsive To be sent 9-H per Smith ARNP. I/m VS stable_

Physician notified? ☐ No  ☒ Yes   Name: _Smith ARNP_   Time: _1945_

Treatment provided? ☐ No  ☒ Yes   If yes, describe: _pressure dressing to R A/C_

Response to Treatment:

_P/m B/P increased no longer bleeding._

Disposition: ☐ Population  ☐ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):

Discharge Instructions and Education:

Health Care Provider's Signature and Stamp: _R Bald  R BALDWIN LPN_   Date/Time: _9/29/17 1930_

Reviewing Physician's Signature and Stamp: ___   Date/Time:___

**Name** _Milledge Corey_
**DC#** _Q12022_   **Race/Sex** _B/M_
**Date of Birth**
**Institution**

**Inmate Distribution:**
White—Health Record
Canary—Inspector General
Pink—Local Requirements

**Employee Distribution:**
White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.
Ms. Caswell, R.N. BSN., Ref Bates Stamp # 3181

Def MSJ BS# 181

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH INFORMATION SUMMARY FOR EMERGENCY TRANSFER TO OUTSIDE HOSPITAL**
**PLEASE PRINT**

If assessment is performed by health staff other than clinician, form must be reviewed and signed by a clinician on the next working day.

Time of event: _Approx 2100_

Brief history of event (if accident, state where, when, and how injured; if illness, describe):

_Self inflicted laceration_

Allergies: _Haldol, Remeron, Risperdal_          Last TD: _2-18-13_

Medications: _Zocor, Colace_

Medical/Mental Health Hx: _Hyptension, Self Injurious Behavior, Resistance to tx_

Vital Signs: Temp _97.6_ Pulse _124_ Resp _22_ Blood Pressure _66/48_ O₂ Saturation: _100% on room air_

Condition on arrival to medical (check): ☐ Stable ☑ Unstable ☐ Bleeding ☐ Responsive ☐ Unresponsive

Evaluation: _Inmate vital signs unstable d/t self inflicted laceration. Skin cold, clammy._

Is the emergency transfer due to Self-Harm? ☐ No ☑ Yes → Mental Health Staff notified: ☐ in person ☑ by phone ☐ by email ☑ by DC4-529    (name): _Dr. Michael McClure_

Medication/s given? ☐ No ☑ Yes → name, dose and time given: _LR 500 cc IV_

IV started? ☐ No ☑ Yes → IV solution, IV rate, size catheter: _Lactated Ringers 20g wide open_

Labs ordered? ☐ No ☑ Yes (type): _CBC_

Lab results (if applicable/available): _____

Treatment ordered? ☐ No ☑ Yes (type): _IV of LR x 1 L_

Inmate response to treatment: _No response_

Diagnosis (Clinician only): _____

Sexual assault (DC4-683M): ☑ No ☐ Yes Comments: _____

Clinician contacted? ☐ No ☑ Yes → Name: _Dr. H. Wetterer_          Time _2313/0010_

EMS activated? ☐ No ☑ Yes → EMS Service name: _Charlotte_          Time _0013_

Transferred to: _Charlotte County EMS_

Transferred at (time): _0020_          Condition at transfer: ☐ Stable ☑ Unstable

Health Care Provider's Signature and Stamp: _A Campbell RN_  A. Campbell, SRN  Charlotte C.I.          Date/Time: _9/21/17 0013_

Reviewing Clinician's Signature and Stamp: _____          Date/Time: _____

Inmate Name _Milledge, Corey_
DC# _Q12033_  Race/Sex _B/M_
Date of Birth ████ _86_
Institution _Charlotte CI_

Distribution:   White—Health Record
Canary—Hospital Emergency Room
Pink—EMS (Emergency Medical Services)

DC4-760B (Revised 1/8/14)

Def MSJ BS# 182

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3182

FLORIDA DEPARTMENT OF CORRECTIONS

HEALTH INFORMATION SUMMARY FOR EMERGENCY TRANSFER TO OUTSIDE HOSPITAL

PLEASE PRINT

If assessment is performed by health staff other than clinician, form must be reviewed and signed by a clinician on the next working day.

Time of event: 9/14/17 20 38

Brief history of event (if accident, state where, when, and how injured; if illness, describe): I'm reopened old wound to L A/C applied tourniqui to indut more bleeding.

Allergies: Haldol, Remerde, Risperide Last TD: _____

Medications: None

Medical/Mental Health Hx: Depression, Anxiety, Pathological Behavior

Vital Signs: Temp 96.9 Pulse 137 Resp 16 Blood Pressure 135/99 O₂ Saturation: 89%

Condition on arrival to medical (check): ☐ Stable ☐ Unstable ☐ Bleeding ☒ Responsive ☒ Unresponsive

Evaluation: I/M arrives unnespensive, pale, shallow respirations with large blood loss from laceration cold to (L) A/C. Bleeding has now stopped. I/M was found in cell with homemade tourniquet on (L) arm. O₂ started via mask at 25L/min.

Is the emergency transfer due to Self-Harm? ☐ No ☒ Yes → Mental Health Staff notified: ☐ in person ☒ by phone
☐ by email ☐ by DC4-529 (name): _____

Medication/s given? ☒ No ☐ Yes → name, dose and time given: _____

IV started? ☒ No ☐ Yes → IV solution, IV rate, size catheter: _____

Labs ordered? ☒ No ☐ Yes (type): _____

Lab results (if applicable/available): _____

Treatment ordered? ☐ No ☒ Yes (type): Send to Faucett Memorial Hospital ER to evaluation and treatment for hypovolomy

Inmate response to treatment: _____

Diagnosis (Clinician only): _____

Sexual assault (DC4-683M): ☒ No ☐ Yes Comments: _____

Clinician contacted? ☐ No ☒ Yes → Name: Ab Np Patton Time 2040

EMS activated? ☐ No ☒ Yes → EMS Service name: Charlotte Cty EMS Time 2052

Transferred to: Faucett Mem Hosp. EL

Transferred at (time): 2120 Condition at transfer: ☒ Stable ☐ Unstable

Health Care Provider's Signature and Stamp: M. Steart RN M. STEWART, RN CHA CI Date/Time: 9/14/17 2105

Reviewing Clinician's Signature and Stamp: _____ Date/Time: _____

Inmate Name Milledge, Cole
DC# 012022 Race/Sex B/M
Date of Birth ▓▓▓▓ 86
Institution CHA CI

Distribution: White—Health Record
Canary—Hospital Emergency Room
Pink—EMS (Emergency Medical Services)

Def MSJ BS# 183

DC4-760B (Revised 1/8/14)

Ms. Caswell, R.N. BSN; Ref Bates Stamp # 3183



## Centurion of Florida – Inmate Billing Instructions

\*\*\*\*\*     Effective for Dates of service on or after 6/18/2017     \*\*\*\*\*

Name     _milledge, Corey_

Inmate ID:     _Q 1 2 0 2 3_

(must be 6 characters – include leading zeros, if appropriate)

DOB:     ███████ _86_

**Electronic Claims Submission:**

EDI Payer ID – █████

For electronic billing* questions – please contact:

Centene EDI Department  - (800) 225-2573 Ext. 25525 or 314-505-6525

Or by email at EDIBA@centene.com

*Detailed 837 companion guides can be found under the Provider area on the Centurion website at:

www.centurionmanagedcare.com

**Mailing address for Paper Claims:**

Centurion of FL
PO Box 4090
Farmington, MO 63640-4198

Claims inquiries – 1-844-243-0795, option 2

For inpatient admissions associated with an ER visit – please contact the Centurion UM
department at 1-844-243-0795, option 1

Def MSJ BS# 184

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3184

**HEALTH INFORMATION SUMMARY FOR EMERGENCY TRANSFER TO OUTSIDE HOSPITAL**
**PLEASE PRINT**

If assessment is performed by health staff other than clinician, form must be reviewed and signed by a clinician on the next working day.

Time of event: 9/14/17 2035

Brief history of event (if accident, state where, when, and how injured; if illness, describe): IM reopened old wound to L AC applied tourniqui to indul more bleeding.

Allergies: Haldol, Romeron, Risperdal   Last TD: 2/18/13

Medications: None

Medical/Mental Health Hx: Depression, Anxiety, Pathdogical Behavior

Vital Signs: Temp 96.9 Pulse 137 Resp 16 Blood Pressure 135/99 O₂ Saturation: 89%

Condition on arrival to medical (check): ☐ Stable ☐ Unstable ☐ Bleeding ☒ Responsive ☒ Unresponsive

Evaluation: IM arrived unresponsive, pale, shallow respirations with large blood loss from laceration (old) to m AC. Bleeding has now stopped. IM was found in cell with homemade tourniqut on LT arm. O2 started via mask at 15L/min.

Is the emergency transfer due to Self-Harm? ☐ No ☒ Yes →Mental Health Staff notified: ☐ in person ☒ by phone
☐ by email ☐ by DC4-529    (name): _____

Medication/s given? ☒ No ☐ Yes → name, dose and time given: _____

IV started? ☒ No ☐ Yes → IV solution, IV rate, size catheter: _____

Labs ordered? ☒ No ☐ Yes (type): _____

Lab results (if applicable/available): _____

Treatment ordered? ☐ No ☒ Yes (type): Send to Faucett Memorial Hospital ER for evaluation and treatment for hypo volomia

Inmate response to treatment: _____

Diagnosis (Clinician only): _____

Sexual assault (DC4-683M): ☒ No ☐ Yes  Comments: _____

Clinician contacted? ☐ No ☒ Yes→ Name: AB NP Patty   Time 2040

EMS activated? ☐ No ☒ Yes→ EMS Service name: Charlotte Cty EMS Time 2052

Transferred to: Faucett Mem Hosp. ER

Transferred at (time): 2120    Condition at transfer: ☒ Stable ☐ Unstable

Health Care Provider's Signature and Stamp: M. Stewart RN    M. STEWART, RN CHA CI   Date/Time: 9/14/17 2105

Reviewing Clinician's Signature and Stamp: _____  Date/Time: 9/18/17 1:10 PM

Inmate Name: Milledge, Cory
DC# Q12023    /Sex M/M
Date of Birth _____ 86
Institution _____

Distribution:  White—Health Record
Canary—Hospital Emergency Room
Pink—EMS (Emergency Medical Services)

DC4-760B (Revised 1/8/14)

Def MSJ BS# 185

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3185

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

| Check all that apply: | ☒ **Inmate** | ☐ **Employee** | ☐ **Visitor** |
|---|---|---|---|
| | ☒ **Post-Use-of-Force Exam** | ☐ **Injury** | ☐ **Physical Altercation** |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _± 1600_          Time of exam: _1609_

Description of occurrence:

_Spontaneous use of Force Nursing exam_

Post Use of Chemical Agent Instructions: Shower without soap? ☒ N/A   ☐ Yes   ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature _unable to obtain_ Pulse _– I/M combative_ Respiration _and uncooperative_ O2 Sat _____% Blood Pressure _/_

Arrived via:   ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: _____

Condition on arrival (check all that apply): ☒ Alert   ☒ Oriented x 4 (person, place, time, situation)   ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where? _unable to assess_

Examination summary:

_I/M uncooperative, combative and highly agitated This nurse obscive inmate reopening a laceration to Ⓡ A/C. Unable to perform wound care. Minimal bleeding noted. Inmate given band aids other. No obvious injuries noted._

Physician notified?   ☒ No   ☐ Yes   Name: _____   Time: _____

Treatment provided?   ☐ No   ☒ Yes   If yes, describe: _Band aids given_

Response to Treatment:

_Unable to assess. Banging on door – highly agitated_

Disposition:   ☐ Population   ☒ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):

Discharge Instructions and Education:

_Unable to deliver discharge instructions_

Health Care Provider's Signature and Stamp: _CRay C. ROUX, LPN_   Date/Time: _9·13·17 @ 1615_

Reviewing Physician's Signature and Stamp: _BLANDE CMD CCHP CHA CO_   Date/Time: _9/13/17 @ 4:32_

| Name | Milledge Corey | **Inmate Distribution:** | White—Health Record |
|---|---|---|---|
| DC# | Q12023 | | Canary—Inspector General |
| | Race/Sex BM | | Pink—Local Requirements |
| Date of Birth | ██ 86 | **Employee Distribution:** | White—Safety Officer/Designee |
| Institution | ████ | | Canary—Employee Copy |
| | | | Pink—DESTROY |

DC4-701C (Effective 12/12)

Def MSJ BS# 186

Ms. Caswell R. N. BSN ; Ref Bates Stamp #3186

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:** ☐ Inmate  ☐ Employee  ☐ Visitor
☒ Post-Use-of-Force Exam  ☐ Injury  ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1742                     Time of exam: 1846

Description of occurrence:

Post use of Force Exam with Chemical Agent

Post Use of Chemical Agent Instructions: Shower without soap? ☐ N/A  ☒ Yes  ☐ Refused→ ☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:  Temperature 99°  Pulse 132  Respiration 20  O2 Sat 98 %  Blood Pressure 162/102

Arrived via: ☒ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other:

Condition on arrival (check all that apply): ☒ Alert  ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?

Examination summary:

No new injuries noted. Band aid applied to laceration to ® A/C

Physician notified? ☒ No  ☐ Yes    Name:                          Time:

Treatment provided?  ☐ No  ☒ Yes    If yes, describe: Band aid

Response to Treatment:

No issues

Disposition:  ☐ Population  ☒ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):

Discharge Instructions and Education:

Notify medical if injuries or noted

Health Care Provider's Signature and Stamp: C Ray   C. ROUX, LPN  CHARLOTTE C.I.     Date/Time: 9·13·17 @ 1855

Reviewing Physician's Signature and Stamp:                          Date/Time:

**Name** milledge, Corey
**DC#** Q12093       **Race/Sex** BM
**Date of Birth** ████  86
**Institution** CHA CI

**Inmate Distribution:**
White—Health Record
Canary—Inspector General
Pink—Local Requirements

**Employee Distribution:**
White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Def MSJ BS# 187

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3187

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

**Check all that apply:**   ☐ Inmate   ☐ Employee   ☐ Visitor
☒ Post-Use-of-Force Exam   ☐ Injury   ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _0010_   Time of exam: _0045_

Description of occurrence:

_cell extraction and chemical use of force_

Post Use of Chemical Agent Instructions: Shower without soap?   ☐ N/A   ☒ Yes   ☐ Refused→☐ educated on importance of showering
☐ Report any difficulty breathing ☐ Remain in upright position ☐ Do Not apply lotion to the skin ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature _97.8_ Pulse _136_ Respiration _18_ O2 Sat _98_ % Blood Pressure _136/84_

Arrived via: ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: ___

Condition on arrival (check all that apply): ☒ Alert   ☒ Oriented x 4 (person, place, time, situation)   ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain?  If checked, where?

Examination summary:

_No injury noted or reported at this time_

Physician notified?   ☒ No   ☐ Yes   Name: ___   Time: ___

Treatment provided?   ☒ No   ☐ Yes   If yes, describe: ___

Response to Treatment: ___

Disposition:   ☐ Population   ☒ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain): ___

Discharge Instructions and Education: _Report to medical if any problem occurs_

Health Care Provider's Signature and Stamp: _J Moore RN CHA CI_   Date/Time: _8/31/17 @ 0045_

Reviewing Physician's Signature and Stamp: _G. Noe MD CHO   CHA CO_   Date/Time: _9/8/17 259,_

**Name** _Mileage   Corey_
**DC#** _912-023_   Race/Sex _B/M_
**Date of Birth** _86_
**Institution** _CHII   CI_

**Inmate Distribution:**   White—Health Record
Canary—Inspector General
Pink—Local Requirements

**Employee Distribution:**   White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Def MSJ BS# 188

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3188

**FLORIDA DEPARTMENT OF CORRECTIONS**

**EMERGENCY ROOM RECORD**

Check all that apply:  ☑ Inmate   ☐ Visitor
☑ Post-Use-of-Force Exam

~~Physical Altercation~~

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1455    Time of exam: 1505

Description of occurrence:

*use of physical force.*

Post Use of Chemical Agent Instructions: Shower without soap?  ☑ N/A   ☐ Yes   ☐ Refused→ ☐ educated on importance of showering
☐ Report any difficulty breathing  ☐ Remain in upright position  ☐ Do Not apply lotion to the skin  ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:  Temperature 97  Pulse 72  Respiration 16  O2 Sat 98 %  Blood Pressure 130 / 82

Arrived via:  ☑ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other:

Condition on arrival (check all that apply):  ☑ Alert   ☑ Oriented x 4 (person, place, time, situation)   ☑ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?

Examination summary:

*two Abrasions noted on forehead - ① 1cm & 1cm Superficial, Abrasion #2 1cm x 3cm long Superficial*
*Spit Sheet in place.*

Physician notified?  ☑ No  ☐ Yes   Name: _____  Time: _____

Treatment provided?  ☑ No  ☐ Yes   If yes, describe: _____

Response to Treatment: *N/A*

Disposition:   ☐ Population   ☑ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):

Discharge Instructions and Education:

*Use sick Call if any problems arise*

Health Care Provider's Signature and Stamp:  S. HOPKINS, RN CHA CI   , Date/Time: 8/15/17 1515

Reviewing Physician's Signature and Stamp:  K Blankenship, DNP, ARNP   Date/Time: 8/16/17 630

| | |
|---|---|
| Name – MILLEDGE, COREY | **Inmate Distribution:** White—Health Record |
| DC# – DC#: Q12023 | Canary—Inspector General |
| Date of Bir – DOB: ███6 | Pink—Local Requirements |
| Institution – BLACK/MALE | **Employee Distribution:** White—Safety Officer/Designee |
| CHARLOTTE CI | Canary—Employee Copy |
| | Pink—DESTROY |

DC4-701C (Effective 12/12)

Def MSJ BS# 189

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3189

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence _8/15/17_          Time of occurrence _1455_
Date injury assessed by medical _8/15/17_     Time injury assessed by medical _1505_

☐ No injury identified

Description of injury _Abrasions x2 top of forehead - 1cm x 1cm; 1cm x 3cm_
_both superficial. Spit guard in place -_

_____

HOPKINS, RN
CHA CI

Staff Signature

Inmate Name _____

DC# _____
Da _____
In _____

MILLEDGE, COREY
DC#: Q12023
DOB: ███ 86
BLACK/MALE
CHARLOTTE CI

This form is not to be amended, revised, or altered without approval by the Office of Health Services Administration.

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3190
Def MSJ BS# 190

FLORIDA DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF PATIENT MENTAL HEALTH CARE

Institution: _L C I_     Level of Care (circle)     TCU     CSU     CMHTF

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| 10/15/17 | N | Post use of force Completed this morning I/m refuse to respond to verbal stimuli this morning Security Rolled the door to Check on I/m I/m jump out of bunk and Swang at Security. I/m assessed In tx Room Ø injuries incurred v/s Stable. I/m v/s monitored Continues on STHop I/m return to cell escorted by Security. _____ Herpaul LPN LAKE CI |
| 10-16-17 TO | | Psychot Note kc refuses to be Seen _____ P. Nguyen, MD Psychiatrist Lake CI |
| 10-17-17 15 | | Psychot Note kc refuss to be Seen |

M - Medical Physician/CA
P - Psychiatry
Y - Psychology
N - Nursing
D - Dental

T - Pharmacist
TXT - Treatment Team
U - UTR

S - Subjective Data (Inmate Statement)
O - Objective Data
A - Assessment of S and O
P - Plan

Inmate Name __Milledge, Corey__
DC# __Q12023__   Race/Sex __B/M__
Date of Birth _____ 986
Institution _____

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

C4-642F (Revised 11/12/14)

Def MSJ BS# 191

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3988

**STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF INPATIENT MENTAL HEALTH CARE**

Institution: _____ Lake CI _____          Level of Care (circle) _____ TCU   CSU   CMHTF

| Date/Time Discipline | Problem # | Note |
|---|---|---|
| **10/14/17** | | The following activity was canceled: |
| | | _____ Individual Session |
| **Y** | | _____ Group Session |
| | | __X__ Psychoeducation Group (MC, SM, AM, BV, ADL, TC, SS, PD) |
| | | _____ Activity Therapy |
| | | Activity was canceled by: _____ Mental Health  ✓ Security |
| | | Reason Canceled: |
| | | _____ Inmate on MHOS Status (only for activity therapy) |
| | | _____ Inmate is Restricted by the MDST |
| | | _____ Lack of security staff to pull |
| | | _____ Other: SHOE |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | J.Francis |
| | | Activity Therapist |
| | | **Lake Correctional Facility** |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| M - Medical Physician/CA | T - Pharmacist | S - Subjective Data (Inmate Statement) |
| P – Psychiatry | TXT - Treatment Team | O - Objective Data |
| Y - Psychology | U - UTR | A - Assessment of S and O |
| N - Nursing | | P - Plan |
| D - Dental | | |

Inmate Name _Milledge, Corey_

DC# _Q12023_      Race/Sex ___/M

Date of Birth_____

Institution _____ Lake Correctional Institution _____

This form is not to be amended, revised, or altered without approval of the Director of Health Services-Administration.

DC4-642F (Revised 11/12/14)

Def MSJ BS# 192

Ms. Caswell, R.N. BSN;  Ref Bates Stamp # 3989