UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:18-cv-00413-SPC-UAM

COREY MILLEDGE,

      Plaintiff,

v.

WILLIS, et al.,

      Defendants.
_____/

## **DEFENDANT BROOKS' RESPONSE TO PLAINTIFF'S FIRST INTERROGATORIES**

Defendant Brooks by and through undersigned counsel and pursuant to Fed.R.Civ.P. 33 hereby serves *Defendant Brooks' Response to Plaintiff's First Request for Interrogatories*.

      Respectfully submitted,

      ASHLEY BROOKE MOODY
      ATTORNEY GENERAL

      s/MELISSA LYNN EGGERS
      Melissa Lynn Eggers (Fla Bar No.: 072506)
      Office of the Attorney General
      1515 North Flagler Drive, Suite 900
      West Palm Beach, FL 33401
      Telephone: 561-268-5218
      Facsimile: 561-837-5102
      Email:melissa.eggers@myfloridalegal.com
      ATTORNEY FOR DEFENDANT BROOKS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 14, 2020, I U.S. mailed the foregoing document to

Corey Milledge, DC# Q12023
Florida State Prison
P.O. Box 800
Raiford, FL 32083

      /s/ *Melissa L. Eggers*
      Melissa L. Eggers
      Assistant Attorney General

Def MSJ BS# 260

## DEFENDANT BROOK'S RESPONSE TO PLAINTIFF'S

## REQUEST FOR INTERROGATORIES

1. **Identify each person who has participated in answering these interrogatories.**

    Response: Myself, with the assistance of legal counsel.

2. **Please state the date(s) the name of the offence(s), the court, Jurisdiction and he disposition of the charge(s) for which you were arrested if you ever been arrested.**

    Response: None

3. **Please state the date(s), name of the inmate(s), the allegation(s), and result of the complaint if an inmate ever filed a grievance complaint against you involving or based on allegation(s) that you physically assaulted inmate or used excessive force on inmate from January1 2012 to the present.**

    Response: None.

4. **Please state all position or rank you had while working for the Florida Department of Corrections, including the date(s) you held such position or rank.**

    Response: I began with Florida Department of Corrections in June 2016. I was certified as a Corrections Officer in November 2016. In January 2018, I became Sergeant.

Def MSJ BS# 261

5. **Describe all disciplinary or corrective action against you during the time that you have worked for the Florida Department of Corrections, including the date of the incident on which the discipline arose and the disposition of the complaint.**

   Response: Objection. This request is overbroad and irrelevant as it calls for information outside the scope of the allegations contained within the Complaint. During my employment with FDC, I did not receive any complaints regarding excessive force or failure to intervene.

6. **Please state all duties you have or had while you worked at the Charlotte Correctional Institution on the date of the incident sued upon.**

   Response: While I was in Charlotte I started as a Correctional Officer. I then became a Sergeant. During my time in Charlotte, I was assigned to confinement. Please see the Responses to Request for Production, which contains the listed duties and responsibilities for which I was hired.

7. **Identify and describe all policies and procedures at the time of the incident sued upon that must be followed if an officer used force on inmate.**

   Response: Please see Florida Administrative Code 33-602.210(9) which pertains to use of force. Any other internal policies and procedures which exist cannot be disclosed due to safety and security concerns of Florida Department of Corrections.

Def MSJ BS# 262

8. **Please state whether or not Plaintiff declared a medical emergency on the date of the incident sued upon.**

    Response: Plaintiff did not declare a medical emergency; Plaintiff declared a psychological emergency.

9. **Identify each person who escorted Plaintiff to the medical room in A-Dorm when**

    Response: Myself and Officer Plumey escorted the Plaintiff to medical because he declared a psychological emergency.

10. **Identify the nurse who saw Plaintiff when Plaintiff declared a medical emergency on the date of the incident sued upon.**

    Response: It was female nurse. However, I do not recall her name. Her information may be contained within the Plaintiff's medical records, which have been produced in Response to Plaintiff's Request for Production.

11. **Please state whether or not you used force on Plaintiff on the date of the incident sued upon.**

    Response: I never used any force on Plaintiff on August 15, 2017.

12. **Please state every fact on which you relied to justify the uses of force on Plaintiff which occurred on August 15, 2017.**

Def MSJ BS# 263

Response: I never used any force on Plaintiff on August 15, 2017.

13. **Please state the name, rank and identification number of each officer and inmate who saw or heard or was in a position to see or hear or who is believed to have information about the second incident sued upon.**

> Response: On August 15, 2017 I was working with Officer Plumey. Officer Plumey and I both escorted Plaintiff to and from Medical, without any issues. Sgt. Gahrmann was working that evening in the section known as the 'Bubble'. I do not know if he could or did see anything during the specific times at issue. I am unaware of any other officer that we passed as we were transferring Plaintiff to and from medical.

14. **Please state the name, rank and identification number of each officer and inmate who wrote a statement or gave oral statement about the second incident sued upon.**

> Response: I do not know this information.

Pursuant to 28 U.S.C.A. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2020.

_____
James Brooks, Defendant
Former employee of Florida Department of Corrections.

Def MSJ BS# 264