UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:18-cv-413-JLB-NPM

COREY MILLEDGE,

        Plaintiff,

v.

WILLIS, et al.,

        Defendants.
_____/

## DEFENDANT GAHRMANN'S AFFIDAVIT

I, Stephen Gahrmann, am a named Defendant in this action, and I hereby state the following is true and accurate, to the best of my knowledge.

1. On August 15, 2017, I was employed with the Florida Department of Corrections. I held the rank of Sergeant and was assigned to Charlotte Correctional Institution located in Punta Gorda, Florida 33955.

2. On August 15, 2017, I was assigned to the control room, which is also referred to as 'the bubble'.

3. I was alone in the control room.

4. At no point in time was I involved in any use of force with inmate Corey Milledge on August 15, 2017.

5. At no point in time did I witness Officer Brooks or Officer Plumley use force on Corey Milledge.

6. At no point in time did I witness Officer Brooks or Officer Plumley use excessive force on Corey Milledge.

7. Even if I had seen excessive force being used on Corey Milledge, I was would have been unable to leave the control room. Leaving the control room unattended would endanger the safety and security of the entire prison. The control room houses the doors and various other prison security systems.

Def MSJ BS# 265

8. Corey Milledge never complained to me that he was assaulted by Officer Brooks or Officer Plumley.

9. Corey Milledge never complained to me about any injuries to his hands, his fingers, or any other part of him.

10. If I was aware that Corey Milledge was in need of or seeks medical treatment, I would have gotten it for him.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2021.

Stephen Gahrmann,
Captain for the Florida Department of Corrections

Def MSJ BS# 266