UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:18-cv-413-JLB-NPM

COREY MILLEDGE,

        Plaintiff,

v.

WILLIS, et al.,

        Defendants.

_____/

## **CERTIFICATION OF CUSTODIAN OF RECORDS**
## **FROM FLORIDA DEPARTMENT OF CORRECTIONS**

In accordance with Fed. R. Evid. 803(6) and § 90.803(6) and §90.902(2), (10), and (11), Fla.

Stat. and the following certification is hereby made:

I am a Custodian of Records for the Florida Department of Corrections, whose headquarters

is located at Florida Department of Corrections, 501 South Calhoun Street, Tallahassee, FL

32399-2500. I hereby certify that the attached Inmate Appeals Activity Log for Corey Milledge,

DC#Q12023 whose date of birth is ▆▆▆▆▆▆▆ 1986, accurately reflects all of Corey

Milledge's appeals from August 1, 2017 to December 1, 2017 and is the record of an act, event,

condition, opinion, or diagnosis of the Florida Department of Corrections and:

    a)     Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person of the Florida Department of Corrections having knowledge of the matter;

    b)     Were kept in the course of the regularly conducted business activity of the Florida Department of Corrections;

    c)     Were made as a regular practice in the course of the regular activity of the Florida Department of Corrections.

Def MSJ BS# 299

I have read every statement made in this certification, and each statement is true and correct. I understand that falsely making such a certification or declaration would subject me to criminal penalty under the laws of the foreign or domestic location in which this certification or declaration was signed.

Dated: _7-22-21_

_____
Signature of Custodian of Records

_Alan McManus_
Printed Name of Custodian of Records

STATE OF FLORIDA
COUNTY OF Leon

Sworn to or affirmed and subscribed before me by means of ☐ physical presence or ☐ online notarization, this 22nd day of July , 2021, by _Alan McManus_

(name of person making statement)

_____
(Signature of Notary Public--State of Florida)

ASHLEY R. JONES
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG958992
Expires 2/17/2024

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

✓ Personally Know

OR

_____ Produced Identification. Type of Identification Produced_____

Notary Seal:

Def MSJ BS# 300

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:18-cv-413-JLB-NPM

COREY MILLEDGE,

        Plaintiff,

v.

WILLIS, et al.,

        Defendants.

_____/

## CERTIFICATION OF CUSTODIAN OF RECORDS
## FROM FLORIDA DEPARTMENT OF CORRECTIONS

In accordance with Fed. R. Evid. 803(6) and §90.803(6) and §90.902(2), (10), and (11), Fla. Stat. and the following certification is hereby made: I am a custodian of records for Florida Department of Corrections. I am assigned to an institution of Florida Department of Corrections, whose headquarters are located at 501 South Calhoun Street, Tallahassee, FL 32399-2500. I hereby certify the attached appeal records pertaining Corey Milledge, DC#Q12023, whose date of birth is ▮▮▮▮▮▮ 1986, are a record of an act, event, condition, opinion, or diagnosis of the Florida Department of Corrections and:

a)    Were made at or near the time of the occurrence of the matters set forth by Florida Department of Corrections, or from information transmitted by Florida Department of Corrections having knowledge of the matter;

b)    Were kept in the course of the regularly conducted business activity of Florida Department of Corrections

c)    Were made as a regular practice in the course of the regular activity of Florida Department of Corrections.

Page **1** of **2**

Def MSJ BS# 301

I have read every statement made in this certification, and each statement is true and correct. I understand that falsely making such a certification or declaration would subject me to criminal penalty under the laws of the foreign or domestic location in which this certification or declaration was signed.

Dated: 6 - 14-21

_____
Signature of Custodian of Records

_____
Printed Name of Custodian of Records

STATE OF FLORIDA
COUNTY OF Leon

Sworn to or affirmed and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 14 day of June , 2021, by_____ Alan Mcmanus

_____
(Signature of Notary Public--State of Florida)

(name of person making statement)

ASHLEY JOY STOKES
MY COMMISSION # GG 939080
EXPIRES: December 11, 2023
Bonded Thru Notary Public Underwriters

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

___ Personally Know

OR

___ Produced Identification. Type of Identification Produced_____

Notary Seal:

Page 2 of 2

Def MSJ BS# 302

MAILED/FILED
WITH AGENCY CLERK

SEP 22 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| MILLEDGE, COREY | Q12023 | 17-6-35690 | CHARLOTTE C.I. | Y1101L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Note    This grievance is not accepted as a grievance of reprisal

Your appeal has been reviewed and evaluated  The subject of your grievance was previously referred to the Office of the Inspector General  It is the responsibility of that office to determine the amount and type of inquiry that will be conducted  This inquiry/review may or may not include a personal interview with you  Upon completion of this review, information will be provided to appropriate administrators for final determination and handling

Furthermore, if you fear staff, you need to file an informal to the Colonel  The Colonel should have the opportunity to address these issues regarding staff at the institution

You made this an appeal, not a formal grievance, when you marked the Secretary's box at the top of the DC1-303 form

Furthermore, the institution was contacted and Officer Brooks advised that he has never threatened you with physical harm, and never threatened you in any way if you would have wrote him up

As this process was initiated prior to the receipt of your appeal, your request for action by this office is denied

S  Milliken

---

| | |
|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | *S. Milliken* |
| | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE |

9/19/17
DATE

Def MSJ BS# 303

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
AUG 3 1 2017
Bureau of Corrections
Inmate Grievance Appeals

TO. ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: MILLEDGE   COREY   L   (Ⓐ) 12023   CHARLOTTE
Last      First      Middle Initial      Number      Institution

| Part A – Inmate Grievance | 17-6-35690 |

I'M EXHAUSTING MY ADMINISTRATIVE REMEDIES BY
PASSING THE INSTITUTION LEVEL. OFFICER BROOKS TOLD
ME THAT THE WARDEN HIS FRIEND. IF HE
FIND OUT THAT I WROTE HIM UP HE GOING
BEAT ME EVERY CHANCE HE GET. BASED ON
THAT THREAT, I FEEL THAT I MAY BE ADV-
ERSELY AFFECTED BY THE SUBMISSION OF
A GRIEVANCE AT THE INSTITUTION LEVEL
ALSO, I FEEL LIKE MY WELL BEING
AND SAFETY ARE IN DANGER. I'M SEEKING
PROTECTION FROM THE PRISON OFFICIALS
LISTED BELOW. FURTHERMORE, I'M FILING
THIS FORMAL GRIEVANCE AS A REPRISAL NATURE.
BEFORE I STATE THE FACTS, I'M ALSO REQUESTING
THAT THE CAMERA'S IN A-DORM WING ONE
ON THE DATE AND TIMES BELOW TO BE
WITHHELD FOR FURTHER EVIDENCE FOR
LITIGATION PURPOSE(S). THE CAMERA'S WILL
SHOW SOME OF THE INFRACTION THAT I
DEXCRIBE BELOW.
    THE NATURE OF MY GRIEVANCE IS THAT, AT
APPROXIMATELY 5:30 PM ON AUGUST 15, 2017
I DECLARED A MEDICAL EMERGANCY. AT
APPROXIMATELY 10:42 PM OFFICER BROOKS
CAME TO MY CELL DOOR A1113 AND HAD
8-19-2017          1 OF (3) PAGES Corey Milledge (Ⓐ)12023
TO BE CONTINUED ON WHITE SHEET OF PAPER ———→
DATE                         SIGNATURE OF GRIEVANT AND D C #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS

_____ / _____
#         Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103,
Florida Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is
entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office.   The grievance may be sealed in the envelope by the
inmate and processed postage free through routine institutional channels   The inmate must indicate a valid reason for not initially bringing his grievance to the attention of
the institution   If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the
grievance will be returned to the inmate for processing at the institutional level

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: CHARLOTTE CORRECTIONAL   Institutional Mailing Log # D50 334
INSTITUTION
(Date)

AUG 21 2017

DISTRIBUTION
CENTRAL OFFICE
GRIEVANCE
INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

(Received By:)
(A) 106 (SID) NF   Df
Ofc Brooks
799632
801033

DC1-303 (Effective 2/05)      Incorporated by Reference in Rule 33-103 019, F A C

Def MSJ BS# 304

CONTINUANCE FROM THE FORMAL GRIEVANCE

MY CELL DOOR OPEN WITHOUT ANOTHER OFFICER BEING PRESENCE. THE DOC RULES REQUIRES TWO OFFICERS TO BE PRESENCE WHEN A CONFINEMENT CELL DOOR IS BEING OPEN. NEVERTHELESS, OFFICER BROOKS ESCORTED ME TO THE MEDICAL ROOM AT APPROXIMATELY 10:45 PM I WAS EXAIMED BY A NURSE I INFORMED NURSE THAT MY RIBS AND BACK IS HURTING REALLY BAD, THE NURSE SAID THAT I WAS "FINE" WITHOUT EVEN EXAIMING MY BODY THE NURSE THEN WALKED AWAY SAYING "I DONT CARE ABOUT YOUR INJURIES, YOU SHOULDNT HAVE ASSAULTED AN OFFICER". OFFICER PLUMLEY SAID TO ME "WE FIXING, WHOOP YOUR ASS FOR ASSAULTING AN OFFICER TODAY!" AT THAT TIME OFFICERS PLUMLEY AND BROOKS STARTED PUNCHING ME IN THE HEAD, FACE, RIBS), BACK, AND OTHER PARTS OF MY BODY WHILE SERGEANT GAHRMANN WATCHING FROM THE OFFICE STATION. I WAS KNOCKED TO THE GROUND. AS I LAY ON THE GROUND, OFFICERS PLUMLEY AND BROOKS STARTED KICKING ME IN THE HEAD, RIBS, BACK, AND OTHER PARTS OF MY BODY WHILE SERGEANT GAHRMANN CONTINUED TO WATCH. I THEN TOLD OFFICER BROOKS THAT I'M GOING TO WRITE A GRIEVANCE ON HIM, FOR ASSAULTING ME. OFFICER BROOKS SAID TO ME "THE WARDEN IS MY FRIEND, IF I FIND OUT YOU WROTE ME UP I'M GOING BEAT YOU EVERY CHANCE I GET" AT APPROXIMATELY, 11:15 PM OFFICERS BROOKS AND PLUMLEY ESCORTED ME BACK TO MY CELL OFFICER PLUMLEY TOOK <span>CONTINUED ON PAPER →</span>

2 OF 3 PAGES

Def MSJ BS# 305

CONTINUING FROM THE FORMAL GRIEVANCE

OFF MY HANDCUFFS. ONCE THE HANDCUFFS WAS REMOVED, OFFICERS BROOKS AND PL SLAMMED MY HANDS AND FINGERS IN THE FLAP AND STARTED PUSHING AGAINST THE FLAP WHEN I WAS NOT RESISTING. BOTH OFFICER BROOKS AND PLUMMY FAILED TO REPORT TO SHIFT O.I.C THAT THEY USED FORCE AGAINST ME. AT APPROXIMATELY 12:15 HRS I STOP SERGEANT GAHRMANN AT MY CELL DOOR A1113, I INFORMED SERGEANT GAHRMANN THAT OFFICERS BROOKS AND PLUMMER SLAMMED MY HANDS AND FINGERS IN THE FLAP AND THAT I'M SEEKING MEDICAL ATTENTION BECAUSE MY HANDS AND FINGERS IS HURTING. SERGEANT GAHRMANN THEN SAID "THE OFFICERS DIDN'T SLAMMED YOUR HANDS IN THE FLAP". SERGEANT GAHRMANN DENIED ME MEDICAL ATTENTION. AS A RESULT, I SUFFERED INJURIES TO MY RIBS, EYES, BACK, HANDS, AND FINGERS, AND SHOULDERS.

RELIEF SOUGHT

1) THAT YOU APPROVED THIS GRIEVANCE SO THE INSPECTOR GENERAL OFFICE CAN INVESTIGATE; 2) THAT YOU REFER ME TO THE MEDICAL DEPARTMENT WITHIN 24 HRS TO BE SEEN BY A DOCTOR; 3) THAT YOU TAKE DISCIPLINARY ACTIONS AGAINST THE OFFICERS, AND 4) THAT YOU COMPENSATE ME FOR THE INJURIES AND PAIN THAT OFFICERS SUBJECTED ME TO

8-19-2017

Q12223

3 OF 3 PAGES

Def MSJ BS# 306

**PART B - RESPONSE**

| MILLEDGE, COREY | Q12023 | 17-6-38308 | CHARLOTTE C.I. | H1102S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated  The subject of your grievance was previously referred to the Office of the Inspector General  It is the responsibility of that office to determine the amount and type of inquiry that will be conducted  This inquiry/review may or may not include a personal interview with you  Upon completion of this review, information will be provided to appropriate administrators for final determination and handling

Inmate s are not placed on Protective Management status for fear of staff

Furthermore, if you fear staff, you need to file an informal to the Colonel  The Colonel should have the opportunity to address these issues regarding staff at the institution

Furthermore, you are advised that it is not within an inmate's scope of responsibility or authority to recommend disciplinary action regarding staff  Your complaint was addressed and responded to  Any further action will be at the discretion of the administrative staff

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process

The grievance procedure should not be utilized to request monetary compensation for this type of complaint

As this process was initiated prior to the receipt of your appeal, your request for action by this office is denied

S  Milliken

_S. Milliken_                    9/27/17

| _____ | _____ | _____ |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Def MSJ BS# 307

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

[ ] Third Party Grievance Alleging Sexual Abuse

[ ] Warden        [ ] Assistant Warden        [✓] Secretary, Florida Department of Corrections

□□ □□ Alleging Sexual Abuse on the behalf of □

MILLEDGE COREY L          Q12023          CHARLOTTE C.I.
Last    First    Middle Initial        DC Number        Institution

SEP 22 2017

Part A – Inmate Grievance          17-6-38308

I'M EXHAUSTING MY ADMINISTRATIVE REMEDIES
BY APPEALING TO THE NEXT STEP OF THE
GRIEVANCE PROCESS. PLEASE NOTE, I FILED
FORMAL GRIEVANCE WITH THE WARDEN
AND THAT GRIEVANCE WAS APPROVED ON
8-30-17. SEE, GRIEVANCE LOG # 1708-510-164
ATTACHED HERETO AND FORMAL GRIEVANCE
I FEEL THAT MY WELL BEING ARE IN
DANGER. I'M SEEKING PROTECTION BECAUSE
OFFICERS COTTE, DISCHIAVO, UNKNOWN OFFICER,
SGT TRAUPMAN and SGT CHERRY BEAT ME ON
AUGUST 15, 2017 WHILE CAPTAIN BARRETT
AND UNKNOWN LT STOOD BY WATCHING
AND DID NOT INTERVENE WHEN THEY HAD
AN OPPORTUNITY TO DO SO.

                    RELIEF SOUGHT
1. THAT YOU APPROVED THIS GRIEVANCE SO
INSPECTOR GENERAL OFFICE CAN INVESTIGATE
THIS MATTER; 2) THAT YOU REFER ME TO
THE MEDICAL DEPARTMENT WITH 24 HRS I2
BE SEEN BY A DOCTOR; 3) THAT YOU TAKE
DISCIPLINARY ACTIONS AGAINST OFFICERS WHO ASSAULTED
ME AND 4) THAT YOU COMPENSATE ME FOR
THE PAIN THAT OFFICERS SUBJECTED ME TO

9-8-2017                    (signature) Q12023
DATE                    SIGNATURE OF GRIEVANT AND D.C. #

CHARLOTTE CORRECTIONAL
INSTITUTION

SEP 08 2017

GRIEVANCE OFFICE

Receipt for Appeals Being Forwarded to Level of Office

Institutional Mailing Log #: 050420

1708-510-164
(b) 10a Ofc Cotte
           Ofc Dischiavo
799632 Sgt
                    Traupman
DefMilledge#1308

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

CHARLOTTE CORRECTIONAL
INSTITUTION

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

AUG 21 2017

: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections  GRIEVANCE OFFICE

m:   MILLEDGE COREY L          (Q)12023          CHARLOTTE C.I

| Last | First | Middle Initial | Number | Institution |

1708-510-164

### Part A – Inmate Grievance

I'm EXHAUSTING MY ADMINISTRATIVE REMEDIES
& SUBMITTING THIS FORMAL GRIEVANCE AS
"EPRISAL NATURE". SERGEANT TRAMPMAN RET-
LIATED AGAINST ME BY BEATING ME BECAUSE
E CLAIMED THAT I ALWAYS GET SLICK
UITH HIM. THOSE FACTS SET FORTH BELOW. Before
STATE THE FACTS, I'm PUTTING YOU ON
JOTICE THROUGH THIS GRIEVANCE THAT I
EEL LIKE MY WELL BEING AND SAFETY
IRE IN DANGER. I'm SEEKING PROTECTION
now PRISON OFFICIALS LISTED BELOW. Furth-
rmore, I'm REQUESTING THE HANDHELD
AMERA ON THE DATE BELOW TO BE WITHHEL
) FOR FURTHER EVIDENCE FOR LITIGATION PURPOSES.
THE NATURE OF MY GRIEVANCE IS THAT,
n AUGUST 15, 2017 SERGEANT TRAMPMAN
TOP ME IN FRONT OF CHALL HALL DURING
HE LUNCH MEAL. SERGEANT TRAMPMAN THEN
ATTED ME DOWN. AFTER PATTING ME DOWN
ERGEANT TRAMPMAN PICKED UP A HOMEMADE
JEAPON FROM OFF THE GROUND AND SAID
"O ME " THIS YOUR KNIFE!" OFFICER COTTE
THEN PUT HANDCUFFS ON ME. SERGEANT
RAMPMAN THEN TOLD OFFICER DISCHIAVO
HAT I'm FIXING TAKE HIM TO CAPTINE OFFICE

8-20-2017 _____ 1 OF 3 PAGES _____ Q12023

DATE                          SIGNATURE OF GRIEVANT AND D.C. #

D BE CONTINUED ON WHITE SHEET OF PAPER ————➤

Y    ATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS·   02A    ___/___
                                                                      #        Signature

**INSTRUCTIONS**

orm is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103,
a Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

) the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is
ed by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office  The grievance may be sealed in the envelope by the
te   processed postage free through routine institutional channels  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of
stitution   If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the
ance will be returned to the inmate for processing at the institutional level

**Receipt for Appeals Being Forwarded to Central Office**

itted by the inmate on: _____   Institutional Mailing Log #: _____   _____
                         (Date)                                                          (Received By)

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
| --- | --- | --- |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

1-303 (Effective 2/05)                    Incorporated by Reference in Rule 33-103.019, F A

Def MSJ BS# 309

AND BEAT HIS ASS CAUSE I'M TIRED OF HIM ALWAYS GETTING SLICK WITH ME. OFFICERS COTTE, DISCHIAVO, AND SERGEANT TRAUPMAN ESCORTED ME TO THE CAPTIVE OFFICE. I WAS THEN TAKEN TO A BIG ROOM CONNECTED TO THE CAPTIVE OFFICE. OFFICER COTTE THEN TOOK OFF MY HANDCUFFS. ONCE THE HANDCUFFS WAS REMOVED, OFFICERS COTTE, DISCHIAVO AND UNKNOWN OFFICER AND SERGEANT CHERRY AND SERGEANT TRAUPMAN STARTED PUNCHING ME IN THE HEAD, FACE, RIBS BACK AND OTHER PARTS OF MY BODY WHILE CAPTIVE BARRETT AND UNKNOWN LIEUTENANT STOOD BY WATCHING. I WAS THEN KNOCKED TO THE GROUND. AS I LAY ON THE GROUND, OFFICERS COTTE, DISCHIAVO AND UNKNOWN OFFICER AND SERGEANT CHERRY AND SERGEANT TRAUPMAN STARTED KICKING ME IN HEAD, RIBS, BACK, AND OTHER PARTS OF MY BODY WHILE CAPTIVE BARRETT AND UNKNOWN LIEUTENANT CONTINUED TO WATCH. CAPTIVE BARRETT THEN WALKED AWAY. THE OFFICERS THEN TALKED AMONG THEMSELF ON HOW TO JUSTIFY THE USE OF FORCE AGAINST ME. CAPTIVE BARRETT THEN CAME BACK WITH HANDHELD CAMERA. THE HANDHELD CAMERA WAS
→ CONTINUED ON PAPER ————————→

2 OF 3 PAGES

Def MSJ BS# 310
006705

PLACED ON ME. OFFICER DISCHIAVO AND UNKNOWN OFFICER ESCORTED ME TO THE MEDICAL DEPARTMENT. WHILE I WAS STANDING BY THE MEDICAL DOOR, OFFICER DISCHIAVO SLAMMED ME ON THE CONCRETE FOR NO REASON. OFFICER COTTE, UNKNOWN OFFICER AND CAPTAIN BARNETT SAW THAT. I THEN SAW TWO NURSE(S) WHO I INFORMED THAT MY EYES, SHOULDERS, RIBS, AND BACK IS HURTING REALLY BAD. BOTH NURSES TOLD ME THAT THEY DON'T CARE. I WAS THEN PLACED IN A SHOWER CELL. AS A RESULT, I SUFFERED INJURIES TO EYES, SHOULDERS, RIBS AND BACK CAUSING SEVERE PAIN. I ALSO HAD A SWOLLEN AND BRUISED RIGHT EYE.

RELIEF SOUGHT:
1) THAT YOU APPROVED THIS GRIEVANCE SO INSPECTOR GENERAL OFFICE CAN INVESTIGATE; 2) THAT YOU REFER ME TO THE MEDICAL DEPARTMENT WITHIN 24 HRS TO BE SEEN BY A DOCTOR; 3) THAT YOU TAKE DISCIPLINARY ACTIONS AGAINST THE OFFICERS; AND 4) THAT YOU COMPENSATE ME FOR THE INJURIES AND PAIN THAT OFFICERS SUBJECTED ME TO.

8-20-2017                    Sincerely
                                    CARL [signature]

3 OF 3 PAGES

Def MSJ BS# 311
006796

MAILED

AUG 3 1 2017

**PART B - RESPONSE**

| MILLEDGE COREY | Q12023 | 1708-510-164 | CHARLOTTE C.I. | A1113S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated

The issue of your complaint was referred to the investigative section of the Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for fi    determination and handling. BE ADVISED THIS MAY OR MAY NOT RESULT IN A PERSONAL INTERVIEW WITH YOU

As action has been initiated, you may consider your appeal APPROVED from that standpoint. This does not constitute substantiation of your allegations

J Dawson  K Williams

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Def MSJ BS# 312

RECEIVED
WITH AGENCY CLERK

OCT 2 7 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| MILLEDGE, COREY | Q12023 | 17-6-42180 | LAKE C.I. | H2212S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure.  The rule requires that you first submit your grievance at the appropriate level at the institution.  You have not done so or you have not provided this office with a copy of that grievance, nor have you provided a valid or acceptable reason for not following the rules.


Note:  This grievance is not accepted as a grievance of an emergency nature.

Furthermore, if you fear staff, you need to file an informal to the Warden. The Warden should have the opportunity to address these issues regarding staff at the institution.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

W. Millette

---

| | *W. Millette* | 10/20/17 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Def MSJ BS# 313

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

OCT 19 2017

Department of Corrections.
Bureau of Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden     ☐ Assistant Warden     ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

MILLEDGE   COREY   L     Q12023     LAKE C.I.
Last      First    Middle Initial     DC Number     Institution

---

Part A – Inmate Grievance     17-6-42180

I'm EXHAUSTING MY ADMINISTRATIVE REMEDY BY PASSING THE INSTITUTION LEVEL DUE TO "EMERGENCY NATURE" AND HARM I FACED. MY GRIEVANCE REGARDING THE ASSISTANT WARDEN WHO ANSWER INMATE'S GRIEVANCE AT THE INSTITUTION. I FEEL LIKE I MAY BE ADVERSELY AFFECTED BY THE SUBMISSION OF A GRIEVANCE AT THE INSTITUTION LEVEL.

THE NATURE OF MY GRIEVANCE IS THAT ON OCTOBER 5, 2017 I WAS HOUSED IN CELL H2212. AT APPROXIMATELY 3:45 HRS ASSISTANT WARDEN MASHBURN STOP AT MY CELL DOOR AND WHISPER AND SAID TO ME " I'M HAVE MY OFFICERS KILL YOU OR HURT YOU BAD". ASSISTANT WARDEN MASHBURN THEN WALKED AWAY. BASED ON THAT THREAT, I FEEL LIKE MY WELL BEINGS ARE IN DANGER AND I'm SEEKING PROTECTION AGAINST THE ASSISTANT WARDEN MASHBURN. I'M ALSO SEEKING THE FOLLOWING:

1) THAT YOU APPROVED THIS GRIEVANCE SO THE INSPECTOR GENERAL OFFICE CAN INVESTIGATE THIS MATTER; 2) THAT YOU PLACED ME IN PROTECTIVE CUSTODY AGAINST ASSISTANT WARDEN MASHBURN; AND 3) THAT YOU TRANSFER ME TO ANOTHER INSTITUTION TO PREVENT RETALIATION.

10-10-2017
DATE

_Corey Milledge, Q12023_
SIGNATURE OF GRIEVANT AND D.C. #

---

BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:     _____ / _____
                                                                              #          Signature

**INSTRUCTIONS**

form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, da Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

n the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by ter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and essed postage free to the to through regular institutional channels. The Inmate must indicate a valid reason for not initially bringing his grievance to the attention of the ution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the ance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

OCT 12 20..

LAKE CI
MAILROOM

Receipt for Appeals Being Forwarded to Central Office

itted by the inmate on: _____     Institutional Mailing Log #: _1014.17_

_____
(Received By)

DISTRIBUTION:        INSTITUTION/FACILITY        CENTRAL OFFICE
                     INMATE (2 Copies)            INMATE
                     INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                     INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                                  CENTRAL OFFICE GRIEVANCE FILE

1-303 (Effective 11/13)     LAKE CI     Incorporated by Reference in Rule 33-103.006, F.A.C.

10B
(312)
A.W. Mashburn

Def MSJ BS# 314

MAILED/FILED
WITH AGENCY CLERK

DEC 2 0 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| MILLEDGE, COREY | Q12023 | 17-6-49021 | LAKE C.I. | H3204S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103 006, Inmate Grievance Procedure  You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable

Automated log shows formal grievance #1710-312-071 was returned without process on 10/20/17 and mailed to you The Camera footage you are requesting is outside the retention time frame

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure

Based on the foregoing information, your appeal is returned without action

W  Millette

_____

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*W. Millette*

SIGNATURE OF WARDEN, ASST
WARDEN, OR SECRETARY'S
REPRESENTATIVE

12/12/17
DATE

Def MSJ BS# 315

Case 2:18-cv-00413-JLB-NPM   Document 255-18   Filed 07/29/21   Page 18 of 37 PageID 1683

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
DEC 05 2017
Inmate Grievance Appeals

RECEIVED
NOV 08 2017
LAKE CI

☐ **Third Party Grievance Alleging Sexual Abuse**

TO  ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of.

| MILLEDGE | COREY | L | Q12023 | LAKE C.I. |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**     17-6-49021

I'm EXHAUSTING MY ADMINISTRATIVE REMEDIES BY PROCEEDING TO THE NEXT STEP OF THE GRIEVANCE PROCESS. PLEASE NOTE, I HAD FILED A FORMAL GRIEVANCE WITH THE WARDEN OFFICE ON OCTOBER 18, 2017. SEE GRIEVANCE LOG # 1710-312-071 FOR SOME ODD REASON, THE WARDEN DID NOT RESPOND TO MY FORMAL GRIEVANCE WITHIN (20) DAYS NOR DID SHE PROVIDE ME A COPY OF SUCH GRIEVANCE. THEREFORE, I'm UNABLE TO ATTACH A COPY OF MY GRIEVANCE AND THE WARDEN RESPONSE. THE DEPARTMENT RULE ALLOW ME TO PROCEED TO THE NEXT STEP OF THE GRIEVANCE PROCESS WHEN THE WARDEN FAILED TO RESPOND TO A FORMAL GRIEVANCE WITHIN (20) DAYS. SEE, CHAPTER 33-103.011(3)(B),(4) F.A.C.

I'm REQUESTING THAT THE HANDHELD CAMERA AND THE SURVEILLANCE CAMERAS UPSTAIRS IN THE MENTAL HEALTH UNIT OF H-DORM WING TWO TO BE WITHHELD FOR FURTHER EVIDENCE FOR LITIGATION PURPOSES. THE CAMERAS WILL SHOW SOME OF THE INFRACTION DESCRIBED BELOW.

THE NATURE OF MY GRIEVANCE IS THAT ON OCTOBER 15, 2017, I WAS HOUSED IN CELL H2212 AT APPROXIMATELY 6.30 AM HRS, IT, PRESTONE

| 11-8-2017 | 1 OF (3) PGS | [signature] Q12023 |
|---|---|---|
| DATE | | SIGNATURE OF GRIEVANT AND D.C # |

* TO BE CONTINUED ON WHITE SHEET OF PAPER

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS**     ___ / ___
                                                                              #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 006, Florida Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office   The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels   The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution   If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F A C 33-103 007 (6)(d)

RECEIVED
NOV 29 2017
LAKE CI
MAILROOM

Receipt for Appeals Being Forwarded to Central Office

submitted by the inmate on _____   Institutional Mailing Log #  1119.17     [signature] (Received By)

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE S FILE | INMATE'S FILE   INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)         Incorporated by Reference in Rule 33-103 006, F.A.C.

05B
312
(312) 10/15/17

Def MS9 BS# 316

CONTINUANCE

ASST WAR LT PRESTONE

AND OTHER OFFICER CAME TO MY CELL TOLD ME STEP BACK TO CELL BECAUSE WE FIXING COME IN. I REFUSED TO DO SO SGT. GIARICA GRABBED HIS STATE ISSUE RADIO AND ORDERED THE OFFICER WHO WERE IN THE OFFICER STATION AT THE TIME TO OPEN MY CELL DOOR WHEN I WAS NEVER HANDCUFFS THROUGH THE FLAP THIS IS A VIOLATION OF THE DEPARTMENT OF CORRECTIONS RULE WHICH REQUIRES OFFICERS IN THE MENTAL HEALTH UNIT TO HANDCUFFS INMATES PRIOR TO THE CELL DOOR BEING OPENED. WHEN THE CELL DOOR CAME OPENED I RANNED OUT OF THE CELL INTO THE HALLWAY. AT THIS TIME LT. PRESTONE, SGT GIARICA, SGT. FIRESTONE, OFFICER FOSTER, OFFICER BUFORD, AND OFFICER HERNADEZ WERE ON THE SCENE. ONCE I CAME OUT OF THE CELL INTO THE HALLWAY THE OFFICERS ON THE SCENE SLAMMED ME ON THE GROUND OR STOOD BY WATCHING THE OTHER OFFICERS ASSAULT ME I CANT SAY WHAT OFFICER DID WHAT BECAUSE MY HEAD WERE FEEL ON THE GROUND I CAN SAY WHEN I WAS LAYING ON THE GROUND THE OFFICERS WAS PUNCHING ME IN THE HEAD, RIBS AND BACK AND OTHER PARTS OF MY BODY WHILE LT. PRESTONE STOOD BY WATCHING. I WAS PICKED UP FROM OFF THE GROUND. NEXT THING I KNOW, SGT. FIRESTONE AND OFFICER FOSTER SLAMMED ME TO THE GROUND. ONE OFFICER OF THE OFFICER BROUGHT THE HANDHELD CAMERA ON THE SCENE THE HANDHELD CAMERA WAS PLACED ON ME. I WAS THEN ESCORTED TO THE MEDICAL ROOM FOR A POST USE OF FORCE PHYSICAL ONCE INSIDE, LT. PRESTONE TOLD ME THAT ASSISTANT

2 OF ③ pgs

Def MSJ BS# 317

CONSTRUANCE

WARDEN MASHEBURN DIRECTED HIM TO THE ASST WARDEN'S OFFICE kept me bad nurse paula then came in the medical room and checked my vital sign I told nurse paula that my ribs and back is hurting, nurse paula never examined my body to see if I had any injuries or bruised marks. I was then escorted back to my cell

As a result, I suffered injuries to my ribs, back, and shoulders causing pain I also had bruised marks to my ribs and back area which nurse paula never documented.

<u>relief sought</u>

1) that you approve this grievance so that the inspection general office can investigate this matter, 2) that you refer me to the medical department within (24) hrs to be seen by a doctor, 3) a special review against each named officer herein due to me fearing that my life is in danger, 4) transfer me to another prison to prevent further retaliation, 5) that you take corrective actions against officers, and 6) that you compensate me for the injuries and pain that I'm having,

11-8-2017

Cory Mullins

3 OF ③ PGS

Def MSJ BS# 318

MAILED...

SEP 0 5 2018

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| MILLEDGE, COREY | Q12023 | 18-6-30374 | FLORIDA STATE PRISON | C1120S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied

Your request for administrative remedy was received at this office and it was carefully evaluated  Records available to this office were also reviewed

It is determined that the response made to you by Dr Espino on 7/10/18 appropriately addresses the issues you presented

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW

Michelle Schouest, IISC

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST
WARDEN, OR SECRETARY'S
REPRESENTATIVE

DATE

Def MSJ BS# 319

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

JUL 2 3 2018

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| MILLEDGE | COREY | L | 412023 | F.S.P. |
|----------|-------|---|--------|--------|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**    18-6.30374

I'M EXHAUSTING MY ADMINISTRATIVE REMEDY BY APPEALING TO THE NEXT STEP OF THE GRIEVANCE PROCESS. PLEASE NOTE, I FILED AN FORMAL GRIEVANCE WITH THE WARDEN OFFICE WHICH WAS DENIED JULY 10, 2018. SEE GRIEVANCE LOG # 1806-205-324 AND FORMAL GRIEVANCE ATTACHED HERETO.

THE NATURE OF MY GRIEVANCE IS THAT I TURNED IN A SICK CALL SLIP COMPLAINING OF EYE PAIN, SHOULDERS PAIN AND BACK PAIN. ON JUNE 11, 2018 NURSE FORD SAW ME FOR THE SICK CALL SLIPS THAT I TURNED IN AS SET FORTH ABOVE. DURING THIS, I TOLD NURSE FORD THAT I'M REQUESTING MEDICAL TREATMENT DUE TO MY EYES, SHOULDERS AND BACK IS HURTING REALLY BAD AND THAT EVERYTIME I ASKED THE OFFICERS FOR PAIN MEDS THEY DON'T GIVE IT TO ME. NURSE FORD SAID TO ME "I DON'T CARE ABOUT YOUR INJURIES, YOU SHOULD NOT HAVE ASSAULTED OFFICER DEAN LAST WEEK. NURSE FORD THEN WALKED AWAY. IT SHOULD BE NOTED THAT NURSE FORD INTENTIONALLY DENIED ME MEDICAL TREATMENT. NURSE FORD DID NOTHING TO ABATE MY PAIN AND SUFFERING. RELIEF SOUGHT:

| 7-16-2018 | 1 OF 2 PAGE | Corey Milledge 412023 |
|-----------|-------------|------------------------|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

✱✱ TO BE CONTINUED ON WHITE PAPER

---

**°BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    _____ / _____
                                                                              #        Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d)

1806-205-32:

| Submitted by the inmate on  7/16/18   JUL 17 2018 | Receipt for Appeals Being Forwarded to Central Office | |
|---|---|---|
| (Date) | Institutional Mailing Log #: 1806 205 OP) | (Received By) |

7a (205)

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103 006, F.A.C.

Def MSJ BS# 320

1.) THAT YOU APPROVED THIS GRIEVANCE
BY INVESTIGATING THIS MATTER AND
TAKE APPROPRIATE REMEDY ACTION
AGAINST NURSE FORD; 2) PROVIDE
ME PAIN MEDS AND REFER ME
TO SEE THE DOCTOR.

7-16-2018

Cuxndll
Q12C2 3

2 OF 2 PAGES

Def MSJ BS# 321

**PART B - RESPONSE**

| MILLEDGE, COREY | Q12023 | 1806-205-324 | FLORIDA STATE PRISON | C1120S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed. Review of your medical file does not show that any DC4-698A Inmate Sick Call Request were submitted on 6/7/18 and 6/10/18, you did submit Inmate Sick Call Request on 6/15/18 and 6/19/18 at which time you were seen by RN Lewis on 6/20/18 for your complaint of eye, shoulder, and back pain, you were assessed and evaluated at which time you were provided Ibuprofen from OTC medication and educated to rest and take Ibuprofen, if no improvement return to sick call

You submitted another Inmate Sick Call Request on 6/28/18 and you were seen by RN Ford on 7/2/18 for your complaint of back, eye, and shoulder pain, you were assessed and evaluated at which time you were provided acetaminophen and ibuprofen and educated if no improvement to return to sick call, there was no objective findings that warranted referral to the clinician. If you are experiencing medical issues and/or concerns you can access sick call to be evaluated and if medically indicated you will be referred for further evaluation

GRIEVANCE IS HEREBY DENIED

Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame

G Espino, M.D.
FSP Site Med Dir

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST WARDEN, OR SECRETARY'S REPRESENTATIVE | 7-10-18 DATE |

JUL 1 2 2018

Def MSJ BS# 322

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| MILLEDGE COREY L | Q12023 | F.S.P. |
|---|---|---|
| Last First Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance

I'M EXHAUSTING MY ADMINISTRATIVE REMEDY BY SUBMITTING THIS FORMAL GRIEVANCE AS **MEDICAL NATURE**. THE NATURE OF MY GRIEVANCE IS THAT ON JUNE 7, 2018 AND JUNE 10, 2018 I TURNED IN A SICK CALL SLIP COMPLAINING OF EYE PAIN, SHOULDERS PAIN, AND BACK PAIN. ON JUNE 11, 2018 NURSE FORD SAW ME FOR THE SICK CALL SLIPS THAT I TURNED IN AS SET FORTH ABOVE. DURING THIS, I TOLD NURSE FORD THAT I'M REQUESTING MEDICAL TREATMEN DUE TO EYES, SHOULDERS, AND BACK IS HURTING REALLY BAD AND THAT EVERYTIME I ASKED THE OFFICERS FOR PAIN MEDS THEY DON'T GIVE IT TO ME. NURSE FORD SAID TO ME "I DON'T CARE ABOUT YOUR INJURIES, YOU SHOULD NOT HAVE ASSAULTED OFFICER DEAN LAST WEEK." NURSE FORD THEN WALKED AWAY. ▮▮▮▮ IT SHOULD BE NOTED THAT NURSE FORD INTENTIONALLY DENIED ME MEDICAL TREATMENT. NURSE FORD DID NOTHIN TO ABATE MY PAIN AND SUFFERING.

RELIEF SOUGHT

1) THAT YOU APPROVED THIS GRIEVANCE BY INVESTIGATING THIS MATTER AND TAKEN APPROPRIATE ACTION AGAINST NURSE FORD; 2) PROVIDE ME PAIN MEDS AND REFER ME TO SEE THE DOCTOR.

| 6-21-2018 | 1 OF (1) pg | Corey Milledge Q1202 |
|---|---|---|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

1202 205 324

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

07a

___ / ___
\# Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 Florida Administrative Code When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office The grievance may be sealed in the envelope by the inmate a processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103 007 (6)(d)

JUN 22 2018    Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on _____     Institutional Mailing Log # _____
(Date)
(Received By)

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)     Incorporated by Reference in Rule 33-103.006, F A C

Def MSJ BS# 323

AUG 2 9 2018

Department of Corrections
Bureau of Inmate Grievance Appeals **PART B - RESPONSE**

| MILLEDGE, COREY | Q12023 | 18-6-34360 | FLORIDA STATE PRISON | C1120S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your record reflects that you previously received a disciplinary report for attempting to spit on an officer.

Your administrative appeal is denied.

C. Neel

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

08/16/2018
DATE

Def MSJ BS# 324

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
AUG 1 4 2018

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| MILLEDGE COREY L | Q12023 | Florida State Prison-Main Unit |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance                                    186-3436

I'M APPEALING TO THE NEXT STEP OF THE GRIEVANCE PROCESS
BECAUSE MY GRIEVANCES WAS NOT RESOLVED AT THE
INSTITUTION LEVEL. PLEASE NOTE, I FILED AN INFORMAL
AND FORMAL GRIEVANCE AT THE INSTITUTION. SEE
GRIEVANCE LOG# 205-1807-0734, 1808-205-022 AND
INFORMAL AND FORMAL GRIEVANCE ATTACHED HERETO.
THE NATURE OF MY GRIEVANCE IS THAT ON
JULY 24, 2018 AN OFFICER TOLD ME THAT
I WAS PLACED ON THE SPIT SHIELD LIST
ACCORDING TO THE CONTROL ROOM AND
THAT I HAD TO WEAR THE SPIT SHIELD TO
MY CALL-OUTS. IT SHOULD BE NOTED THAT
I DID NOT SPIT ON AN OFFICER NOR
MADE AN ATTEMPT TO DO SO. PLUS, I
NEVER THREATENED TO SPIT ON AN OFFICER.
BASED ON THE FOREGOING, I SHOULDN'T HAVE
BEEN PLACED ON THE SPIT SHIELD LIST.

RELIEF SOUGHT:

1) THAT YOU APPROVED THIS GRIEVANCE
BY REMOVING MY NAME OFF THE SPIT
SHIELD LIST UNTIL MY BEHAVIOR
WARRANTS IT.

| 8-9-2018 | Corey Miller Q12023 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  _____ / _____

#          Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

1808-205-022

| 7 / 10    AUG 10 2018 | Receipt for Appeals Being Forwarded to Central Office | |
|---|---|---|
| Submitted by the Inmate on: _____ (Date) | Institutional Mailing Log #: 1808205005 | R. Thompson (Received By) |

6E (205)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

Def MSJ BS# 325

**PART B - RESPONSE**

| MILLEDGE, COREY | Q12023 | 1808-205-022 | FLORIDA STATE PRISON | C1120S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated. The response that you received to the attached informal grievance 205-1807-0734 is found to appropriately address the concerns you raised.

Based on the foregoing information, your request for administrative remedy is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

A. McGregor

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

AUG 0 6 2013

Def MSJ BS# 326

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: FSP-Main Unit

Olee C.C.

COLONEL

| TO: (Check One) | ☐ Warden   ☐ Asst. Warden | ☐ Classification   ☐ Security | ☐ Medical   ☐ Mental Health | ☒ Dental   ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name COREY MILLEDGE | DC Number Q12023 | Quarters C1120 | Job Assignment NONE | Date 7-25-18 |
|---|---|---|---|---|---|

**REQUEST**                    Check here if this is an informal grievance ☒

I'M FILING THIS GRIEVANCE AS AN INFORMAL GRIEVANCE. THE
NATURE OF MY GRIEVANCE IS THAT ON JULY 24, 2018   AN
OFFICER TOLD ME THAT I WAS PLACED ON THE SPIT SHIELD
LIST ACCORDING TO THE CONTROL ROOM AND THAT I HAD
TO WEAR THE SPIT SHIELD TO MY CALL-OUT. IT SHOULD BE
NOTED THAT I DID NOT SPIT ON AN OFFICER NOR MADE
AN ATTEMPT TO DO SO. PLUS, I NEVER THREATENED TO
SPIT ON AN OFFICER. BASED ON THE FOREGOING, I
SHOULDN'T HAVE BEEN PLACED ON THE SPIT SHIELD LIST.
RELIEF SOUGHT: 1) THAT YOU APPROVED THIS GRIEVANCE BY
REMOVING MY NAME OFF THE SPIT SHIELD LIST UNIT I DO SOMETHING TO WARRANT IT.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _Cory Milledge_     DC#: Q12023

―――――――――― DO NOT WRITE BELOW THIS LINE ――――――――――

RECEIVED

**RESPONSE** 205-807-0734          DATE RECEIVED: JUL 25 2018

FSP Grievance Office

You were placed on the
spit shield on 6/6/18, and
will be reviewed six months,
in December.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): C Thompson   Official (Signature): _____   Date: 7/28/18

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Def MSJ BS# 327

**PART B - RESPONSE**

JAN 0 4 2019

| MILLEDGE, COREY | Q12023 | 18-6-52195 | FLORIDA STATE PRISON | C1305S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Espino on 12/4/18 appropriately addresses the issues you presented.

Please be advised that when an inmate refuses treatment and/or a scheduled appointment, he must take on some of the responsibility for any adverse effects that may occur.

You are encouraged to cooperate with your mental health care staff by following the treatment regimen prescribed.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Def MSJ BS# 328

Medical Inculcation

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

DEC 11 2018

Bureau of Inmate Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| MILLEDGE | COREY | L | Q12023 | F.S.P. |
|----------|-------|---|--------|--------|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

8-6-52195

I'M EXHAUSTING MY ADMINISTRATIVE REMEDY BY APPEALING TO THE NEXT STEP OF THE GRIEVANCE PROCESS. PLEASE NOTE, I FILED AN INFORMAL GRIEVANCE AND FORMAL GRIEVANCE, WHICH WAS DENIED ON DECEMBER 4, 2018. SEE GRIEVANCE LOG # 205-1811-0342 AND 1811-205-271 AND INFORMAL GRIEVANCE AND FORMAL GRIEVANCE ATTACHED TO THIS FORMAL GRIEVANCE.

THE NATURE OF MY GRIEVANCE IS THAT I'M CURRENTLY A PSYCH "3" INMATE. I HAVE A HISTORY OF CUTTING MYSELF AND LOSING BLOOD, PLUS, I'M CM-1 INMATE WHO IS CONFINED TO A CELL (24) HRS DAY SEVEN DAYS OUT OF THE WEEK. BEING LOCKED UP IN THE CELL ALL THE TIME MAKE ME FEEL SAD, ANGER, HOPELESS, FEARFUL, SCARED, DEPRESSED AND PARANOID THINKING THAT THE OFFICERS AND INMATES ARE OUT TO GET ME. THESE MOOD SWINGS OR FEELINGS IS MAKING IT DIFFICULT FOR ME TO MOVE TO THE NEXT LEVEL OF "CM". WHAT I'M EXPERIENCING IS DAMAGING MY HELP. TO HELP ME WITH MY MENTAL HEALTH PROBLEMS, I NEED MORE RECREATION AND OUT-OF-CELL TIME MENTAL HEALTH TREATMENT HUMAN CONTACT FRESH AIR

| 12-15-2018 | 1 OF (2) PGS | Corey Milledge Q12023 |
|------------|--------------|------------------------|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

** TO BE CONTINUED ON PAPER

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   ___ / ___

\# ___   Signature

---

**INSTRUCTIONS**

Is form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, rida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

en the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by apter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and ocessed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the ititution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the evance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Q5180   DEC 05 2018   **Receipt for Appeals Being Forwarded to Central Office**

1811-205-271

mitted by the inmate on: ___ (Date)   Institutional Mailing Log #: 1812255578

(Received By)

7c(205)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

C1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

Def MSJ BS# 329

AND SUNSHINE. I'M CONSTANTLY BEING DENIED
THOSE NEEDS. MY MENTAL HEALTH
PROBLEMS ARE GETTING WORSE. PLEASE
HELP ME.

RELIEF SOUGHT
1) THAT YOU APPROVED THIS GRIEVANCE
BY RECOMMENDING OR CLOSING THE
CM UNIT DOWN, 2) THAT YOU
RECOMMEND OR RELEASE ME TO
GENERAL POPULATION, AND 3) THAT
YOU RECOMMEND OR REFER ME TO
ANOTHER PRISON OR INSTITUTION THAT
HAS MORE MENTAL HEALTH SERVICES
OR TREATMENT.

12-5-18
DATE

SINCERELY

DC # 412023

CONTINUED FROM THE FORMER GRIEVANCE

2 OF ② PGS

Def MSJ BS# 330

**PART B - RESPONSE**

| MILLEDGE, COREY | Q12023 | 1811-205-271 | FLORIDA STATE PRISON | C1305S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Inmate MILLEDGE, you have been evaluated, you have been brought to MDST. It is the Team's recommendation that you show a good faith effort, stay out of trouble, attend Psychotherapy and Groups, so that we may better address your Mental Health needs here at FSP.

Based on the above information; your grievance is Denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

| G. Espino, M.D. Fsp Site Med. Dir | | 12-4-18 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

DEC 0 4 2018

Def MSJ BS# 331

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

MILLEDGE COREY. L _____ Q12023 _____ F.S.P.

Last___ First___ Middle Initial___ DC Number___ Institution

---

| Part A – Inmate Grievance |
|---|

I'M EXHAUSTING MY ADMINISTRATIVE REMEDY BY PROCEEDING TO THE NEXT STEP OF THE GRIEVANCE PROCESS. PLEASE NOTE, ON NOVEMBER 8, 2018 I FILED AN INFORMAL GRIEVANCE WHICH WAS DENIED ON NOVEMBER 15, 2018 SEE GRIEVANCE LOG # 205-1811-0342 AND INFORMAL GRIEVANCE ATTACHED TO THIS FORMAL GRIEVANCE.

THE NATURE OF MY GRIEVANCE IS THAT I'M CURRENTLY A PSYCH "3" INMATE. I HAVE A HISTORY OF CUTTING MYSELF AND LOSING BLOOD. PLUS, I'M CM-1 INMATE WHO IS CONFINED TO A CELL (24) HRS A SEVEN DAYS OUT OF THE WEEK. BEING LOCKED UP IN THE CELL ALL THE TIME MAKE ME FEEL SAD, ANGER, HOPELESS, FEARFUL, SCARED, DEPRESSED, AND PARANOID THINKING THAT THE OFFICERS AND INMATES ARE OUT TO GET ME. THESE MOOD SWINGS OR FEELING IS MAKING IT DIFFICULT FOR ME TO MOVE TO THE NEXT LEVEL OF "CM". WHAT I'M EXPERIENCING IS DAMAGING MY HEALTH. TO HELP ME WITH MY MENTAL HEALTH PROBLEMS, I NEED MORE RECREATION AND. OUT-OF CELL TIME, MENTAL HEALTH TREATMENT, HUMAN CONTACT, FRESH AIR AND SUNSHINE. I'M CONSTANTLY

11-28-2018 _____ 1 OF (2) PGS _____ [signature] Q12023
& TO BE CONTINUED ON PAPER

DATE _____ SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

ONE _____ 1811 205 271 _____ ___/___ 
# _____ Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

NOV 28 2018 _____ Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _____ _____ [signature]

(Date) _____ (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13) _____ Incorporated by Reference in Rule 33-103.006, F.A.C.

Def MSJ BS# 332

BEING THOSE NEEDS MY MENTAL HEALTH
PROBLEMS ARE GETTING WORSE PLEASE
HELP ME.

RELIEF SOUGHT

1) THAT YOU APPROVED THIS GRIEVANCE.
BY RECOMMENDING OR CLOSING THE
CM UNIT DOWN; 2) THAT YOU
RECOMMEND OR RELEASE ME TO
GENERAL POPULATION ; AND 3) THAT
YOU RECOMMEND OR REFER ME TO
ANOTHER PRISON OR INSTITUTION THAT
HAS MORE MENTAL HEALTH SERVICES
OR TREATMENT.

11-28-2018                    SINCERELY
                             Cary Miller
                             DC # Q12023



CONTINUED FROM THE FORMER GRIEVANCE

2 OF 2 PGS

Def MSJ BS# 333

**RECEIVED**

NOV 13

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| Mail Number: _____ |
| Team Number: _____ |
| Institution: _____ FSP MU |

| TO: (Check One) | ☐ Warden  ☐ MENTAL HEALTH  ☐ Classification  ☐ Security | ☐ Medical  ☑ Mental Health | ☐ Dental  ☐ Other _____ |
| ☐ Asst. Warden | | |

| FROM: | Inmate Name COREY MILLEDGE | DC Number Q12023 | Quarters C1305 | Job Assignment NONE | Date 11-8-18 |

**REQUEST**                        Check here if this is an informal grievance ☐

I'M EXHAUSTING MY ADMINISTRATIVE REMEDY BY
SUBMITTING THIS INFORMAL GRIEVANCE. THE
NATURE OF MY GRIEVANCE IS THAT I'm
CURRENTLY A PSYCH (3) INMATE. I HAVE A
HISTORY OF CUTTING MYSELF AND LOSING BLOOD.
PLUS, I'm CM-1 INMATE WHO IS CONFINED TO A
CELL (24) HRS A DAY SEVEN DAYS OUT OF THE
WEEK. BEING LOCKED UP IN THE CELL ALL THE
TIME MAKE ME FEEL SAD, ANGER, HOPELESS,
FEARFUL, SCARED, DEPRESSED, AND PARANOUIA
THINKING THAT THE OFFICERS AND INMATES ARE
OUT TO GET ME. THESE MOOD SWINGS (CONTINUED ON PAPER

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All
informal grievances will be responded to in writing.                      1 OF (2) PGS

| Inmate (Signature): Corey Milledge | DC#: Q12023 |

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**  205-1811-0342            **DATE RECEIVED:**  NOV 08 2018
                                                    FSP Grievance Office

You are brought to MDST recently
to discuss these issues.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____Denied_____. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): G. Emanolidis, Psy.D.  Psych. Services Director  Florida State Prison | Official (Signature): | Date: 11-15-18 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Def MSJ BS# 334

OR FEELING IS M CING IT DIFFICULT FOR ME TO MOVE TO THE NEXT LEVEL OF CM. WHAT I'M EXPERIENCING I DAMAGING MY HEALTH. TO HELP ME WITH MY MENTAL HEALTH PROBLEMS, I NEED MORE RECREATION AND OUT-OF-CELL TIME, MENTAL HEALTH TREATMENT, HUMAN CONTACT, FRESH AIR AND SUNSHINE. I'M ~~CONSTANTLY~~ CONSTANTLY BEING DENIED THOSE NEEDS. MY MENTAL HEALTH PROBLEMS ARE GETTING WORSE. PLEASE HELP ME.

## RELIEF SOUGHT

1) THAT YOU APPROVED THIS GRIEVANCE BY RECOMMENDING OR CLOSING THE CM UNIT DOWN, 2) THAT YOU RECOMMEND OR RELEASE ME TO GENERAL POPULATION, AND 3) THAT YOU RECOMMEND OR REFER ME TO ANOTHER PRISON OR INSTITUTION THAT HAS MORE MENTAL HEALTH SERVICES OR TREATMENT.

11-8-2018                                SINCERLY

DC # Q12023

CONTINUED FROM INFORMAL GRIEVANCE #

2 OF 2 PGS

Def MSJ BS# 335